B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Iowa | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Triton Group, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>See Attachment | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>43-1978873 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1860 N.W. 118th Street, Suite 100<br>Clive, IA<br>ZIP Code 50325 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Polk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 280<br>Huxley, IA<br>ZIP Code 50124 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                     Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Triton Group, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Triton Group, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Donald F. Neiman
Signature of Attorney for Debtor(s)

Donald F. Neiman IS #9999933
Printed Name of Attorney for Debtor(s)

Bradshaw, Fowler, Proctor & Fairgrave, PC
Firm Name
801 Grand Avenue,  Suite 3700
Des Moines, IA 50309-8004

Address

515-243-4191  Fax: 515-246-5808
Telephone Number

October 28, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Joel M. Goodman
Signature of Authorized Individual

Joel M. Goodman
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

October 28, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re _____Triton Group, LLC_____,   Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:
1.      FDBA      Triton Homes, L.C.
2.      DBA       Triton Homes Des Moines, LLC
3.      DBA       Triton Homes Kansas City, LLC
4.      DBA       Triton Homes of Arkansas, LLC
5.      DBA       Triton Homes Omaha, LLC
6.      DBA       Triton Homes Omaha Rental, LLC
7.      DBA       THGI Development, LLC
8.      DBA       BRBJ, Inc.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re    Triton Group, LLC                         ,      Case No. _____

                       Debtor

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 203,029.66 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 732,511.48 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 116,473.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 162 | | 1,974,871.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 177 | | | |
| Total Assets | | | 203,029.66 | | |
| Total Liabilities | | | | 2,823,856.52 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Southern District of Iowa

In re    Triton Group, LLC                                        ,

                                     Debtor

Case No. _____

Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Triton Group, LLC                        ,          Case No. _____

                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00     (Total of this page) |
| | Total > | 0.00 |
| | (Report also on Summary of Schedules) | |

  0   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    Triton Group, LLC                           ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | South Story Bank & Trust checking account Huxley, IA | - | 574.85 |
| | | American Trust savings account Dubuque, IA | - | 949.31 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Trust deposit held by attorneys for Triton Homes of Arkansas, LLC<br><br>Watkins, Boyer, Gray, Edwards & Noblin, PLLC 1106 West Poplar Street Rogers, Arkansas 72756 (479) 636-2168 - phone (479) 636-6098 - fax | - | 1,030.50 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    2,554.66
(Total of this page)

  4   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     Triton Group, LLC
_____,          Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Old Republic Surety Notary Bond (Sheller/Arkansas) Face amount $7,500; term 6-18-08 - 6-18-18 No cash value | - | 0.00 |
| | | Old Republic Surety Notary Bond (Lewis/Nebraska) Face amount $15,000; term 3-20-08 - 3-20-12 No cash value | - | 0.00 |
| | | Old Republic Surety Notary Bond (Opitz/Nebraska) Face amount $15,000; term 5-10-07 - 5-10-11 No cash value | - | 0.00 |
| | | Old Republic Surety West Des Moines Sidewalk Construction Bond Face amount: $18,752; term 5-20-09 - 5-20-10 No cash value; cannot be cancelled until released by City of West Des Moines | - | 0.00 |
| | | Old Republic Surety Arkansas Contractor Bond Face amount: $10,000; term 5-25-09 - 5-25-10 No cash value | - | 0.00 |
| | | Old Republic Surety Landscaping Bond (West Des Moines) Face amount: $84,000; term unknown No cash value | - | 0.00 |

                                                                      Sub-Total >          0.00
                                                                    (Total of this page)

Sheet   1   of   4   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Old Republic Surety Arkansas Contractor Bond Face amount: $10,000; term 5-25-10 - 5-25-11 No cash value | - | 0.00 |
| | | Old Republic Surety West Des Moines Sidewalk Construction Bond Face amount: $18,752; term 5-20-10 - 5-20-11 No cash value; cannot be cancelled until released by City of West Des Moines | - | 0.00 |
| 16. Accounts receivable. | | Judgment vs. Meadowview Homeowners Assocation for attorney fees in Polk County Case No. CL110360 | | 450.00 |
| | | Promissory note dated August 4, 2005, from Daniel Stanbrough and Patrick Ruelle payable to Triton Homes, L.C., with interest at prime plus 1% from August 4, 2005, plus attorney fees upon suit | - | 200,000.00 |
| | | Daniel Stanbrough and Patrick Ruelle c/o Pleasant Hill Partners, LC 600 42nd Street Des Moines, IA 50312 | | |
| | | Daniel Stanbrough and Patrick Ruelle 6151 Thornton Avenue, Suite 700 Des Moines, IA 50321 | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          200,450.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Triton Group, LLC                                              ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Misc. office equipment consisting of desk, file cabinet, computers | - | 25.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                  25.00
(Total of this page)

Sheet    3    of    4    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Triton Group, LLC                                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Leasehold improvements at 1860 NW 118th Street, Suite 100, Clive, Iowa, having a book value of $54,000 after depreciation, but no tangible value | - | Unknown |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 203,029.66 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re      Triton Group, LLC                                                                    Case No. _____
                                                          ,
                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 5-5-06 | | | | | |
| Corporate Woods LLC c/o Stanbrough Property Mgmt. 1820 NW 118th St., Ste. 110 Clive, IA 50325 | - | | Lease of business premises to 10-31-16 1860 NW 118th St., Ste. 100, Clive, IA 50325, at $10,172.50 per month | | | | | |
| | | | Value $                    Unknown | | | | 732,420.00 | Unknown |
| Account No. | | | | | | | | |
| Corporate Woods LLC PO Box 71637 Clive, IA 50325 | | | Additional notice for: Corporate Woods LLC | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| Corporate Woods LLC c/o Stanbrough Companies, Inc. 600 42nd Street Des Moines, IA 50312 | | | Additional notice for: Corporate Woods LLC | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. 2117-8530-86-7 | | | Lease of postage meter machine | | | | | |
| Pitney Bowes Inc. PO Box 856390 Louisville, KY 40285-6390 | - | | Triton Group, LLC trade debt | | | | | |
| | | | Value $                    Unknown | | | | 91.48 | Unknown |

| | | | | |
|---|---|---|---|---|
| __0__ continuation sheets attached | | Subtotal (Total of this page) | 732,511.48 | 0.00 |
| | | Total (Report on Summary of Schedules) | 732,511.48 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    Triton Group, LLC                                                    , Case No. _____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____5_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Triton Group, LLC _____ ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Triton withholding tax | | | | | | |
| Arkansas Dept. Finance & Admin. PO Box 9941 Little Rock, AR 72203-9941 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Triton tax debt | | | | | | |
| State of Arkansas ATTN: Matthew Crane Nexus & Discovery Unit PO Box 3215 Little Rock, AR 72203-3215 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | 12-28-09 Assessment on Walnut Grove Outlot Z | | | | | | |
| Dallas County Treasurer RE: Assessments Dallas County Courthouse 801 Court St. Adel, IA 50003-1485 | - | | | | | | 18,012.00 | 0.00 | 18,012.00 |
| Account No. | | | Additional notice for: Dallas County Treasurer | | | | Notice Only | | |
| Dallas County Treasurer c/o City of Urbandale ATTN: City Clerk 3600 86th Street Urbandale, IA 50322-4057 | | | | | | | | | |
| Account No. | | | Triton Homes Des Moines, LLC tax debt | | | | | | |
| Dallas County Treasurer ATTN: Darrell Bauman 801 Court St., Room 201 Adel, IA 50003 | - | | | | | | Unknown | Unknown | Unknown |

Sheet   1   of   5   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 18,012.00 | 18,012.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   Triton Group, LLC _____ ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. P0514601<br><br>Douglas County Assessor<br>1819 Farnam Street<br>Omaha, NE 68183 | - | | Triton Homes Omaha, LLC tax debt | | | | Unknown | Unknown | Unknown |
| Account No. xxxxx1-05-B<br><br>Douglas County Treasurer<br>1819 Farnam St., Ste. H-03<br>Omaha, NE 68183 | - | | Triton Homes Omaha, LLC and Triton Homes, LLC tax debt | | | | 98,461.36 | 0.00 | 98,461.36 |
| Account No.<br><br>Douglas County Treasurer<br>c/o Douglas County Attorney's Office<br>1819 Farnam St., Room 909<br>Omaha, NE 68183 | | | Additional notice for:<br>Douglas County Treasurer | | | | Notice Only | | |
| Account No.<br><br>Douglas County Treasurer<br>ATTN: Property Tax Division<br>1819 Farnam Street<br>Omaha, NE 68183-0003 | | | Additional notice for:<br>Douglas County Treasurer | | | | Notice Only | | |
| Account No.<br><br>Fayetteville Tax Collector<br>ATTN: David A. Ruff<br>280 N. College, Ste. 202<br>Fayetteville, AR 72701 | - | | Triton Homes of Arkansas, LLC tax debt | | | | Unknown | Unknown | Unknown |

Sheet _2_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  98,461.36  | 0.00 / 98,461.36

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re     Triton Group, LLC _____ ,      Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Triton Group, LLC tax debt | | | | | | |
| Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Triton Group, LLC tax debt | | | | | | |
| Iowa Department of Revenue Hoover State Office Building PO Box 10471 Des Moines, IA 50306-0471 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Additional notice for: Iowa Department of Revenue | | | | Notice Only | | |
| Iowa Department of Revenue PO Box 10411 Des Moines, IA 50306 | | | | | | | | | |
| Account No. | | | Triton tax debt | | | | | | |
| Iowa Division of Labor Service 1000 East Grand Des Moines, IA 50319 | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | Triton Group, LLC tax debt | | | | | | |
| Iowa Workforce Development 1000 East Grand Ave. Des Moines, IA 50319 | - | | | | | | Unknown | Unknown | Unknown |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re      Triton Group, LLC                                              ,      Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nebraska Dept. of Revenue<br>301 Centennial Mall South<br>Lincoln, NE 68508-2529 | - | | Triton Group, LLC tax debt | | | | Unknown<br><br>Unknown | Unknown | Unknown |
| Account No.<br><br>Nebraska Dept. of Revenue<br>PO Box 98903<br>Lincoln, NE 68509-8903 | | | Additional notice for:<br>Nebraska Dept. of Revenue | | | | Notice Only | | |
| Account No.<br><br>Nebraska Workforce Development<br>1313 Farnam Street, Room 200<br>Omaha, NE 68102-1836 | - | | Triton Group, LLC tax debt | | | | Unknown<br><br>Unknown | Unknown | Unknown |
| Account No.<br><br>OSHA - Dept. of Labor<br>Danville Building, Ste. 206<br>10810 Executive Center Drive<br>Little Rock, AR 72211 | - | | Triton trade debt | | | | Unknown<br><br>Unknown | Unknown | Unknown |
| Account No.<br><br>Polk County Treasurer<br>111 Court Ave.<br>Des Moines, IA 50309-2298 | - | | Triton Group, LLC tax debt | | | | Unknown<br><br>Unknown | Unknown | Unknown |

Sheet  4  of  5   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re      Triton Group, LLC                                                      ,        Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Story County Treasurer<br>PO Box 498<br>Nevada, IA 50201-0498 | - | | Triton tax debt | | | | Unknown | | Unknown<br><br>Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  5   of  5   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 116,473.36 | 116,473.36 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Triton Group, LLC                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.

10th Street Lofts
112 10th Street
Des Moines, IA 50309 | - | | | | Triton trade debt | | | | Unknown |
| Account No.  xx9751

3E Nebraska Electrical Engineering & Equipment Co.
953 73rd Street
Windsor Heights, IA 50312 | - | | | | Triton Homes Omaha, LLC trade debt | | | | 648.36 |
| Account No.

614 Charlie Yankee LLC
4720 Mortensen Road, Ste. 105
Ames, IA 50014 | - | | | | Triton trade debt | | | | Unknown |
| Account No.

7D's Heating & Cooling
5020 Walnut Ridge Dr.
Des Moines, IA 50317 | - | | | | Triton trade debt | | | | Unknown |

__161__ continuation sheets attached

Subtotal
(Total of this page)          648.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> A Locksmith <br> N. 129th Street <br> Omaha, NE 68154 | | - | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No. <br><br> A Tech Inc. <br> 10401 Hickman Rd. <br> Urbandale, IA 50322 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> A&B Reprographics, Inc. <br> PO Box 2529 <br> Rogers, AR 72757-2529 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> A&D Technical Supply Co., Inc. <br> 4320 South 89th Street <br> Omaha, NE 68127 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> A&G Carpet Cleaning <br> 4461 90th Street <br> Urbandale, IA 50322 | | - | Triton Homes Des Moines, LLC trade debt | | | | 381.60 |

Sheet no. __1__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          381.60

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                          ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| AAA Garage Doors Inc. 803 S. Platte Avenue Fremont, NE 68025 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Abendroth & Russell, P.C. 2536 73rd Street Urbandale, IA 50322 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| ABLE Locksmiths 24 South 7th Street Council Bluffs, IA 51501 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Absolute Concrete Constr., Inc. 505 1st Avenue Slater, IA 50244 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Accent Lighting Touchstone Iowa 3113 Prospect Drive Des Moines, IA 50310 | - | | | | | | | Unknown |

Sheet no. __2__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Triton Homes<br><br>Accurate Construction & Restoration<br>1116 Grenoble Dr.<br>Bellevue, NE 68123 | - | | | | 2-15-10<br>Triton Homes, LC trade debt | | | | 1,000.00 |
| Account No.<br><br>Action Reprographics<br>1423 High Street<br>Des Moines, IA 50309 | - | | | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. TRITON<br><br>Action Services, Inc.<br>PO Box 310128<br>Des Moines, IA 50331-0128 | - | | | | Triton Homes Des Moines, LLC trade debt | | | | 95.00 |
| Account No.<br><br>Adams Door Co., Inc.<br>6355 NE 14th St.<br>Des Moines, IA 50313 | - | | | | Triton Homes Des Moines, LLC trade debt | | | | 815.00 |
| Account No. xxxx: xx-x1843<br><br>ADEQ<br>ATTN: Fiscal Division<br>5301 Northshore Dr.<br>North Little Rock, AR 72118-5317 | - | | | | Triton Homes of Arkansas, LLC trade debt | | | | 200.00 |

Sheet no. __3__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,110.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Advanced Air and Mechanical <br> 811 North Bloomington <br> Lowell, AR 72745 | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Advanced Underground Construction <br> 2460 Grand Avenue <br> West Des Moines, IA 50265 | - | | | Triton trade debt | | | | Unknown |
| Account No. x1973 <br><br> Ahern Fire Protection <br> Division of J.F. Ahern Co. <br> PO Box 1316 <br> Fond Du Lac, WI 54936-1316 | - | | | Triton Homes Omaha, LLC trade debt | | | | 35,690.45 |
| Account No. 350387239-Z1 <br><br> Ahern Fire Protection <br> c/o RMS <br> 4836 Brecksville Rd. <br> Richfield, OH 44286 | | | | Additional notice for: <br> Ahern Fire Protection | | | | Notice Only |
| Account No. <br><br> Aire Serv Heating & Air Conditioning <br> 2808 McCorkindale Avenue <br> Bellevue, NE 68147 | - | | | Triton Homes Omaha, LLC trade debt | | | | Unknown |

Sheet no. __4__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,690.45

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                                    ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. x8738<br><br>Aksarben Heating & Air Conditioning<br>7070 S. 108th St.<br>Omaha, NE 68128-5701 | - | | | Triton Homes Omaha, LLC trade debt | | | | 11,483.00 |
| Account No.<br><br>All About Blinds<br>14937 Industrial Road<br>Omaha, NE 68144 | - | | | Triton Homes Omaha, LLC trade debt | | | | 931.58 |
| Account No.<br><br>All About You and<br>Custom Cleaning LLC<br>703 N. Thompson, Ste. 310<br>Springdale, AR 72764 | - | | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No.<br><br>All Around Landscaping<br>PO Box 8290<br>Springdale, AR 72766-8290 | - | | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No.<br><br>Allegra Print & Imaging<br>1000 Thomas Beck Road<br>Des Moines, IA 50315 | - | | | Triton trade debt | | | | Unknown |
| Sheet no. _5_ of _161_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | 12,414.58 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Allender Butzke Engineers Inc. <br> 3660 109th St. <br> Urbandale, IA 50322 | | - | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br><br> Almost Anything <br> 110 NE Crestmoor Pl. <br> Ankeny, IA 50021 | | - | Triton Homes Des Moines, LLC trade debt | | | | 475.00 |
| Account No. <br><br> American Abstract & Title Co. <br> 1840 NW 118th St., Ste. 110 <br> Clive, IA 50325 | | - | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. xxxx3797 <br><br> American Arbitration Association <br> 13455 Noel Road, Ste. 1750 <br> Dallas, TX 75240 | | - | 10-6-10 <br> Arbitration - neutral compensation deposit | | | | 450.00 |
| Account No. <br><br> American Business Phones <br> 640 19th Street <br> Des Moines, IA 50314 | | - | Triton Group, LLC trade debt | | | | Unknown |

Sheet no. __6__ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

925.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                          ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>American Classifieds<br>PO Box 6569<br>Omaha, NE 68106-0569 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>American Funds<br>ATTN: Finance and Accounting<br>PO Box 659530<br>San Antonio, TX 78265-9530 | - | | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>American Refinishing<br>20 Hope Drive<br>Bella Vista, AR 72715 | - | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No. xxxx1593<br><br>American Trust & Savings Bank<br>6601 Westown Parkway, #140<br>West Des Moines, IA 50266-7718 | X - | | 12-18-07/3-1-08<br>Possible deficiency after foreclosure of Units 1-140 Stone Creek Village Condo, Douglas Cty, NE; Goodmans' Marshall County, IA, condo; Polk County Law No. CL116066 (suit on promissory notes only) | | | | Unknown |
| Account No.<br><br>American Trust & Savings Bank<br>c/o Thomas H. Burke, Esq.<br>317 Sixth Ave., Ste. 1200<br>Des Moines, IA 50309-4195 | | | Additional notice for:<br>American Trust & Savings Bank | | | | Notice Only |

Sheet no. __7___ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. | | | | | | | | |
| American Trust & Savings Bank PO Box 938 Dubuque, IA 52004-0938 | | | | Additional notice for: American Trust & Savings Bank | | | | Notice Only |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| American Trust & Savings Bank PO Box 938 Dubuque, IA 52004-0938 | | - | | | | | | Unknown |
| Account No. | | | | 5-17-10 Story County Law No. LACV046038 | | | | |
| American Trust & Savings Bank c/o Thomas H. Burke, Esq. 317 Sixth Ave., Ste. 1200 Des Moines, IA 50309-4195 | | - | | | | | | Unknown |
| Account No.  xxxxT180 | | | | 4-2-09 Triton Homes Des Moines, LLC trade debt | | | | |
| American TV & Appliance 2404 W. Beltline Hwy. Madison, WI 53713 | | - | | | | | | 8,275.97 |
| Account No. | | | | Additional notice for: American TV & Appliance | | | | Notice Only |
| American TV & Appliance W229 N1400 Westwood Drive Waukesha, WI 53186 | | | | | | | | |

Sheet no. __8__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,275.97

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                                         ,    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ames Community Bank<br>104 Chestnut<br>Ames, IA 50010 | | - | 5-25-07<br>Possible deficiency after non-judicial voluntary foreclosure of 4304 155th Street, Urbandale, Iowa | | | | Unknown |
| Account No.<br><br>Ames Community Bank<br>104 Chestnut<br>Ames, IA 50010 | | - | 7-5-06<br>Possible deficiency after non-judicial voluntary foreclosure on Village at North Pointe bare lots (8, 9, 10, 11) and Unit 78 in The Village at North Pointe Condominiums, Grimes, Iowa | | | | Unknown |
| Account No.<br><br>Ames Community Bank<br>PO Box 1766<br>Ames, IA 50010 | | - | 5-25-08<br>Possible deficiency after deed in lieu of foreclosure on 16773 Laurel Plaza Omaha, Nebraska | | | | Unknown |
| Account No.<br><br>Ames Community Bank<br>c/o Joseph C. Byam, Esq.<br>317 American National Bldg.<br>8990 West Dodge Road<br>Omaha, NE 68114-3398 | | | Additional notice for:<br>Ames Community Bank | | | | Notice Only |
| Account No.<br><br>Ames Community Bank<br>PO Box 552<br>Grimes, IA 50111 | | | Additional notice for:<br>Ames Community Bank | | | | Notice Only |

Sheet no. _9_ of _161_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC
                                                           ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ames Community Bank<br>PO Box 1766<br>Ames, IA 50010 | - | | 5-25-07<br>Possible deficiency after deed in lieu of foreclosure on 18150 Hayes Plaza<br>Omaha, Nebraska | | | | Unknown |
| Account No.<br><br>Ames Community Bank<br>c/o Ryan J. Mahoney, Esq.<br>PO Box 219<br>Boone, IA 50036-0219 | | | Additional notice for:<br>Ames Community Bank | | | | Notice Only |
| Account No.<br><br>Ames Community Bank<br>c/o Joseph C. Byam, Esq.<br>317 American National Building<br>8990 West Dodge Road<br>Omaha, NE 68114-3398 | | | Additional notice for:<br>Ames Community Bank | | | | Notice Only |
| Account No.<br><br>Ames Community Bank<br>104 Chestnut<br>Ames, IA 50010 | - | | 2009<br>Possible remaining claim after transfer of properties to Village Green Properties | | | | Unknown |
| Account No.<br><br>City of Ankeny - Des Moines Water<br>2201 George Flagg Pkwy.<br>Des Moines, IA 50321-1174 | - | | Triton trade debt | | | | Unknown |

Sheet no. __10__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                                    ,          Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| City of Ankeny - Water PO Box 402008 Des Moines, IA 50940-2008 | | - | | | | | | Unknown |
| Account No. 4-003, 4-004, 4-005 | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Ankeny Sanitation/Midwest Solid Waste PO Box 487 Ankeny, IA 50021 | | - | | | | | | 1,600.59 |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| City of Ankeny PO Box 402008 Des Moines, IA 50940-2008 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Tim Anthofer 209 NE 17th Ankeny, IA 50021 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Appliance Installation Services 5430 NW 4th Ct. Des Moines, IA 50313 | | - | | | | | | 1,840.00 |

| Sheet no. __11__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,440.59 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| AQS Environmental 11069 "I" Street Omaha, NE 68137 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| The Architectural Edge PO Box 1208 Ankeny, IA 50021 | - | | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Arid Resources 8802 S. 135th St. Omaha, NE 68138 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Arkansas Dept. of Environmental Quality ATTN: Fiscal Department 5301 Northshore Drive North Little Rock, AR 72118-5317 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Arkansas Secretary of State Business & Commercial Services State Capitol, Room 256 Little Rock, AR 72201-1094 | - | | | | | | | Unknown |

Sheet no. __12__ of __161__ sheets attached to Schedule of                          Subtotal                   0.00
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                    ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Arkansas Sign and Banner 2107 S. Walton Blvd., Ste. C Bentonville, AR 72712 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| The Arkansas Traveler 119 Kimpel Hall Fayetteville, AR 72701 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Arkhola PO Box 504445 Saint Louis, MO 63150-4445 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Barbara Armagno 2150 NW 78th Ave., #17 Grimes, IA 50111 | - | | | | | | Unknown |
| Account No. x1362 | | | 4-1-10 Triton Group, LLC trade debt | | | | |
| Arthur J. Gallagher Risk Management 1415 28th St., Ste. 300 West Des Moines, IA 50266 | - | | | | | | 3,828.00 |

Sheet no. __13__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            3,828.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> Arthur J. Gallagher Risk Management <br> 12444 Powerscourt Dr. <br> Saint Louis, MO 63131 | | | | Additional notice for: <br> Arthur J. Gallagher Risk Management | | | | Notice Only |
| Account No. <br><br> Artistic Iron Works <br> 519 SE 4th St. <br> Des Moines, IA 50309 | | - | | Triton Homes of Arkansas, LLC trade debt | | | | 42,077.60 |
| Account No. 3825394 & 3925387 <br><br> Arvest Bank <br> PO Box 1219 <br> Lowell, AR 72745 | | - | | 5-23-08 <br> Possible deficiency after deed in lieu of foreclosure on Units #49 & 50, Bldg. AA, The Village on Shiloh, Washington County, Arkansas | | | | Unknown |
| Account No. <br><br> Arvest Bank <br> c/o Craig A. Campbell, Esq. <br> 119 S. Second Street <br> Rogers, AR 72756 | | | | Additional notice for: <br> Arvest Bank | | | | Notice Only |
| Account No. <br><br> Arvest Bank <br> PO Box 809 <br> Rogers, AR 72757-0809 | | | | Additional notice for: <br> Arvest Bank | | | | Notice Only |

Sheet no. __14__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          42,077.60

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                         ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Arvest Bank <br> 201 W. Walnut <br> Rogers, AR 72757 | | | Additional notice for: <br> Arvest Bank | | | | Notice Only |
| Account No. <br><br> The Assessment Group Inc. <br> 7364 N. 122nd Ave. Circle <br> Omaha, NE 68142-1670 | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> AT&T <br> AT&T Mobility <br> PO Box 6463 <br> Carol Stream, IL 60197-6463 | - | | Triton Group, LLC trade debt | | | | 600.72 |
| Account No. xxxxxxxx3060 <br><br> AT&T <br> AT&T BSC Northern Region <br> PO Box 105414 <br> Atlanta, GA 30348-5414 | - | | Triton Group, LLC trade debt | | | | 377.74 |
| Account No. SXG962 <br><br> AT&T <br> c/o NCO Financial Systems, Inc. <br> 507 Prudential Road <br> Horsham, PA 19044 | | | Additional notice for: <br> AT&T | | | | Notice Only |

Sheet no. __15__ of __161__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)        978.46

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. 28850346 <br><br> AT&T BSC Northern Region <br> c/o Southwest Credit <br> 5910 W. Plano Parkway, Ste. 100 <br> Plano, TX 75093-2723 | | | | Additional notice for: <br> AT&T | | | | Notice Only |
| Account No. 177062099 <br><br> AT&T BSC Northern Region <br> c/o West Asset Management <br> 7171 Mercy Road <br> Omaha, NE 68106 | | | | Additional notice for: <br> AT&T | | | | Notice Only |
| Account No. 016389432 <br><br> AT&T BSC Northern Region <br> c/o  Franklin Collection Service <br> PO Box 3910 <br> Tupelo, MS 38803-3910 | | | | Additional notice for: <br> AT&T | | | | Notice Only |
| Account No. <br><br> AT&T <br> PO Box 930170 <br> Dallas, TX 75393-0170 | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> AT&T <br> PO Box 630047 <br> Dallas, TX 75263-0047 | | | | Additional notice for: <br> AT&T | | | | Notice Only |

Sheet no. __16__ of __161__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 2875 | | | | | Triton Homes, L.C. trade debt | | | | |
| AT&T - Business National c/o ER Solutions, Inc. 800 SW 39th St. Renton, WA 98057 | | - | | | | | | | 1,287.84 |
| Account No. | | | | | Triton trade debt | | | | |
| Baker McGee Construction 205 Bliar Ct. Pea Ridge, AR 72751 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Bank of America PO Box 17220 Baltimore, MD 21297-1220 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Bank of the West Construction Lending Dept. 7465 Ashworth Road West Des Moines, IA 50266 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Bank of the West - Mortgage PO Box 3220 Omaha, NE 68103-0220 | | - | | | | | | | Unknown |

Sheet no. __17__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,287.84

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Triton Group, LLC trade debt | | | | |
| Bankers Trust 11111 University Avenue Clive, IA 50325 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton trade debt | | | | |
| Baxter 108/Investors Realty Investors Realty, Inc. 11301 Davenport Street Omaha, NE 68154 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| BB Stone & Rhino Materials 11946 SE Vandalia Dr. Runnells, IA 50237 | - | | | | | | | 346.50 |
| **Account No.** | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| BC Construction 5260 NW 111th Drive Grimes, IA 50111 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton trade debt | | | | |
| BC Construction & Concrete Supply 11125 NW 54th Ave., Ste. A Grimes, IA 50111 | - | | | | | | | Unknown |

Sheet no. __18__ of __161__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

| | |
|---|---|
| | 346.50 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8668 Beisser's Inc. 5300 Beisser Drive Grimes, IA 50111 | | - | Triton Homes Des Moines, LLC trade debt | | | | 45,196.78 |
| Account No. x0361 Belin McCormick 666 Walnut, Ste. 2000 Des Moines, IA 50309-3989 | | - | Triton Group, LLC trade debt | | | | 18,086.03 |
| Account No. City of Bellevue 210 W. Mission Avenue Bellevue, NE 68005 | | - | Triton trade debt | | | | Unknown |
| Account No. Bentonville Glass Inc. 507 South Main Street Bentonville, AR 72712 | | - | Triton Homes of Arkansas, LLC trade debt | | | | 71.88 |
| Account No. xxxx-xx4692 Big O Tires & Service Center 3880 NW Urbandale Dr. Urbandale, IA 50322 | | - | Triton Group, LLC trade debt | | | | 34.12 |

Sheet no. _19_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        63,388.81

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| BKM 5161 Maple Drive Des Moines, IA 50327 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Alex Bloemer 5956 North 167th Terrace Pl., #26 Omaha, NE 68116 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Bob Saylors Concrete, Inc. PO Box 284 Avoca, AR 72711 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Boys Town Post Office 14100 Crawford St. Boys Town, NE 68010 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| BP PO Box 70887 Charlotte, NC 28272-0887 | | - | | | | | | Unknown |

Sheet no. __20__ of __161__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Brad Van Weelden Co. Inc.<br>5672 NW 5th Ct.<br>Des Moines, IA 50313 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>Jeff Bramble<br>c/o Guidepost Financial<br>3008 Sapphire Circle<br>Ames, IA 50010 | | - | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>Brewer Engineering Consultants<br>2701 SE Convenience Blvd., Ste. 11<br>Ankeny, IA 50021 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>Diane Briggs<br>14769 California Street<br>Omaha, NE 68154 | | - | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>Bright Electric Ltd. Corp.<br>PO Box 1733<br>Des Moines, IA 50305-1733 | | - | Triton trade debt | | | | Unknown |

Sheet no. __21__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                   ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Brown's Drywall & Supply Co. PO Box 248 Springdale, AR 72765 | - | | | | | | | 2,758.40 |
| Account No. | | | | Triton trade debt | | | | |
| Brundage-Bone Concrete Pumping 786 N. Miller Avenue Springfield, MO 65802 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Budget Blinds 4410 Bel Aire Road Des Moines, IA 50310 | - | | | | | | | Unknown |
| Account No. | | | | Additional notice for: Budget Blinds | | | | Notice Only |
| Budget Blinds 2312 NE Hanover Court Ankeny, IA 50021 | | | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Builder MT LLC 200 Union Blvd., Ste. 500 Denver, CO 80228 | - | | | | | | | Unknown |

Sheet no.  22  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 2,758.40 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                    ,        Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Triton Group, LLC trade debt | | | | |
| Builder Partnerships 6637 W. Hinsdale Ave. Littleton, CO 80128 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Builders Publishing Company 11221 Roe Avenue, Suite 1A Leawood, KS 66211 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Building Inspectors Inc. 104 Campus Drive, St. 101 Huxley, IA 50124 | | - | | | | | | | 420.00 |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Scott Campbell 302 NE Olivewood Waukee, IA 50263 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Campus View Management PO Box 650 Iowa City, IA 52244 | | - | | | | | | | Unknown |

Sheet no. __23__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          420.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                                , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Capital Bank & Trust<br>PO Box 6164<br>Indianapolis, IN 46206 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Capital City Mini Storage<br>5059 NW 111th Drive<br>Grimes, IA 50111 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Capital Sitework & Design<br>831 NE Broadway Avenue<br>Des Moines, IA 50313 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Cardinal PDC<br>730 E. 7th Street N.<br>Newton, IA 50208 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Cleve Carlise<br>11265 Illinois Chapel<br>Prairie Grove, AR 72753 | | - | | Triton trade debt | | | | Unknown |

Sheet no. __24__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Carlson Crane, Inc. 4645 NE 46th Ave. Des Moines, IA 50317 | - | | | | | | | Unknown |
| Account No. | | | | Douglas County, Nebraska, Case No. 1096-803 | | | | |
| Amber Carlson 4364 N. 147th Plaza Omaha, NE 68116 | - | | | | | | | Unknown |
| Account No. | | | | Additional notice for: Amber Carlson | | | | Notice Only |
| Amber Carlson c/o James F. Cann, Esq. One Pacific Place, Ste. 800 1125 South 103rd Street Omaha, NE 68124-1079 | | | | | | | | |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Carpenter Erosion Control PO Box 994 Ankeny, IA 50021 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Carter Painting 2518 Millstream Ave. Winterset, IA 50273 | - | | | | | | | Unknown |

Sheet no. __25__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC
                                                    ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Caruth Construction, Inc. 2232 229th Place Ames, IA 50014 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| The CBE Group, Inc. Payment Processing Center PO Box 2337 Waterloo, IA 50704-2337 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| CBS Home Real Estate 14769 California Street Omaha, NE 68154 | - | | | | | | | | 9,385.72 |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| CCD Enterprises 16305 Adams Street Omaha, NE 68135 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Centurion Stone of Iowa 5525 NE 22nd St., Ste. A Des Moines, IA 50313 | - | | | | | | | | Unknown |

Sheet no. __26__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,385.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                                          ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Chad Zych Drywall<br>207 Allison Avenue<br>Papillion, NE 68133 | | - | Triton Homes Omaha, LLC trade debt | | | | 3,695.00 |
| **Account No.**<br><br>ChemTech Termite & Pest Control<br>PO Box 18<br>Beebe, AR 72012 | | - | Triton Homes of Arkansas, LLC trade debt | | | | 1,068.98 |
| **Account No.**<br><br>Chicago Lumber Company of Omaha<br>Box 3487<br>Omaha, NE 68103-0487 | | - | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>Kelli Christian<br>361 Sandalwood<br>Waukee, IA 50263 | | - | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| **Account No.**<br><br>Cincinnati Insurance Company<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | | - | Triton Group, LLC | | | | Unknown |

Sheet no. __27__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,763.98

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Cincinnati Insurance Company <br> c/o Mike Gibbons, Esq. <br> Woodkey & Gibbons PC <br> 619 North 90th Street <br> Omaha, NE 68114 | | | | Additional notice for: <br> Cincinnati Insurance Company | | | | Notice Only |
| Account No. xxx-x1973 <br><br> Cintas <br> PO Box 149 <br> Springdale, AR 72765-0149 | | - | | Triton Homes of Arkansas, LLC trade debt | | | | 584.22 |
| Account No. xxx-x6268 <br><br> Cintas Corporation #749 <br> 1601 N. 24th Street <br> Omaha, NE 68110 | | - | | Triton Homes Omaha, LLC trade debt | | | | 386.81 |
| Account No. xxx-x6269 <br><br> Cintas Corporation #749 <br> 1601 N. 24th Street <br> Omaha, NE 68110 | | - | | Triton Homes Omaha, LLC trade debt | | | | 462.24 |
| Account No. <br><br> Cintas Corporation #762 <br> 1300 SE Gateway Dr., Ste. 102 <br> Grimes, IA 50111-4830 | | - | | Triton Group, LLC trade debt | | | | 148.40 |

| Sheet no. __28__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 1,581.67 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 0127<br><br>Cintas Corporation #762<br>1300 SE Gateway Dr., Ste. 102<br>Grimes, IA 50111-4830 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 371.00 |
| Account No. 1466<br><br>Cintas Corporation #762<br>1300 SE Gateway Dr., Ste. 102<br>Grimes, IA 50111-4830 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 371.00 |
| Account No. 1477<br><br>Cintas Corporation #762<br>1300 SE Gateway Dr., Ste. 102<br>Grimes, IA 50111-4830 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 398.14 |
| Account No.<br><br>Cintas Corporation #762<br>1501 NE Broadway, Ste. 1<br>Des Moines, IA 50313-0101 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 646.25 |
| Account No.<br><br>Circuitmaster Electric<br>15211 Madison Street<br>Omaha, NE 68137 | | - | | Triton trade debt | | | | Unknown |

Sheet no. __29__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,786.39

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                      ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Citi Cards<br>PO Box 688901<br>Des Moines, IA 50368-8901 | | - | Triton Group, LLC credit card | | | | Unknown |
| Account No. 6929/Ref. #055494066<br><br>Citibank/THD CRC<br>c/o Capital Management Services<br>726 Exchange St., Ste. 700<br>Buffalo, NY 14210 | | - | Triton Homes, LC credit card | | | | 7,247.00 |
| Account No.<br><br>City Media Group/City Weekly<br>1307 Leavenworth St.<br>Omaha, NE 68102 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>The City Weekly<br>1307 Leavenworth Street<br>Omaha, NE 68102 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>Cityview<br>Big Green Umbrella Media, Inc.<br>414 61st Street<br>Des Moines, IA 50312 | | - | Triton trade debt | | | | Unknown |

Sheet no. __30__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,247.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,     Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Civil Design Advantage L.L.C. <br> 5501 NW 112th St., Ste. G <br> Grimes, IA 50111 | - | | Triton Group, LLC trade debt | | | | Unknown |
| Account No. <br><br> Sue Clark <br> Sue Clark Real Estate Service <br> PO Box 71637 <br> Clive, IA 50325 | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> City of Clive <br> 1900 NW 114th St. <br> Clive, IA 50325 | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Collection Services Center <br> PO Box 9125 <br> Des Moines, IA 50306-9125 | - | | Triton Group, LLC trade debt | | | | Unknown |
| Account No. <br><br> Collins Roofing Inc. <br> 9140 Hwy. G-14 <br> Norwalk, IA 50211 | - | | Triton Homes Des Moines, LLC trade debt | | | | 916.75 |

Sheet no. __31__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

916.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Community State Bank<br>817 N. Ankeny Blvd.<br>Ankeny, IA 50023 | - | | | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No.<br><br>Community State Bank<br>ATTN: Fred Scherle, Vice President<br>1640 SW White Birch Circle<br>Ankeny, IA 50023 | - | | | | Possible deficiency after deed in lieu of foreclosure on Lots 1-3, Outlot A, Part of SE1/4 NE1/4 Section 3, T15N, R11E, 6th P.M., Douglas County, Nebraska | | | | Unknown |
| Account No.<br><br>Complete Computer Consulting, Inc.<br>1418 SW 41st Ct.<br>Ankeny, IA 50023 | - | | | | Triton Group, LLC trade debt | | | | 862.50 |
| Account No.<br><br>Complete Electric<br>PO Box 540393<br>Omaha, NE 68154 | - | | | | Triton trade debt | | | | Unknown |
| Account No. 7763<br><br>Connolly O'Malley Lillis Hansen Olson LLP, Attorneys<br>317 Sixth Ave., Ste. 300<br>Des Moines, IA 50309-4127 | - | | | | Triton Homes Des Moines, LLC attorney fees | | | | 192.00 |

Sheet no. __32__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,054.50

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC
                                                              ,     Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Consolidated Kitchens & Fireplaces 10325 J Street Omaha, NE 68127 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Constructive Erosion Control PO Box 10557 Fayetteville, AR 72701 | - | | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Continental Fire Sprinkler Co. PO Box 30036 Omaha, NE 68103-1136 | - | | | | | | | 51,357.00 |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Continental Fire Sprinkler Co. PO Box 30036 Omaha, NE 68103-1136 | - | | | | | | | 7,827.63 |
| Account No. | | | | Triton trade debt | | | | |
| Contractor Services - Gutters 1040 Hoak Drive West Des Moines, IA 50265 | - | | | | | | | Unknown |

Sheet no. __33__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,184.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Contractor Services - Ins. 1040 Hoak Drive West Des Moines, IA 50265 | | - | | | | | | 246.00 |
| Account No. | | | | Triton trade debt | | | | |
| Contractor's Portable Toilets 5932 North Main Street Road Joplin, MO 64801 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Contractors Equipment Co. 5898 North Main St., Ste. 110 Joplin, MO 64801 | | - | | | | | | 214.98 |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Contractors Licensing Board 4100 Richards Road North Little Rock, AR 72117 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| The Copy Shop 225 SE Oralabor Rd., Ste. 1 Ankeny, IA 50021-9118 | | - | | | | | | Unknown |

Sheet no. __34__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    460.98

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                        ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Cornhusker Insulation 2201 River Road Dr. Waterloo, NE 68069 | | - | | | | | | Unknown |
| Account No. xxxx/xxxxxx #2246 | | | | Triton Homes, L.C. trade debt | | | | |
| Corrigo Inc. c/o Revenue Assurance Partners 19399 Helenberg Rd. Covington, LA 70433 | | - | | | | | | 1,800.00 |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| Corrigo Inc. Dept. 0439 PO Box 120439 Dallas, TX 75312-0439 | | - | | | | | | Unknown |
| Account No. | | | | Additional notice for: Corrigo Inc. | | | | Notice Only |
| Corrigo Inc. 8245 SW Tualatin Sherwood Rd. Tualatin, OR 97062 | | | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Countertops Unlimited 4664 South 88th Street Omaha, NE 68127 | | - | | | | | | Unknown |

Sheet no. __35__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                           ,        Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> COX Communications <br> PO Box 22142 <br> Tulsa, OK 74121-2142 | - | | Triton Homes of Arkansas, LLC trade debt | | | | 1,838.53 |
| Account No. <br><br> COX Communications <br> PO Box 2380 <br> Omaha, NE 68103-2380 | | | Additional notice for: <br> COX Communications | | | | Notice Only |
| Account No. xxxx24-01 <br><br> Crafton Tull Sparks <br> 901 North 47th St., Ste. 200 <br> Rogers, AR 72756 | - | | Triton Homes of Arkansas, LLC trade debt | | | | 619.50 |
| Account No. <br><br> Cramer Development Inc. <br> 1430 Rochester Avenue <br> Iowa City, IA 52245 | - | | 4-7-10 <br> Triton Group, LLC trade debt | | | | 60.00 |
| Account No. <br><br> Jamie & Courtney Croatt <br> 3125 SW Arlan Ln. <br> Ankeny, IA 50023 | - | | Triton trade debt | | | | Unknown |

Sheet no. __36__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,518.03

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Crye-Leike<br>1280 E. Stearns St.<br>Fayetteville, AR 72703 | - | | Triton Homes of Arkansas, LLC trade debt | | | | 600.00 |
| Account No.<br><br>Crystal Clear Water Co.<br>3717 Delaware Avenue<br>Des Moines, IA 50313 | - | | Triton Group, LLC trade debt | | | | 40.30 |
| Account No. 3597<br><br>Crystal Clear Water Co.<br>3717 Delaware Avenue<br>Des Moines, IA 50313 | - | | Triton Homes Des Moines, LLC trade debt | | | | 331.95 |
| Account No.<br><br>CSC Containers<br>3554 County Road P43<br>Fort Calhoun, NE 68023 | - | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No.<br><br>Culligan of NW Arkansas<br>PO Box 689<br>Lowell, AR 72745 | - | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |

Sheet no. __37__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

972.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Current Improvements 29 Ivy Circle Bentonville, AR 72712 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Custom Aire/Alan Dorey PO Box 3274 Fayetteville, AR 72702 | | - | | | | | | 709.04 |
| Account No. | | | | Triton trade debt | | | | |
| Custom Awards & Embroidery 9200 Hickman Rd., Ste. S Clive, IA 50325 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Custom Seamless Gutter 1600 Mortie Street Springdale, AR 72764 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| D&D West Components 5120 Beisser Dr. Grimes, IA 50111 | | - | | | | | | Unknown |

Sheet no. __38__ of __161__ sheets attached to Schedule of                    Subtotal                709.04
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC _____,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton Homes Omaha, LLC trade debt | | | | |
| D&E Custom Building Design PO Box 777 Gretna, NE 68028 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Triton Homes Des Moines, LLC trade debt | | | | |
| D&R Clean Team 804 Roosevelt St. Polk City, IA 50226 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| D.C. Electric and Heartland Lighting 113 W. 22nd Ave. Bellevue, NE 68005 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | Court costs: Northwest Bank v. Triton Homes Des Moines, L.L.C., et al | | | | |
| Dallas County Clerk RE:  EQCV035669 Dallas County Courthouse 801 Court St. Adel, IA 50003-1485 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | 9-14-10 Court costs:  Nationwide Advantage Mort. Co. v. Whitaker et al | | | | |
| Dallas County Clerk RE: EQCV036338 Dallas County Courthouse 801 Court St. Adel, IA 50003-1485 | | - | | | | | |
| | | | | | | | 235.00 |

Sheet no. __39__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            235.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                               ,       Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Darcy Maulsby & Co. 1741 141 Diagonal Granger, IA 50109 | - | | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Dave Janke Plumbing, Inc. 15013 Grover St. Omaha, NE 68144-3261 | - | | | | | | | 41,027.30 |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Deb Carter Painting 2518 Millstream Ave. Winterset, IA 50273 | - | | | | | | | 125.00 |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Rebecca DeBrouse 19720 108th Place Indianola, IA 50125 | - | | | | | | | 440.00 |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| Deer Wood Office Park c/o Stanbrough Property Management PO Box 71637 Clive, IA 50325 | - | | | | | | | Unknown |

Sheet no. __40__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     41,592.30

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | - | | Triton Group trade debt | | | | |
| Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream, IL 60197-5292 | | | | | | | | | Unknown |
| Account No. | | | - | | Triton Group, LLC trade debt | | | | |
| Delta Dental of Iowa PO Box 5044 Des Moines, IA 50305-5044 | | | | | | | | | Unknown |
| Account No. | | | - | | Triton Homes Des Moines, LLC trade debt | | | | |
| Des Moines Register PO Box 677357 Dallas, TX 75267-7357 | | | | | | | | | 10,208.00 |
| Account No. | | | | | Additional notice for: Des Moines Register | | | | |
| Des Moines Register PO Box 10441 Des Moines, IA 50306-0441 | | | | | | | | | Notice Only |
| Account No. | | | - | | Triton trade debt | | | | |
| Des Moines Steel Inc. 110 Clark St. Des Moines, IA 50314 | | | | | | | | | Unknown |

Sheet no. __41__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            10,208.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                     ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Des Moines Water Works<br>2201 George Flagg Parkway<br>Des Moines, IA 50321-1190 | - | | | Triton Homes Des Moines, LLC trade debt | | | | 104.67 |
| Account No.<br><br>Design & Construction Resources<br>PO Box 2380<br>Vista, CA 92085-2380 | - | | | Triton Group, LLC trade debt | | | | 66.70 |
| Account No.<br><br>Designer Spaces<br>3810 Scarlett Terrace<br>Springdale, AR 72762 | - | | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No.<br><br>Diane's Installs<br>2817 Sherry Lane<br>Urbandale, IA 50322 | - | | | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>Dickinson Mackaman Tyler & Hagen PC<br>699 Walnut St.<br>Des Moines, IA 50309 | - | | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |

Sheet no. __42__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

171.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Dig Dug 1308 E. Central Ave. Bentonville, AR 72712 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Dish Network Dept. 0063 Palatine, IL 60055-0001 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| DLE Seven LLC PO Box 187 Ankeny, IA 50021 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton Group, LLC trade debt | | | | |
| DMACC ATTN: Darwin Schmig 2006 S. Ankeny Blvd. Ankeny, IA 50023 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Dorsey & Whitney LLP 801 Grand Avenue, Suite 3900 Des Moines, IA 50309 | | - | | | | | | | Unknown |

Sheet no. __43__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Double D Excavating Inc. 7071 N. 87th St. Omaha, NE 68122 | - | | | | | | | Unknown |
| Account No. | | | | Court costs: Amber Carlson v. Triton Homes, et al | | | | |
| Douglas County Clerk RE: Case No. 1096-803 Douglas County District Court 1701 Farnam St., 3rd Floor Omaha, NE 68183 | - | | | | | | | Unknown |
| Account No. | | | | Court costs: Lois M. Johnson v. Triton Homes et al | | | | |
| Douglas County Clerk RE: Case No. 1096-804 Douglas County District Court 1701 Farnam St., 3rd Floor Omaha, NE 68183 | - | | | | | | | Unknown |
| Account No. | | | | Court costs: Katherine Meyer v. Triton Homes et al | | | | |
| Douglas County Clerk RE: Case No. 1100-391 Douglas County District Court 1701 Farnam St., 3rd Floor Omaha, NE 68183 | - | | | | | | | Unknown |
| Account No. | | | | Court costs: Jen Rae Hein v. Triton Homes, et al | | | | |
| Douglas County Clerk RE: Case No. 1097-808 Douglas County District Court 1701 Farnam St., 3rd Floor Omaha, NE 68183 | - | | | | | | | Unknown |

Sheet no. __44__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Dan Downs dba Carpet Service c/o Great Southern Bank 3900 Westown Parkway West Des Moines, IA 50266 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Drake Williams Steel 2301 Hickory Street Omaha, NE 68108 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| DRI Title & Escrow 12720 I Street Omaha, NE 68137 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| E&A Consulting Group Inc. 330 North 117th Street Omaha, NE 68154-2509 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Eagle Services PO Box 26 Bennington, NE 68007-0026 | | - | | | | | | 418.47 |

Sheet no. __45__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            418.47

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Triton trade debt | | | | |
| Eco-Tech Construction 5600 Enterprise Dr. Grimes, IA 50111 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Eden's 2880 West Redstone Drive Springdale, AR 72764 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Eden's Home Repair & Remodeling Inc. 189 Chantilly Ave. Springdale, AR 72764 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Edge Property Management PO Box 69 Huxley, IA 50124 | - | | | | | | | | 2,054.63 |
| Account No. | | | | | Stone Creek rentals on Triton Homes Omaha, LLC | | | | |
| Edge Property Management PO Box 69 Huxley, IA 50124 | - | | | | | | | | 229.88 |

Sheet no. __46__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,284.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Edge Property Management <br> PO Box 69 <br> Huxley, IA 50124 | - | | Falcon Ridge rentals on Triton Homes Omaha, LLC | | | | 3,191.64 |
| Account No. <br><br> Edge Property Management <br> PO Box 69 <br> Huxley, IA 50124 | - | | Falcon Ridge expenses of Triton Homes Omaha, LLC | | | | 273.00 |
| Account No. <br><br> Edge Property Management <br> PO Box 69 <br> Huxley, IA 50124 | - | | North Ridge expenses of Triton Homes Omaha, LLC | | | | 1,838.00 |
| Account No. <br><br> Electric Fixture & Supply Co. <br> PO Box 898 <br> Omaha, NE 68101-0898 | - | | Triton Homes Omaha, LLC trade debt | | | | 641.94 |
| Account No. <br><br> Electric Fixture & Supply Co. <br> 953 73rd St. <br> Des Moines, IA 50312 | | | Additional notice for: <br> Electric Fixture & Supply Co. | | | | Notice Only |

Sheet no. __47__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,944.58

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                          ,     Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton trade debt | | | | |
| Matt Eller 200 Timber Creek Rd. Ames, IA 50010 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Employee Screening Management 98 E. Sunbridge Drive Fayetteville, AR 72703 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Enco Materials, Inc. PO Box 415000 Nashville, TN 37241 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Engineering Alliance Inc. 8191 Birchwood Court, Ste. L Johnston, IA 50131 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Engineering Service Company PO Box 10901 Fayetteville, AR 72703 | | - | | | | | Unknown |

Sheet no. __48__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Environmental Solutions of Iowa <br> 3405 SE Crossroads Dr., Ste. X <br> Grimes, IA 50111 | - | | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. xxxx0001 <br><br> Envirotraxx LLC <br> 3405 SE Crossroads Drive, Ste. X <br> Grimes, IA 50111 | - | | | Triton Homes Des Moines, LLC trade debt | | | | 2,892.50 |
| Account No. <br><br> EPCO Ltd. Inc. <br> 1159 E. Pierce Street <br> Council Bluffs, IA 51503 | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Erosion Control Services LLC <br> 2633 Laurel Circle <br> Rogers, AR 72758 | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Escrow & Closing Services <br> 604 Liberty St., Ste. 231 <br> Pella, IA 50219 | - | | | Triton trade debt | | | | Unknown |

Sheet no. __49__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,892.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Triton trade debt | | | | |
| Ever Greene Sodding & Landscape 12217 NW 146th Ave. Madrid, IA 50156 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Executive Design 11190 Lakeside Drive Rogers, AR 72756 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton trade debt | | | | |
| Exhibit Resources Midwest 6371 NE 14th Street Des Moines, IA 50313 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton trade debt | | | | |
| Exterior Sheet Metal 1101 N. Main Street Grimes, IA 50111 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton trade debt | | | | |
| Extreme Electric, Inc. PO Box 495 Gretna, NE 68028 | - | | | | | | | Unknown |

Sheet no. __50__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                   ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Eyeman Plumbing, Inc. 8506 S. 117th Street La Vista, NE 68128 | | - | | Triton trade debt | | | | Unknown |
| Account No.  F/M Electric 15802 Schram Road Gretna, NE 68028 | | - | | Triton trade debt | | | | Unknown |
| Account No.  Factory Direct Appliance 14105 Marshall Drive Lenexa, KS 66215 | | - | | Triton Homes Omaha, LLC trade debt | | | | 13,753.40 |
| Account No.  Factory Direct Appliance - Des Moines 4431 121st Street Urbandale, IA 50323 | | - | | Triton trade debt | | | | Unknown |
| Account No.  Factory Direct Appliance Omaha 9770 South 142nd Street, Ste. 8 Omaha, NE 68138 | | - | | Triton trade debt | | | | Unknown |

Sheet no.  __51__  of  __161__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    13,753.40

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      Triton Group, LLC                                              ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton trade debt | | | | |
| Fager Excavating 6056 Wenninghoff Road Omaha, NE 68134 | | - | | | | | Unknown |
| Account No. | | | Triton Group, LLC trade debt | | | | |
| Falcon Ridge HOA c/o Edge Property Management PO Box 69 Huxley, IA 50124 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| FastSigns 751 North 114th Street Omaha, NE 68154-1515 | | - | | | | | Unknown |
| Account No. | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| City of Fayetteville Utility Billing Office 113 West Mountain Street Fayetteville, AR 72701 | | - | | | | | 419.63 |
| Account No. | | | Triton trade debt | | | | |
| Fed Ex PO Box 94515 Palatine, IL 60094-4515 | | - | | | | | Unknown |

Sheet no. __52__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            419.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Ferrellgas<br>PO Box 3069<br>Des Moines, IA 50316-0069 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>The Filter Shop<br>8812 J Street<br>Omaha, NE 68127 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>First Class Signs<br>720 E. Lincoln Way<br>Ames, IA 50010 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>First Light Enterprises, Inc.<br>1702 Sycamore Street<br>Pella, IA 50219 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>First National Bank Midwest<br>6205 Mills Civic Parkway<br>West Des Moines, IA 50266-8004 | | - | | Possible deficiency after deed in lieu of foreclosure on Units 106 and 107, Village at Falcon Ridge Condominium Property Regime, Douglas County, Nebraska | | | | Unknown |

Sheet no. __53__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Foster Roofing 2028 Long St. Springdale, AR 72764 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Freedom Fire Pro LLC 811 Lester Lane Rogers, AR 72756 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Wesley Fulton 3050 SW Arlan Lane Ankeny, IA 50023-6827 | - | | | | | | | | 6,239.68 |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Garcia Construction 3716 N. Thompson Bethel Heights, AR 72764 | - | | | | | | | | 1,019.68 |
| Account No. | | | | | Triton trade debt | | | | |
| Chris Gardner 1225 N. Sand Cherry Cir. Huxley, IA 50124 | - | | | | | | | | Unknown |

Sheet no. __54__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      7,259.36

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                        ,     Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Triton trade debt | | | | |
| Gateway Insurance Services PO Box 1910 Ames, IA 50010-1910 | - | | | | | | | | Unknown |
| **Account No.** | | | | | Triton trade debt | | | | |
| Geotech Engineering & Observation 5501 NW 112th St., Ste. C Grimes, IA 50111 | - | | | | | | | | Unknown |
| **Account No.** | | | | | Triton trade debt | | | | |
| Chantel Gieseke 1128 Flagstone Lane Urbandale, IA 50323 | - | | | | | | | | Unknown |
| **Account No.** xxx-xxxx-xxxxx/xxxxx6211 | | | | | Triton Homes, L.C. - deficiency after surrender of vehicles | | | | |
| GMAC PO Box 380901 Bloomington, MN 55438-0901 | - | | | | | | | | 3,014.05 |
| **Account No.** 13972308 | | | | | Additional notice for: GMAC | | | | |
| GMAC c/o United Recovery Systems PO Box 722929 Houston, TX 77272-2929 | | | | | | | | | Notice Only |

Sheet no. __55__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,014.05

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 1435296 GMAC c/o Synergetic Communication, Inc. 1301 E. 3rd Ave., Ste. 200 Post Falls, ID 83854-7545 | | | | Additional notice for: GMAC | | | | Notice Only |
| Account No. xxx-xxxx-x7866 GMAC PO Box 380901 Bloomington, MN 55438-0901 | | - | | Triton Group, LLC - deficiency after surrender of vehicles | | | | 5,252.75 |
| Account No. 11097040 GMAC c/o Leading Edge Recovery Solutions 5440 N. Cumberland Ave., Ste. 300 Chicago, IL 60656-1490 | | | | Additional notice for: GMAC | | | | Notice Only |
| Account No. 565259546 GMAC c/o GC Services Limited Partnership 6330 Gulfton Houston, TX 77252-2667 | | | | Additional notice for: GMAC | | | | Notice Only |
| Account No. GNR Drywall and A&D Drywall 3474 Hwy. 112 Bentonville, AR 72712 | | - | | Triton trade debt | | | | Unknown |

| Sheet no. __56__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,252.75 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Goodman Associates, Inc. 4850 Timber Creek Lane Ames, IA 50010 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Goose Paint and Kwal Paint 3459 Briargate Dr. Fayetteville, AR 72703 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Goose Paint and Wagner Int. 3459 Briargate Dr. Fayetteville, AR 72703 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Chris Gottner 4426 152nd Street Urbandale, IA 50323 | | - | | | | | | Unknown |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| Gracewood HOA c/o Edge Property Management PO Box 69 Huxley, IA 50124 | | - | | | | | | Unknown |

Sheet no. __57__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____ ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Triton trade debt | | | | |
| Graybar Electric 600 E. 4th St. Des Moines, IA 50309 | | - | | | | | | | Unknown |
| **Account No.** | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Great Southern Bank fka Vantus 3900 Westown Parkway West Des Moines, IA 50266 | | - | | | | | | | Unknown |
| **Account No.** | | | | | Additional notice for: Great Southern Bank fka Vantus | | | | Notice Only |
| Great Southern Bank PO Box 897 Sioux City, IA 51102 | | | | | | | | | |
| **Account No.** | | | | | Additional notice for: Great Southern Bank fka Vantus | | | | Notice Only |
| Great Western Bank PO Box 4070 Omaha, NE 68104-0070 | | | | | | | | | |
| **Account No.** | | | | | 2009 Possible remaining claim after transfer of properties to Village Green Properties | | | | |
| Great Southern Bank fka Vantus 3900 Westown Parkway West Des Moines, IA 50266 | | - | | | | | | | Unknown |

Sheet no. __58__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                          ,    Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Great Western Bank<br>14545 W. Center Road<br>Omaha, NE 68144 | - | | | Triton Homes Omaha, LLC trade debt | | | | 7,970.40 |
| Account No.<br><br>Travis Greco<br>110 NE Crestmore Place<br>Ankeny, IA 50021 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Green Zone Lawn & Landscaping<br>PO Box 390643<br>Omaha, NE 68139-0643 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Greenwood's Sewer Service<br>PO Box 21086<br>Des Moines, IA 50321 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Grimes Chamber & Economic Dev.<br>101 N. Harvey<br>Grimes, IA 50111 | - | | | Triton trade debt | | | | Unknown |

Sheet no. __59__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,970.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Grimes Tire & Auto <br> PO Box 740 <br> Grimes, IA 50111 | - | | | Triton trade debt | | | | Unknown |
| Account No. x0537 <br><br> City of Grimes <br> 101 North Harvey <br> Grimes, IA 50111 | - | | | 5-3-10 <br> Triton Homes Des Moines, LLC trade debt | | | | 4.96 |
| Account No. <br><br> The Grinding Co. <br> 2306 Coolidge Street <br> Norwalk, IA 50211 | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Stanton Grubb <br> 2817 Sherry Lane <br> Urbandale, IA 50322 | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Guidepost Financial <br> ATTN: Jeff Bramble <br> 3008 Sapphire Circle <br> Ames, IA 50010 | - | | | Triton Group, LLC trade debt | | | | Unknown |

Sheet no. __60__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4.96

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton trade debt | | | | |
| GV Publications 1409 19th Street, Ste. 101 Lubbock, TX 79401 | | - | | | | | Unknown |
| Account No. | | | Triton Homes Des Moines, LLC trade debt | | | | |
| H&E Weatherization, Inc. 9398 NE 100th Ave. Bondurant, IA 50035 | | - | | | | | 2,246.70 |
| Account No. | | | Triton trade debt | | | | |
| H.L. Munn Lumber 901 Airport Road Ames, IA 50010 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Hand Electric Company, Inc. 13595 Giles Road Omaha, NE 68138 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Harris Bank PO Box 6201 Carol Stream, IL 60197-6201 | | - | | | | | Unknown |

Sheet no. _61_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,246.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____ ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Triton trade debt | | | | |
| Harris Bank - CLC - Payoff Dept. PO Box 5041 Rolling Meadows, IL 60008 | | | | | | | | Unknown |
| Account No. | | - | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Hart Masonry & Centurion Stone 5215 Sloan Circle Rogers, AR 72758 | | | | | | | | Unknown |
| Account No. | | - | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Hart Masonry and Basic Block 5215 Sloan Circle Rogers, AR 72758 | | | | | | | | Unknown |
| Account No. | | - | | Triton Homes Omaha, LLC trade debt | | | | |
| Harvest Construction Group PO Box 45934 Omaha, NE 68145 | | | | | | | | Unknown |
| Account No. | | - | | Triton Homes Des Moines, LLC trade debt | | | | |
| Hawkeye Escrow 1603 22nd St. West Des Moines, IA 50266 | | | | | | | | Unknown |

Sheet no. _62_ of _161_ sheets attached to Schedule of                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Haz-M.E.R.T., Inc.<br>2633 Laurel Circle<br>Rogers, AR 72758 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Hedrick Construction, Inc.<br>PO Box 1833<br>Ames, IA 50010 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Jen Rae Hein<br>4202 N. 147th Plaza<br>Omaha, NE 68116 | - | | | Douglas County, Nebraska, Case No. 1097-808 | | | | Unknown |
| Account No.<br><br>Jen Rae Hein<br>c/o James F. Cann, Esq.<br>One Pacific Place, Suite 800<br>1125 South 103rd Street<br>Omaha, NE 68124-1079 | | | | Additional notice for:<br>Jen Rae Hein | | | | Notice Only |
| Account No.<br><br>Jen Rae Hein<br>100 N. 12th St., #802<br>Lincoln, NE 68508 | | | | Additional notice for:<br>Jen Rae Hein | | | | Notice Only |

Sheet no. __63__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                  ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Hemann Enterprises LLC PO Box 3691 Urbandale, IA 50323 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Hemann Siding Inc. PO Box 3691 Urbandale, IA 50323 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| High Tech Electric-DM 6615 NE 14th St. Des Moines, IA 50313 | | - | | | | | | 895.54 |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Hill Electric 14020 Goose Creek Rd. Fayetteville, AR 72704 | | - | | | | | | 3,196.00 |
| Account No. | | | | Triton trade debt | | | | |
| Hoffman Fixtures Company 9421 E. 54th St. Tulsa, OK 74145 | | - | | | | | | Unknown |

Sheet no. __64__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,091.54

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                              ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx xxxx xxxx 1834<br><br>Home Depot Credit Services<br>now Citibank (South Dakota)<br>Dept. 32 - 2130721834<br>PO Box 6029<br>The Lakes, NV 88901-6029 | - | | | | Triton Homes Omaha, LLC credit card | | | | 1,109.22 |
| Account No. 13087252<br><br>Home Depot Credit Services<br>now Citibank South Dakota N.A.<br>c/o United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072 | | | | | Additional notice for:<br>Home Depot Credit Services | | | | Notice Only |
| Account No. 10340337<br><br>Home Depot Credit Services<br>now Citibank (South Dakota)<br>c/o Pro Consulting Services, Inc.<br>PO Box 66768<br>Houston, TX 77266-6768 | | | | | Additional notice for:<br>Home Depot Credit Services | | | | Notice Only |
| Account No. 6929<br><br>Home Depot Credit Services<br>now Citibank<br>Dept. 32 - 2014116929<br>PO Box 6029<br>The Lakes, NV 88901-6029 | - | | | | Triton Homes Des Moines, LLC credit card | | | | 7,247.00 |
| Account No.<br><br>Home Depot Credit Services<br>now Citibank<br>c/o Capital Management Services<br>726 Exchange St., St. 700<br>Buffalo, NY 14210 | | | | | Additional notice for:<br>Home Depot Credit Services | | | | Notice Only |

Sheet no. __65__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,356.22

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> HOME Productions, L.L.C. <br> 9379 Swanson Blvd., Ste. C <br> Clive, IA 50325 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 605.56 |
| Account No. 0782 <br><br> Home Valu Interiors <br> 4105 W. 120th St. <br> Urbandale, IA 50323 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 100.00 |
| Account No. <br><br> Homespec Property Inspections <br> 8926 N. 81st Avenue <br> Omaha, NE 68122 | | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Robert Horgan <br> 13215 Birch Drive <br> Omaha, NE 68164 | | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Hoskin Designs <br> ATTN:  Mindy Hoskin <br> 2825 Grand Avenue, #406 <br> Des Moines, IA 50312 | | - | | Triton trade debt | | | | Unknown |

Sheet no.  66   of  161   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

705.56

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                            ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| House Punchers 10426 N. 150th Street Bennington, NE 68007 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Howells Fab and White Hot Fire PO Box 267 Howells, NE 68641 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Howells Fab Inc. PO Box 267 Howells, NE 68641 | | - | | | | | | | Unknown |
| Account No. xxxxxxxxxxx5147 | | | | | Triton Homes, L.C. trade debt | | | | |
| HSBC Bank, NA c/o ATG Credit, LLC PO Box 14895 Chicago, IL 60614-4895 | | - | | | | | | | 1,867.94 |
| Account No. | | | | | Triton trade debt | | | | |
| Husker Door 803 S. Platte Avenue Fremont, NE 68025 | | - | | | | | | | Unknown |

Sheet no. _67_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,867.94

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| HWS Consulting Group Box 80358 Lincoln, NE 68501-0358 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| ICS Advanced Technologies 235 Alexander Ave. Ames, IA 50010 | - | | | | | | | |
| | | | | | | | | 80.00 |
| Account No. xxxxxxx-xxx1865 | | | | 6-25-09 Triton Group, LLC trade debt; deficiency after surrender of copy machine(s) | | | | |
| IKON Financial Services PO Box 650016 Dallas, TX 75265-0016 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. xxxxxxx-xxx5831 | | | | Triton Homes of Arkansas, LLC trade debt; deficiency after surrender of copy machine(s) | | | | |
| IKON Financial Services PO Box 650016 Dallas, TX 75265-0016 | - | | | | | | | |
| | | | | | | | | 2,691.41 |
| Account No. | | | | Triton Homes Omaha, LLC trade debt; deficiency after surrender of copy machine(s) | | | | |
| IKON Financial Services PO Box 650016 Dallas, TX 75265-0016 | - | | | | | | | |
| | | | | | | | | 1,559.55 |

Sheet no. __68__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,330.96

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>IKON Office Solutions<br>PO Box 802815<br>Chicago, IL 60680-2815 | - | | Triton trade debt; deficiency after surrender of copy machine(s) | | | | Unknown |
| Account No.<br><br>Zorica Ilic, Attorney<br>1501 Ingersoll Ave., Ste. 200<br>Des Moines, IA 50309 | - | | Triton Homes Des Moines, LLC attorney fees | | | | 400.00 |
| Account No.<br><br>IMPACT<br>PO Box 71575<br>Clive, IA 50325 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Indoff Incorporated<br>PO Box 842808<br>Kansas City, MO 64184-2808 | - | | Triton Group, LLC trade debt | | | | 84.25 |
| Account No.<br><br>Infiniti Financial Services<br>PO Box 78133<br>Phoenix, AZ 85062-8133 | - | | Triton Group, LLC trade debt | | | | 296.80 |

Sheet no. _69_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

781.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                   ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Infinity <br> PO Box 1120 <br> Barbourville, KY 40906 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> Infinity Business Group, Inc. <br> PO Box 1180 <br> Barbourville, KY 40906 | | - | Triton trade debt | | | | Unknown |
| Account No. 5565 <br><br> Insulation Plus Co., Inc. <br> PO Box 78106 <br> Milwaukee, WI 53278-0106 | | - | Triton Homes Des Moines, LLC trade debt | | | | 12,881.93 |
| Account No. <br><br> Insulation Plus Co., Inc. <br> 1800 Dixon St., Ste. H <br> Des Moines, IA 50316 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> Integrity Underwriters <br> 5300 Derry Street <br> Harrisburg, PA 17111 | | - | Triton Group, LLC trade debt | | | | Unknown |

Sheet no. _70_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    12,881.93

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Interior Stone Works<br>106 Pearl St.<br>Wayne, NE 68787 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>IOSH Bureau<br>310088059 #17716 / A1895<br>1000 East Grand<br>Des Moines, IA 50319 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Iowa Dept. of Labor - Contract Reg.<br>Hoover State Office Building<br>Des Moines, IA 50319 | - | | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>Iowa Dept. of Natural Resources<br>ATTN: Storm Water Coordinator<br>502 E. 9th Street<br>Des Moines, IA 50319-0034 | - | | Triton Group, LLC trade debt | | | | Unknown |
| Account No. xxxxx-x4589<br><br>Iowa Dept. of Natural Resources<br>ATTN: Storm Water Coordinator<br>502 E. 9th Street<br>Des Moines, IA 50319-0034 | - | | 8-27-10<br>Triton Homes, LC trade debt | | | | 175.00 |

Sheet no. __71__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                175.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Iowa Real Estate Commission 1920 SE Hulsizer Rd. Ankeny, IA 50021 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Iowa Realty Co. 3501 Westown Parkway West Des Moines, IA 50266 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Iowa Secretary of State Lucas Building, 1st Floor Des Moines, IA 50319 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Iowa Title Company 3930 Westown Parkway West Des Moines, IA 50266 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Mike Ireland 305 NW Crestview Ankeny, IA 50023 | | - | | | | | | Unknown |

Sheet no. __72__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| Pam Ireland 305 NW Crestview Ankeny, IA 50023 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| J. Laurenzo Specialty Products 3100 Justin Dr., Ste. E Urbandale, IA 50322-3836 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| JAM Grading 11205 S. 150th Street Omaha, NE 68138 | - | | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| JCorp, Inc. PO Box 159 Huxley, IA 50124 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| JE Systems, Inc. PO Box 6246 Fort Smith, AR 72906 | - | | | | | | | Unknown |

Sheet no. __73__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Triton trade debt | | | | |
| Jeff McGee Construction 205 Blair Ct. Pea Ridge, AR 72751 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Jensen Tire Company Corporate Office 10609 "I" Street Omaha, NE 68127 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Jerry's Basement Waterproofing 3030 Keystone Drive Omaha, NE 68134 | | - | | | | | | Unknown |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| Jiffy Lube of Ames 220 South Duff Avenue Ames, IA 50010 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Jimmy's Plumbing 17609 Storage Rd. Omaha, NE 68136-1576 | | - | | | | | | Unknown |

Sheet no. __74__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| JK Services Corp. 5725 SE 68th Pl. Carlisle, IA 50047 | - | | | | | | | 1,476.09 |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| John Higgins Weathergard, Inc. 11440 S. 146th St., Ste. 101 Omaha, NE 68138 | - | | | | | | | Unknown |
| Account No. | | | | Douglas County, Nebraska, Case No. 1096-804 | | | | |
| Lois M. Johnson 4115 N. 146th Court Omaha, NE 68116 | - | | | | | | | Unknown |
| Account No. | | | | Additional notice for: Lois M. Johnson | | | | Notice Only |
| Lois M. Johnson c/o James F. Cann, Esq. One Pacific Place, Suite 800 1125 South 103rd Street Omaha, NE 68124 | | | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Johnston Public Works PO Box 410 Johnston, IA 50131 | - | | | | | | | Unknown |

Sheet no. __75__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,476.09

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                                    ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>City of Johnston<br>PO Box 410<br>Johnston, IA 50131-0410 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Jordan Creek Town Center<br>Management Office<br>ATTN:  Marianne Coppock<br>101 Jordan Creek Parkway<br>West Des Moines, IA 50266 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Journal Broadcast Group<br>KEZO-FM<br>PO Box 3480<br>Omaha, NE 68103-3480 | | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Karl Chevrolet<br>1101 SE Oralabor<br>Ankeny, IA 50021 | | - | | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>Kelley Law Firm<br>303 West Walnut Street<br>Rogers, AR 72756 | | - | | Triton trade debt | | | | Unknown |

Sheet no. __76__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton trade debt | | | | |
| Kelly Cortum, Inc. PO Box 249 Norwalk, IA 50211 | | - | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Ken Kauble Construction, Inc. PO Box 597 Slater, IA 50244 | | - | | | | | Unknown |
| Account No. | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Ken-O-Vations and Beisser 1018 SW 37th Ct. Ankeny, IA 50023 | | - | | | | | 2,038.04 |
| Account No. | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Ken-O-Vations, Inc. 1018 SW 37th Ct. Ankeny, IA 50023 | | - | | | | | 724.00 |
| Account No. | | | Triton Group, LLC trade debt | | | | |
| Kersten's & Lee, Inc. ATTN:  Ervin W. Kersten 11050 S. 204th St. Gretna, NE 68028-7977 | | - | | | | | Unknown |

Sheet no. __77__ of __161__ sheets attached to Schedule of                         Subtotal         2,762.04
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Key Village<br>c/o Investors Realty Inc.<br>11301 Davenport Street<br>Omaha, NE 68154 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Keystone Carpets<br>2529 N. 85th St.<br>Omaha, NE 68134 | - | | Triton Homes Omaha, LLC trade debt | | | | 9,570.95 |
| Account No.<br><br>Kinzler Construction Services<br>2335 230th Street<br>Ames, IA 50014 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Kirkham Michael & Assoc., Inc.<br>PO Box 542030<br>Omaha, NE 68154-8030 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Kitchens & Fireplaces<br>11271 Meredith Dr.<br>Urbandale, IA 50322 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |

Sheet no. __78__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    9,570.95

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                    ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Kitchens & Fireplaces 10325 J Street Omaha, NE 68127 | | | Additional notice for: Kitchens & Fireplaces | | | | Notice Only |
| Account No. Knapp Properties 4949 Westown Parkway West Des Moines, IA 50266 | - | | Triton trade debt | | | | Unknown |
| Account No. Kness Signs 5291 NW 72nd St. Urbandale, IA 50322 | - | | Triton trade debt | | | | Unknown |
| Account No. Knowles Publishing PO Box 911004 Fort Worth, TX 76111-9104 | - | | Triton trade debt | | | | Unknown |
| Account No. Koopman Construction 727 210th Ave. Pella, IA 50219 | - | | Triton trade debt | | | | Unknown |

Sheet no. _79_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                                ,                Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Korte Lawn Service<br>16752 K Circle<br>Omaha, NE 68135 | | - | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>Kum & Go<br>Fleet Services<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | | - | Triton Group, LLC trade debt | | | | Unknown |
| **Account No.**<br><br>Kum & Go L.C.<br>6400 Westown Parkway<br>West Des Moines, IA 50266 | | - | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>Kum & Go/W.E. Fleet<br>36305 Treasury Center<br>Chicago, IL 60694-6300 | | - | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>Andrea Kurchinski<br>1917 NW School St.<br>Ankeny, IA 50023 | | - | Triton trade debt | | | | Unknown |

Sheet no. __80__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                   ,     Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>L&E Electric, LLC & Gray Bar<br>PO Box 10023<br>Fayetteville, AR 72703 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>L&S Construction, Inc.<br>7719 S. 28th Street<br>Lincoln, NE 68516 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Lamberti Concrete<br>12438 NW 64th St.<br>Elkhart, IA 50073 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Lamberti Concrete/Mannatts<br>12438 NW 64th St.<br>Elkhart, IA 50073 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Jeff Lambrecht<br>5573 Jordan Court<br>Johnston, IA 50131 | - | | Triton trade debt | | | | Unknown |

Sheet no. __81__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

Lamp, Rynearson & Associates, Inc.
14710 West Dodge Road, St. 100
Omaha, NE 68154-2027 | | - | | | Triton Homes Omaha, LLC trade debt | | | | 8,663.56 |
| Account No. xxxx & 1042

The Lamplighter - KLS, Inc.
2540 104th St.
Urbandale, IA 50322 | | - | | | Triton Homes Des Moines, LLC trade debt | | | | 3,382.40 |
| Account No.

Lamplighter Lighting Center
2540 104th St., Ste. A
Urbandale, IA 50322 | | - | | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No.

Lanoha Nurseries
19111 W. Center Rd.
Omaha, NE 68130 | | - | | | Triton Homes Omaha, LLC trade debt | | | | 763.01 |
| Account No.

The Larimore
13302 Larimore Ave.
Omaha, NE 68164 | | - | | | Triton trade debt | | | | Unknown |

Sheet no.  82   of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            12,808.97

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xx-xxIT01 | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Latco, Inc. PO Box 9 Lincoln, AR 72744 | | - | | | | | | X | |
| | | | | | | | | | 4,099.76 |
| Account No. | | | | | Triton trade debt | | | | |
| Kathleen A. Laughlin, Trustee 13930 Gold Circle, Ste. 201 Omaha, NE 68144 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Lawn Barbers 8407 Twana Drive Urbandale, IA 50322 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Nicole Leach 15114 Prairie Ave. Urbandale, IA 50323 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Lebhar-Friedman, Inc. PO Box 533093 Atlanta, GA 30353-3093 | | - | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no.  83   of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,099.76

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Leechman Industries<br>6365 NE 14th St.<br>Des Moines, IA 50313 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Andy Lenaghan<br>729 43rd St.<br>West Des Moines, IA 50265 | | - | | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No.<br><br>Lester's Contracting<br>3940 E. 29th St., Unit 1<br>Des Moines, IA 50317 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Lighting World Inc.<br>4855 So. 118th St.<br>Omaha, NE 68137 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Locul Technology<br>PO Box 6010<br>Omaha, NE 68106-0010 | | - | | | Triton trade debt | | | | Unknown |

Sheet no. __84__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Low Cost Lawns PO Box 27691 Omaha, NE 68127 | | - | | | | | | | Unknown |
| **Account No.** | | | | | Triton trade debt | | | | |
| Lowell Partners 903 NW Province Pl. Bentonville, AR 72712-3982 | | - | | | | | | | Unknown |
| **Account No.** | | | | | Triton trade debt | | | | |
| M.U.D. Builders Division 3100 S. 61st Avenue Omaha, NE 68106 | | - | | | | | | | Unknown |
| **Account No.** | | | | | Triton trade debt | | | | |
| Wesley Mackrill 15242 Greenbelt Drive Urbandale, IA 50323 | | - | | | | | | | Unknown |
| **Account No.** | | | | | Triton trade debt | | | | |
| MailSouth, Inc. PO Box 532536 Atlanta, GA 30353-2536 | | - | | | | | | | Unknown |

Sheet no. __85__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC
                                                                            ,     Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Main Street & Norwalk Ready Mix<br>101 S. 2nd St.<br>Grimes, IA 50111 | | - | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No.<br><br>Main Street Services<br>PO Box 320<br>Grimes, IA 50111 | | - | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No.<br><br>Management Associates Inc.<br>Const. Erosion Control<br>PO Box 10557<br>Fayetteville, AR 72704 | | - | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No.<br><br>Mannatt's, Inc.<br>PO Box 535<br>Brooklyn, IA 52211-0535 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>Ralph Marasco<br>c/o CBS Home Real Estate<br>14769 California Street<br>Omaha, NE 68154 | | - | Triton Homes Omaha, LLC trade debt | | | | Unknown |

Sheet no. __86__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Materials Testing of Arkansas<br>1556A E. Emma<br>Springdale, AR 72764 | - | | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>Maverick Construction Systems<br>PO Box 390216<br>Omaha, NE 68139 | - | | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>Mayday Design<br>ATTN: Mindy Hoskin<br>2825 Grand Avenue, #406<br>Des Moines, IA 50312 | - | | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>McAninch Corporation<br>6800 Lake Drive, Ste. 125<br>West Des Moines, IA 50266 | - | | Triton trade debt | | | | Unknown |
| **Account No.**<br><br>McKee Voorhees & Sease PLC<br>801 Grand Ave., Ste. 3200<br>Des Moines, IA 50309-2721 | - | | Triton trade debt | | | | Unknown |

Sheet no. __87__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Triton Homes Des Moines, LLC trade debt | | | | |
| R. D. McKinney PO Box 434 Waukee, IA 50263 | | | | | | | | | Unknown |
| Account No. | | | - | | Triton Homes Omaha, LLC trade debt | | | | |
| McNealy Painting Mike's Painting 11811 Hwy. 66 Louisville, NE 68037 | | | | | | | | | Unknown |
| Account No. | | | - | | Polk County, Iowa, Case No. CL110360 | | | | |
| Meadowview Homeowners Association c/o Jon Hoffmann, Esq. 7103 Dakota Drive West Des Moines, IA 50266 | | | | | | | | | Unknown |
| Account No. | | | - | | Triton Homes Des Moines, LLC trade debt | | | | |
| Megonnell Construction 4134 Boyd Des Moines, IA 50317 | | | | | | | | | 200.00 |
| Account No. 5147 | | | - | | Triton Homes Des Moines, LLC credit card | | | | |
| Menards/HSBC Business Solutions PO Box 5219 Carol Stream, IL 60197-5219 | | | | | | | | | 1,867.94 |

Sheet no. __88__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,067.94

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Menards/HSBC Business Solutions PO Box 4160 Carol Stream, IL 60197 | | | Additional notice for: Menards/HSBC Business Solutions | | | | Notice Only |
| Account No.  Menards/HSBC Business Solutions PO Box 5219 Carol Stream, IL 60197-5219 | | | Additional notice for: Menards/HSBC Business Solutions | | | | Notice Only |
| Account No. 2005  Metro Appliances & More 5700 N. Thompson St. Springdale, AR 72764 | - | | Triton Homes of Arkansas, LLC trade debt | | | | 14,940.06 |
| Account No.  Metro Builders Supply c/o Edwin N. McClure, Esq. 119 S. Second St. Rogers, AR 72756-4525 | - | | Triton Homes, LC trade debt | | | | 14,940.06 |
| Account No.  Metro Construction Group 10426 N. 150th St. Bennington, NE 68007 | - | | Triton Homes Omaha, LLC trade debt | | | | Unknown |

Sheet no. __89__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,880.12

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Metro Graphic Arts<br>PO Box 7035<br>Grand Rapids, MI 49510 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Metropolitan Utilities District<br>PO Box 3600<br>Omaha, NE 68103-0600 | - | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No.<br><br>Metropolitan Utilities District<br>3100 South 61st Avenue<br>Omaha, NE 68106 | | | Additional notice for:<br>Metropolitan Utilities District | | | | Notice Only |
| Account No.<br><br>Katherine Meyer<br>6037 No. 167th Court<br>Omaha, NE 68116-3704 | - | | Douglas County, Nebraska,<br>Case No. 1100-391 | | | | Unknown |
| Account No.<br><br>Katherine Meyer<br>c/o Anthony N. Ike, Esq.<br>1904 Farnam St., Ste. 301<br>Omaha, NE 68102 | | | Additional notice for:<br>Katherine Meyer | | | | Notice Only |

Sheet no.  90  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Andrew Michaelson<br>3147 Sharmin Lane<br>Ankeny, IA 50023 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Mid American Real Estate Co.<br>4700 Westown Parkway<br>West Des Moines, IA 50266 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Mid-Iowa Builder<br>15905 Tanglewood Dr.<br>Urbandale, IA 50323 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Mid-Iowa Builder/Drywall Dist.<br>15905 Tanglewood Dr.<br>Urbandale, IA 50323 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| MidAmerican Drywall LLC<br>5810 SW 2nd<br>Des Moines, IA 50315 | | - | | | | | | Unknown |

Sheet no. __91__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. 1040/2006/7006/9009/0004  MidAmerican Energy Company PO Box 8020 Davenport, IA 52808-8020 | | - | | | Triton Homes Des Moines, LLC trade debt | | | | 4,838.86 |
| Account No. 01-012609351  MidAmerican Energy Company c/o The CBE Group, Inc. 131 Tower Park Dr., Ste. 100 Waterloo, IA 50701 | | | | | Additional notice for: MidAmerican Energy Company | | | | Notice Only |
| Account No. 7698109008 & others  MidAmerican Energy Company c/o CACi PO Box 270480 Saint Louis, MO 63127-0480 | | | | | Additional notice for: MidAmerican Energy Company | | | | Notice Only |
| Account No. xxxxx-x7022  MidAmerican Energy Company PO Box 8020 Davenport, IA 52808-8020 | | - | | | Triton Homes Des Moines, LC trade debt | | | | 183.64 |
| Account No.  Midland Escrow Services 3501 Westown Parkway West Des Moines, IA 50266 | | - | | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |

Sheet no. __92__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,022.50

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC _____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Midwest Automatic Sprinkler <br> 1823 Raccoon Street <br> Des Moines, IA 50317 | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Midwest Building Components LLC <br> 2037 Grand Ave., Ste. A <br> West Des Moines, IA 50265 | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Midwest Curb Grinding <br> 4401 Preserve Lane <br> Cedar Rapids, IA 52411 | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Midwest Mudjacking, Inc. <br> 14807 S. 27th St. <br> Bellevue, NE 68123 | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Midwest Protection Services <br> 8945 J Street, Ste. 12 <br> Omaha, NE 68127 | - | | Triton Homes Omaha, LLC trade debt | | | | 1,041.02 |

Sheet no. __93__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,041.02

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Midwest Surplus Sales Co. 1905 SE Hulsizer Road Ankeny, IA 50021-3942 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Midwest Tile Supply 3035 99th Street Urbandale, IA 50322 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Midwestern Interiors Inc. PO Box 57339 Des Moines, IA 50317 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Mike's Painting 11811 Hwy. 66 Louisville, NE 68037 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Millard Drywall and Schindler 4629 S. 136th St. Omaha, NE 68137 | - | | | | | | | Unknown |

Sheet no. __94__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Millard Lumber Inc.<br>PO Box 45445<br>Omaha, NE 68145-0445 | | - | | Triton Homes Omaha, LLC trade debt | | | | 19,514.32 |
| Account No. xx0588<br><br>Millard Lumber Inc.<br>PO Box 45445<br>Omaha, NE 68145-0445 | | - | | 2008-2009<br>Triton Homes LC trade debt | | | | 27,295.78 |
| Account No.<br><br>Millard Lumber Inc.<br>c/o Fraser Stryker<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE 68102-2663 | | | | Additional notice for:<br>Millard Lumber Inc. | | | | Notice Only |
| Account No.<br><br>Millard Lumber Inc. - Des Moines<br>PO Box 45445<br>Omaha, NE 68145-0445 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 1,327.66 |
| Account No.<br><br>Millard Lumber Inc.<br>4880 South 134 Street<br>Omaha, NE 68145 | | | | Additional notice for:<br>Millard Lumber Inc. - Des Moines | | | | Notice Only |

Sheet no. __95__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,137.76

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                  ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Millard Sprinkler<br>13235 Chandler Road<br>Omaha, NE 68138 | | - | Triton Homes Omaha, LLC trade debt | | | | 13,441.75 |
| Account No.<br><br>David L. Miller<br>1271 Parview Dr.<br>Sanibel, FL 33957 | | - | Triton trade debt | | | | 210,000.00 |
| Account No.<br><br>David L. Miller<br>ATTN: Alice Jensen<br>1601 22nd Street<br>West Des Moines, IA 50266 | | | Additional notice for:<br>David L. Miller | | | | Notice Only |
| Account No.<br><br>Devin  Milowe<br>5911 N. 166th Court<br>Omaha, NE 68116 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>Milt's Mini Storage #10<br>15506 Harrison Street<br>Omaha, NE 68138 | | - | Triton Homes Omaha, LLC trade debt | | | | Unknown |

Sheet no. _96_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     223,441.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton trade debt | | | | |
| Milt's Mini Storage #8 10607 Bedford Ave. Omaha, NE 68134 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Mirrors and More, Inc. 13225 "C" Street Omaha, NE 68144 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Mitchell & Associates, Inc. 14611 West Center Road Omaha, NE 68144 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| MJ Electric Company 3716 South 155th St. Omaha, NE 68144 | - | | | | | | | | 7,691.50 |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Modern Insulation 1348 W. Liberty Ave. Ozark, MO 65721 | - | | | | | | | | Unknown |

Sheet no. __97__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,691.50

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC
                                                                            ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Moore's Retread & Tire Co. Inc. <br> 606 W. Randall Wobbe L. <br> Springdale, AR 72764 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> MPM Real Estate <br> 2381 N. College, Ste. 3 <br> Fayetteville, AR 72703 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> Mulhall's Nursery, Inc. <br> 3615 N. 120th Street <br> Omaha, NE 68164 | | - | Triton trade debt | | | | Unknown |
| Account No. xxxxx-x2876 <br><br> National Home Centers <br> PO Box 789 <br> Springdale, AR 72765 | | - | Triton Homes of Arkansas, LLC trade debt | | | | 13,536.70 |
| Account No. 205853 <br><br> National Home Centers <br> c/o Euler Hermes UMA <br> 600 South St. <br> Louisville, KY 40201 | | | Additional notice for: <br> National Home Centers | | | | Notice Only |

Sheet no. __98__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,536.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 205853 | | | | | Additional notice for:<br>National Home Centers | | | | Notice Only |
| National Home Centers<br>c/o Bertroche Law Offices<br>4044 SE 14th Street<br>Des Moines, IA 50320-1673 | | | | | | | | | |
| Account No. | | | - | | Triton Homes of Arkansas, LLC trade debt | | | | |
| National Property Inspections<br>PO Box 84<br>Elm Springs, AR 72728 | | | | | | | | | 12.00 |
| Account No. | | | | | 9-14-10<br>Dallas County foreclosure v. Whitaker, et al | | | | |
| Nationwide Advantage Mort. Co.<br>c/o David R. Elkin, Esq.<br>315 E. 5th St., #5<br>Des Moines, IA 50309 | | | | | | | | | Unknown |
| Account No. | | | - | | Triton trade debt | | | | |
| Nationwide Advantage Mortgage<br>7760 Office Plaza Dr. South<br>West Des Moines, IA 50266 | | | | | | | | | Unknown |
| Account No. | | | - | | Triton trade debt | | | | |
| Nebraska Furniture Mart<br>PO Box 3456<br>Omaha, NE 68103 | | | | | | | | | Unknown |

Sheet no. __99__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          12.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Nebraska Land and Title 16949 Lakeside Hills Court Omaha, NE 68130-2321 | - | | | | | | | Unknown |
| Account No. | | | | Additional notice for: Nebraska Land and Title | | | | Notice Only |
| Nebraska Land and Title 9412 Giles Road La Vista, NE 68128 | | | | | | | | |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Nebraska Secretary of State PO Box 94608 Lincoln, NE 68509 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Neighbors Heating,Cooling & Plumbing 2700 Graham Ames, IA 50010 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Nexgen Communications 10520 Hickman Rd., Ste. E Clive, IA 50325 | - | | | | | | | Unknown |

Sheet no. _100_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                    ,        Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Tammy Nicola CBS Home Real Estate Pacific Street Sales Office 12112 Pacific Street Omaha, NE 68154 | - | | | | | | | | Unknown |
| Account No. | | | | | Additional notice for: | | | | |
| Tammy Nicola 15723 Jackson Dr. Omaha, NE 68118 | | | | | Tammy Nicola | | | | Notice Only |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Niles Associates, Inc. 2525 N. Ankeny Blvd., Ste. 121 Ankeny, IA 50023-4703 | - | | | | | | | | 720.00 |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Nissen Construction Inc. 15286 NE 42nd Street Cambridge, IA 50046 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Norandex Distribution 5203 Jenny Lind Fort Smith, AR 72901 | - | | | | | | | | Unknown |

Sheet no. __101__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                720.00
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                           ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Norandex Exterior Systems 4325 112th Street Urbandale, IA 50322 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Bradley Nordmeyer 380 NE Olivewood Waukee, IA 50263 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| North Pointe HOA c/o Edge Property Management PO Box 69 Huxley, IA 50124 | | - | | | | | | Unknown |
| Account No. xxxxxxxx19-01 | | | | 10-15-07 Possible deficiency after foreclosure of Lots 1-197 and Outlot Z in South Maple Grove Plat 9, West Des Moines, Dallas County, IA | | | | |
| Northwest Bank 5700 University Ave., Ste. 100 West Des Moines, IA 50266 | X | - | | | | | | Unknown |
| Account No. | | | | Additional notice for: Northwest Bank | | | | Notice Only |
| Northwest Bank c/o G. Mark Rice, Esq. 317 Sixth Ave., Ste. 1200 Des Moines, IA 50309 | | | | | | | | |

Sheet no. _102_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re      Triton Group, LLC                                                              ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Northwest Overhead Door Co. Inc.<br>2953 Honeysuckle Lane<br>Rogers, AR 72758 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Northwestern Mutual<br>2300 128th Street<br>Urbandale, IA 50323-0983 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>NW AR Home Builders Association<br>PO Box 6187<br>Springdale, AR 72766 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>NW Arkansas Democrat-Gazette<br>PO Box 1607<br>Fayetteville, AR 72702 | - | | Triton Homes of Arkansas, LLC trade debt | | | | 1,094.43 |
| Account No. xxxxxx5598<br><br>Old Republic Surety Co.<br>PO Box 1976<br>Des Moines, IA 50305 | - | | 9-9-10<br>Bond cancellation | | | | 200.00 |

Sheet no. __103__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,294.43

B6F (Official Form 6F) (12/07) - Cont.

In re      Triton Group, LLC                                                    ,                    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Olsson Associates PO Box 84608 Lincoln, NE 68501-4608 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Omaha Builders Exchange 909 South 107th Avenue Omaha, NE 68164 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Omaha Chamber of Commerce 1301 Harney Street Omaha, NE 68102 | - | | | | | | | | Unknown |
| Account No. 1113972007 | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Omaha Public Power District PO Box 3995 Omaha, NE 68103-0995 | - | | | | | | | | 16,445.93 |
| Account No. | | | | | Additional notice for: Omaha Public Power District | | | | |
| Omaha Public Power District PO Box 3065 Omaha, NE 68103-0065 | | | | | | | | | Notice Only |

Sheet no. _104_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,445.93

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                    ,     Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>Omaha Rental Service, Inc.<br>2627 North 90th Street<br>Omaha, NE 68134 | | - | | | Triton trade debt | | | | Unknown |
| Account No. xxxxxx-xx9619 <br><br>Omaha World Herald<br>1314 Douglas Street, Ste. 650<br>Omaha, NE 68102-1811 | | - | | | Triton Homes Omaha, LLC trade debt | | | | 3,009.00 |
| Account No. <br><br>Omaha World Herald<br>c/o PCM, Inc.<br>14344 Y Street, Ste. 103<br>Omaha, NE 68137 | | | | | Additional notice for:<br>Omaha World Herald | | | | Notice Only |
| Account No. <br><br>City of Omaha<br>Omaha-Douglas Civic Center<br>1819 Farnam Street<br>Omaha, NE 68103 | | - | | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No. <br><br>OMARAIL, Inc.<br>2117 S. 156th Circle<br>Omaha, NE 68130 | | - | | | Triton trade debt | | | | Unknown |

Sheet no. _105_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,009.00

B6F (Official Form 6F) (12/07) - Cont.

In re      Triton Group, LLC
                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| On The Surface 5010 S. 188th Ave. Omaha, NE 68135 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Shannon Opitz 20507 Laramie Rd. Elkhorn, NE 68022 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Orchard Village 15363 Holmes Plaza Omaha, NE 68137 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Triton Group, LLC trade debt | | | | |
| Rob Orma 10575 Ridgecrest St. Grimes, IA 50111 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Overhead Door Co. of Des Moines Inc. PO Box 3565 Urbandale, IA 50323 | | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __106__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Overhead Door Co. of Omaha<br>1222 Royal Drive<br>Papillion, NE 68046 | - | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No.<br><br>Overhead Door Co. of Springdale<br>PO Box 131<br>Springdale, AR 72765-0131 | - | | Triton Homes of Arkansas, LLC trade debt | | | | 3,220.56 |
| Account No.<br><br>Ozarks Electric Cooperative Corp.<br>PO Box 848<br>Fayetteville, AR 72702-0848 | - | | Triton Homes of Arkansas, LLC trade debt | | | | 224.71 |
| Account No.<br><br>P&J Enterprises<br>1636 N. Broadway<br>Council Bluffs, IA 51503 | - | | Triton trade debt | | | | Unknown |
| Account No. x2745<br><br>Pansing Hogan Ernst & Bachman LLP<br>10250 Regency Circle, Ste. 300<br>Omaha, NE 68114-3728 | - | | Triton Homes Omaha, LLC attorney fees | | | | 5,016.41 |

Sheet no. __107__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,461.68

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                              ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton trade debt | | | | |
| Perry Baker Construction 205 Blair Ct. Pea Ridge, AR 72751 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Peters & Assoc. Eng. Inc. 5507 Ranch Drive, Ste. 205 Little Rock, AR 72223 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| PGE, Inc. PO Box 569 Fayetteville, AR 72702 | - | | | | | | | | Unknown |
| Account No. 0871 | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Phillips Floors 2714 N. Jefferson Indianola, IA 50125 | - | | | | | | | | 5,130.41 |
| Account No. xxxxxxx8864 | | | | | Triton Group, LLC trade debt; deficiency after possible surrender of postage meter machine | | | | |
| Pitney Bowes Purchase Power PO Box 856042 Phoenix, AZ 85062-8133 | - | | | | | | | | 909.13 |

Sheet no. __108__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,039.54

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx5-001 Pitney Bowes Global Financial Services LLC PO Box 856460 Louisville, KY 40285-6460 | - | | | Triton Group, LLC trade debt; deficiency after possible surrender of postage meter machine | | | | 1,739.28 |
| Account No. 013358186 Pitney Bowes Global Financial Services LLC c/o LTD Financial Services, L.P. 7322 Southwest Freeway, Ste. 1600 Houston, TX 77074 | | | | Additional notice for: Pitney Bowes | | | | Notice Only |
| Account No. xxx#xxxxxxxx/xxxxxxxxxxxx3618 Pitney Bowes - Purchase Power c/o LTD Financial Services, L.P. 7322 Southwest Freeway, Ste. 1600 Houston, TX 77074 | - | | | Triton trade debt | | | | 1,285.38 |
| Account No. LPBL325 Pitney Bowes - Purchase Power c/o Caine & Weiner PO Box 5010 Woodland Hills, CA 91365-5010 | | | | Additional notice for: Pitney Bowes - Purchase Power | | | | Notice Only |
| Account No. x&x #xxxxxxx/#xxxxxx5-001 Pitney Bowes Global Financial Svcs. c/o Caine & Weiner PO Box 5010 Woodland Hills, CA 91365-5010 | - | | | Triton trade debt | | | | 2,038.50 |

Sheet no.  109  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,063.16

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                           ,          Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Pitney Bowes Global Financial Svcs. <br> c/o Dyne, Friedland & Omrani <br> PO Box 827 <br> Woodland Hills, CA 91365 | | | | Additional notice for: <br> Pitney Bowes Global Financial Svcs. | | | | Notice Only |
| Account No. xxxxxxxx867M <br><br> Pitney Bowes Meter - 2RN Apple <br> c/o Richmond North Associates, Inc. <br> PO Box 963 <br> Amherst, NY 14226-0963 | | - | | Triton Homes, LC trade debt | | | | 118.93 |
| Account No. <br><br> Pitney Bowes Postage by Phone <br> Purchase Power <br> PO Box 856042 <br> Louisville, KY 40285-6042 | | - | | Triton trade debt; deficiency after possible surrender of postage meter machine | | | | Unknown |
| Account No. <br><br> Platinum Hydo-Grass <br> PO Box 918 <br> Siloam Springs, AR 72761 | | - | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Platinum Plus Business Card <br> PO Box 15710 <br> Wilmington, DE 19886-5710 | | - | | Triton credit card | | | | Unknown |

Sheet no. __110_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          118.93

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,        Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Pleasant Hill Partners, LC<br>c/o Dan Stanbrough<br>600 42nd Street<br>Des Moines, IA 50312 | - | | | | 10-24-05<br>Triton Homes, LC promissory note in original amount of $257,352.69 | | | | 350,000.00 |
| Account No.<br><br>City of  Pleasant Hill<br>5160 Maple Dr., Ste. A<br>Des Moines, IA 50327-8440 | - | | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Polk County Clerk<br>RE:  CL110360<br>Polk County Courthouse<br>500 Mulberry St.<br>Des Moines, IA 50309-4238 | - | | | | Court costs:<br>Meadowview Homeowners Association v. Insight Development Corporation, et al | | | | Unknown |
| Account No.<br><br>Polk County Clerk<br>RE:  CL115402<br>Polk County Courthouse<br>500 Mulberry St.<br>Des Moines, IA 50309-4238 | - | | | | Court costs:<br>Regions Bank v. Triton Group et al | | | | Unknown |
| Account No.<br><br>Polk County Clerk<br>RE:  CL116066<br>Polk County Courthouse<br>500 Mulberry St.<br>Des Moines, IA 50309-4238 | - | | | | Court costs:<br>American Trust & Savings Bank v. Triton Homes, L.C., et al | | | | Unknown |

Sheet no. __111__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

350,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xx3202 <br><br> Postal Products Unlimited, Inc. <br> 500 W. Oklahoma Ave. <br> Milwaukee, WI 53207-2649 | | - | | | Triton Homes Omaha, LLC trade debt | | | | 2,671.00 |
| Account No. xxxxxxHJB1 <br><br> Prairie Pella Company <br> Pella Windows & Doors <br> PO Box 71667 <br> Clive, IA 50325 | | - | | | Triton Homes Des Moines, LLC trade debt | | | | 81.40 |
| Account No. <br><br> Prairie's Edge Inc. <br> PO Box 3745 <br> Urbandale, IA 50323 | | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Precise Plumbing <br> 720 N. Frontier Dr., #4 <br> Papillion, NE 68046 | | - | | | Triton trade debt | | | | Unknown |
| Account No. <br><br> Precision Door Service <br> 4924 South 135th Street <br> Omaha, NE 68137 | | - | | | Triton Homes Omaha, LLC trade debt | | | | 15,115.00 |

Sheet no. __112__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,867.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                              ,    Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Precision Trim & Finish ATTN: Tim Anthofer 209 NE 17th Ankeny, IA 50021 | - | | | | | | | | 200.00 |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Preferred Pest Control 5415 NW 88th St. Johnston, IA 50131 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Premier Ceiling Systems 9774 Hwy. 92 Indianola, IA 50125 | - | | | | | | | | Unknown |
| Account No. ITON | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Premier Plumbing, Inc. 121 SE Shurfine Dr., Ste. 8 Ankeny, IA 50021 | - | | | | | | | | 12,508.10 |
| Account No. | | | | | Triton Group, LLC trade debt | | | | |
| Principal Life (LTD) Inc. Consolidated Billing & Collection ATTN:  Barbara Brott PO Box 10327 Des Moines, IA 50306-0327 | - | | | | | | | | Unknown |

Sheet no.  _113_ of  _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    12,708.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Principal Life Group (Grand Island) <br> PO Box 14513 <br> Des Moines, IA 50306-3513 | | - | Triton Group, LLC trade debt | | | | Unknown |
| Account No. <br><br> Pro-Crete Construction <br> 11123 W Street <br> Omaha, NE 68137 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> Professional Drywall <br> PO Box 309 <br> De Soto, IA 50069 | | - | Triton Homes Des Moines, LLC trade debt | | | | 9,495.00 |
| Account No. <br><br> Professional Grade Electric <br> PO Box 569 <br> Fayetteville, AR 72702 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> Purcell Printing <br> 2921 99th Street <br> Urbandale, IA 50322 | | - | Triton trade debt | | | | Unknown |

Sheet no. __114__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,495.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Quality House Painting Inc. 12216 Oak Brook Dr. Urbandale, IA 50323 | | - | | Triton trade debt | | | | Unknown |
| Account No. 5226 Quick Oil Company 104 Willis Avenue Perry, IA 50220 | | - | | Triton Homes Des Moines, LLC trade debt | | | | 2,300.63 |
| Account No. xxx xxx-xxx0 851 Qwest PO Box 91154 Seattle, WA 98111-9254 | | - | | Triton Group, LLC trade debt | | | | 416.85 |
| Account No. Qwest PO Box 91104 Seattle, WA 98111-9204 | | | | Additional notice for: Qwest | | | | Notice Only |
| Account No. xxx xxx-xxx9 129 Qwest PO Box 91154 Seattle, WA 98111-9254 | | - | | Triton Group, LLC trade debt | | | | 2,006.76 |

Sheet no. _115_ of _161_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    4,724.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. Qwest PO Box 2348 Seattle, WA 98111-2348 | | | Additional notice for: Qwest | | | | Notice Only |
| Account No. Qwest c/o AFNI PO Box 3517 Bloomington, IL 61702-3517 | | | Additional notice for: Qwest | | | | Notice Only |
| Account No. Qwest PO Box 29040 Phoenix, AZ 85038-9040 | | | Additional notice for: Qwest | | | | Notice Only |
| Account No. xxx xxx-xxx6 850 Qwest PO Box 91154 Seattle, WA 98111-9254 | - | | Triton Group, LLC trade debt | | | | 6,927.44 |
| Account No. Qwest ATTN: Dave Lofdahl 17004 V Street Omaha, NE 68135 | | | Additional notice for: Qwest | | | | Notice Only |

Sheet no. _116_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    6,927.44

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 026607824-01 <br><br> Qwest <br> c/o Afni, Inc. <br> PO Box 3517 <br> Bloomington, IL 61702-3517 | | | | | Additional notice for: <br> Qwest | | | | Notice Only |
| Account No. xxx xxx-xxx5 470 <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | | - | | Triton Homes Omaha, LLC trade debt | | | | 774.87 |
| Account No. 179231083 <br><br> Qwest <br> c/o West Asset Management <br> 7171 Mercy Road <br> Omaha, NE 68106 | | | | | Additional notice for: <br> Qwest | | | | Notice Only |
| Account No. xxx xxx-xxx1 745 <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | | - | | Triton Homes Omaha, LLC trade debt | | | | 471.70 |
| Account No. xxx xxx-xxx0 693 <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | | - | | Triton Homes Omaha, LLC trade debt | | | | 286.99 |

Sheet no. _117_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,533.56

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 182558946 <br><br> Qwest <br> c/o West Asset Management <br> 7171 Mercy Road <br> Omaha, NE 68106 | | | | | Additional notice for: <br> Qwest | | | | Notice Only |
| Account No. xxx xxx-xxx9 069 <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | - | | | Triton Homes Omaha, LLC trade debt | | | | 617.32 |
| Account No. B-17848484 <br><br> Qwest <br> c/o E R Solutions, Inc. <br> 800 SW 39th St. <br> Renton, WA 98057 | | | | | Additional notice for: <br> Qwest | | | | Notice Only |
| Account No. 194322208 <br><br> Qwest <br> c/o West Asset Management <br> 7171 Mercy Road <br> Omaha, NE 68106 | | | | | Additional notice for: <br> Qwest | | | | Notice Only |
| Account No. xxx xxx-xxx0 830 <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | - | | | Triton Homes Omaha, LLC trade debt | | | | 94.92 |

Sheet no.  118  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

712.24

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | - | Triton Homes Des Moines, LLC trade debt | | | | 210.95 |
| Account No. 5 085 <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | - | 7-14-09 <br> Triton Homes Des Moines, LLC trade debt | | | | 533.95 |
| Account No. 189066529 <br><br> Qwest <br> c/o West Asset Management <br> 7171 Mercy Road <br> Omaha, NE 68106 | | | Additional notice for: <br> Qwest | | | | Notice Only |
| Account No. 6 622 <br><br> Qwest <br> PO Box 91154 <br> Seattle, WA 98111-9254 | | - | Triton Homes Des Moines, LLC trade debt | | | | 644.47 |
| Account No. 191174714 <br><br> Qwest <br> c/o West Asset Management <br> 7171 Mercy Road <br> Omaha, NE 68106 | | | Additional notice for: <br> Qwest | | | | Notice Only |

Sheet no. _119_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,389.37

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                        ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 7 893<br><br>Qwest<br>PO Box 91154<br>Seattle, WA 98111-9254 | - | | | | 6-29-09<br>Triton Homes Des Moines, LLC trade debt | | | | 451.80 |
| Account No.<br><br>Qwest<br>c/o CCS, Inc.<br>PO Box 22630<br>Cleveland, OH 44122-0630 | | | | | Additional notice for:<br>Qwest | | | | Notice Only |
| Account No. 190454032<br><br>Qwest<br>c/o West Asset Management<br>7171 Mercy Road<br>Omaha, NE 68106 | | | | | Additional notice for:<br>Qwest | | | | Notice Only |
| Account No.<br><br>Qwest Business Services<br>PO Box 856169<br>Louisville, KY 40285-6169 | - | | | | Triton Group, LLC trade debt | | | | Unknown |
| Account No. xxxxxxxx1839<br><br>Qwest Communications<br>c/o West Asset Management, Inc.<br>7171 Mercy Road<br>Omaha, NE 68106 | - | | | | 2-5-10<br>Triton Homes, L.C. trade debt | | | | 270.55 |

Sheet no. _120_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

722.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| R&D Plumbing, Inc. PO Box 426 Altoona, IA 50009 | | - | | | | | | | |
| | | | | | | | | | 500.00 |
| Account No. | | | | | Triton trade debt | | | | |
| R.J.'s ChemDry 8420 Brentwood Drive La Vista, NE 68128 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Rainbow Seamless Guttering 1809 Anthony Dr. Rogers, AR 72756 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Don Reasland 9210 South 114th Street Papillion, NE 68046 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. xxxxxxxxx9001 | | | | | Polk County, Iowa, Case No. CL115402 | | | | |
| Regions Bank Des Moines Commercial Loans 2851 86th Street Urbandale, IA 50322 | X | - | | | | | | | |
| | | | | | | | | | 100,332.79 |

Sheet no.  121  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          100,832.79

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 1021.002 | | | | | | | | |
| Regions Bank c/o David G. Wasinger, Esq. Magna Place, Suite 550 1401 S. Brentwood Blvd. Saint Louis, MO 63144 | | | | Additional notice for: Regions Bank | | | | Notice Only |
| Account No. | | | | | | | | |
| Regions Bank Commercial Loan Processing Center PO Box 11407 Birmingham, AL 35246-0054 | | | | Additional notice for: Regions Bank | | | | Notice Only |
| Account No. | | | | | | | | |
| Regions Bank 3334 Westown Pkwy. West Des Moines, IA 50266 | | | | Additional notice for: Regions Bank | | | | Notice Only |
| Account No. | | | | Triton trade debt | | | | |
| Repschlager Tile & Stone LLC 5532 NW Beaver Dr., Ste. 100 Johnston, IA 50131 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Residential Warranty Company, LLC 5300 Derry Street Harrisburg, PA 17111-3598 | | - | | | | | | 1,200.00 |

Sheet no. __122__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,200.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                              Residential Warranty Company, LLC 5300 Derry Street Harrisburg, PA 17111-3598 | - | | | Triton Homes Des Moines, LLC trade debt | | | | 1,705.56 |
| Account No.                                              Restored Hope 2316 Howard Street Omaha, NE 68102 | - | | | Triton trade debt | | | | Unknown |
| Account No.                                              Rewerts Well Co. Inc. 742 W. 18th St. Nevada, IA 50201 | - | | | Triton trade debt | | | | Unknown |
| Account No.                                              Rhino Materials PO Box 281479 Atlanta, GA 30384 | - | | | Triton trade debt | | | | Unknown |
| Account No.                                              Richard Davis Plumbing Inc. 10636 Hwy. 72 West, Ste. 301 Bentonville, AR 72712 | - | | | Triton Homes of Arkansas, LLC trade debt | | | | 2,676.00 |

Sheet no. _123_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,381.56

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                        ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton trade debt | | | | |
| River Valley Credit Union 2811 E. 13th Street Ames, IA 50010 | - | | | | | | Unknown |
| Account No. | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Roll Off Service, Inc. PO Box 1700 Lowell, AR 72745 | - | | | | | | 688.00 |
| Account No. | | | Triton Homes Des Moines, LLC trade debt | | | | |
| RooterMan PO Box 57193 Des Moines, IA 50317 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Tevian Rose 10233 Windy Trail Bentonville, AR 72712 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Rotary Bandshell Bricks c/o Artisan's 502 N. Ankeny Blvd., Ste. 4 Ankeny, IA 50021 | - | | | | | | Unknown |

Sheet no. __124__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            688.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.

Roto-Rooter
5225 NW 114th St.
Grimes, IA 50111 | - | | | Triton trade debt | | | | Unknown |
| Account No.

Royal Exteriors
ATTN:  Chris
Capitol Ave.
Omaha, NE 68130-2957 | - | | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No. xxx-752-4

RSM McGladrey
5155 Paysphere Circle
Chicago, IL 60674 | - | | | Triton Group, LLC trade debt | | | | Unknown |
| Account No.

RSM McGladrey
201 N. Harrison St., Ste. 300
Davenport, IA 52801-1999 | | | | Additional notice for:
RSM McGladrey | | | | Notice Only |
| Account No.

Russel Construction Co., Inc.
1840 NW 118th St., Ste. 100
Clive, IA 50325 | - | | | Triton trade debt | | | | Unknown |

Sheet no.  _125_ of  _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                              ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Lesli Rutland 17225 Posey Mt. Rd. Rogers, AR 72756 | | | | | | | | | Unknown |
| Account No. | | - | | | Triton Homes Omaha, LLC trade debt | | | | |
| Safford Construction 15811 Willow Street Omaha, NE 68136 | | | | | | | | | Unknown |
| Account No. | | - | | | Triton trade debt | | | | |
| Sage CRE Forms PO Box 230578 Portland, OR 97281 | | | | | | | | | Unknown |
| Account No. | | - | | | Triton trade debt | | | | |
| Sage Software Inc. PO Box 728 Beaverton, OR 97075-0728 | | | | | | | | | Unknown |
| Account No. | | - | | | Triton trade debt | | | | |
| Sage Timberline Office Forms PO Box 230578 Portland, OR 97281 | | | | | | | | | Unknown |

Sheet no. _126_ of _161_ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                        ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Sales Simplicity Software, Inc. 325 East Elliot Road, Ste. 24 Chandler, AZ 85225 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Sand Creek Eng. & Landscape 1610 NW 12th Street Bentonville, AR 72712 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Sapp Bros. Petroleum, Inc. PO Box 45305 Omaha, NE 68145-0305 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Schindler Drywall Inc. 775 N. 6th St. Arlington, NE 68002 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Schneider Graphics 6082 NE 14th Street Des Moines, IA 50313-1207 | - | | | | | | | Unknown |

Sheet no.  127  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. x6729<br><br>Schuring Uitermarkt P.C.<br>102 E. 15th Street<br>Pella, IA 50219 | - | | | | Triton Homes, LC trade debt | | | | 150.00 |
| Account No.<br><br>Schuring Uitermarkt Sims McCleish PC<br>8550 New York Avenue<br>Urbandale, IA 50322 | - | | | | Triton Group, LLC trade debt | | | | 2,317.68 |
| Account No.<br><br>Chad Schwarting<br>10426 N. 150th Street<br>Bennington, NE 68007 | - | | | | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>Screen Images Inc.<br>28 Clark Street<br>Des Moines, IA 50314 | - | | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>SE Polk Rural Water District<br>6540 NE 12th Ave.<br>Altoona, IA 50009 | - | | | | Triton trade debt | | | | Unknown |

Sheet no. _128_ of _161_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,467.68

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                          ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Senegal Specialty Contracting<br>20332 Husker Dr., Ste. D<br>Gretna, NE 68028 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>ServiceMaster West<br>7605 University Avenue<br>Clive, IA 50325 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Severson Insurance Agency Inc.<br>205 Clark Ave.<br>Ames, IA 50010 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>April Seydel<br>3424 E.P. True Parkway<br>West Des Moines, IA 50265 | - | | Triton Group, LLC trade debt | | | | Unknown |
| Account No.<br><br>Shaver Decorating<br>PO Box 934<br>Elkhorn, NE 68022 | - | | Triton Homes Omaha, LLC trade debt | | | | Unknown |

Sheet no. __129_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Triton Group, LLC trade debt | | | | |
| Shaun Sheller 15286 NE 42nd St. Cambridge, IA 50046 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Sherwin Williams 817 East First Ankeny, IA 50021 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Shred-It Des Moines 4428 NW Urbandale Drive Urbandale, IA 50322 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Shrum Masonry, Inc. 1216 South 109th Street Omaha, NE 68144 | | - | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Shayla Sievers 2150 NW 78th Ave., #81 Grimes, IA 50111 | | - | | | | | | | Unknown |

Sheet no.  130  of  161  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                         ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton trade debt | | | | |
| Sigler PO Box 887 Ames, IA 50010 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Silver Silos 204 SW Stonegate Dr. Ankeny, IA 50023 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Group, LLC andTriton Homes Omaha, LLC trade debt | | | | |
| David J. Skalka Croker, Huck, Kasher, DeWitt 2120 South 72nd St., Ste. 1200 Omaha, NE 68124 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| Slash Web Studios 1605 N. Ankeny Blvd., Ste. 130 Ankeny, IA 50023 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Group, LLC trade debt | | | | |
| Jason Smith, Realtor Crye Leike 1280 E. Stearns St. Fayetteville, AR 72703 | - | | | | | | | | Unknown |

Sheet no.  131  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Snyder & Associates, Inc. 501 SW Oralabor Rd. Ankeny, IA 50021-0974 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Soil Tek 5605 Gateway Dr., Ste. 100 Grimes, IA 50111 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Sonnenschein Nath & Rosenthal Dept. 3078 Carol Stream, IL 60132-3078 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| South Ankeny Mini Storage 1901 S. Ankeny Blvd. Ankeny, IA 50023-8994 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Southwestern Electric Power PO Box 24422 Canton, OH 44701-4422 | | - | | | | | | Unknown |

Sheet no. __132__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                  0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Triton trade debt | | | | |
| SPACES by Nicole ATTN: Nicole Leach 15114 Prairie Ave. Urbandale, IA 50323 | - | | | | | | Unknown |
| Account No. | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Speck USA PO Box 21009 Des Moines, IA 50321-9401 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Speed's Sales & Service Inc. 1046 W. 18th Street Nevada, IA 50201 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Speede Lube PO Box 58 Lowell, AR 72745 | - | | | | | | Unknown |
| Account No. | | | Triton trade debt | | | | |
| Spence Title Services 1905 Harney Street, Ste. 210 Omaha, NE 68102 | - | | | | | | Unknown |

Sheet no.  133  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sporer & Ilic<br>108rd St., Ste. 322<br>Des Moines, IA 50309 | | - | Triton trade debt | | | | Unknown |
| Account No. 4910<br><br>Springer Pest Solutions<br>5360 NE 14th St., Ste. A<br>Des Moines, IA 50313 | | - | Triton Homes Des Moines, LLC trade debt | | | | 2,223.20 |
| Account No.<br><br>Sprint<br>PO Box 660092<br>Dallas, TX 75266-0092 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>Staffing Services Inc.<br>1840 N. 48th Street<br>Lincoln, NE 68504 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>Standard Iron<br>10900 Harry Anderson Ave.<br>La Vista, NE 68128 | | - | Triton trade debt | | | | Unknown |

Sheet no. _134_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,223.20

B6F (Official Form 6F) (12/07) - Cont.

In re      Triton Group, LLC                                                                ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Staples<br>Dept. 51 - 7872517528<br>PO Box 689020<br>Des Moines, IA 50368-9020 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>State Farm<br>202 E. Joyce Blvd., #3<br>Fayetteville, AR 72703 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Steam-A-Way<br>13907 Gertrude St.<br>Omaha, NE 68138 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Steele Glass & Mirror<br>503 Scott Ave.<br>Des Moines, IA 50309 | | - | | | Triton Homes Des Moines, LLC trade debt | | | | 926.74 |
| Account No.<br><br>Stephens Supply<br>3751 300th Avenue<br>Edwards, NE 68660 | | - | | | Triton trade debt | | | | Unknown |

Sheet no. __135__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

926.74

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Triton trade debt | | | | |
| Steve Fineberg & Associates 1400 SE Walton Blvd., Ste. 40 Bentonville, AR 72712 | - | | | | | | | Unknown |
| **Account No.** | | | | (Omaha) Possible claim | | | | |
| Stone Creek Village Condominium Property Regime c/o Grant Gowen, President 6021 N. 167th Terrace Plaza Omaha, NE 68116 | - | | | | | | | Unknown |
| **Account No.** | | | | (Omaha) Possible claim | | | | |
| Stone Creek Village Condominium Property Regime c/o Property Source 6239 S. 90th Street Omaha, NE 68127 | - | | | | | | | Unknown |
| **Account No.** | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Stone Creek Village HOA c/o Grant Gowen, President 6021 N. 167th Terrace Plaza Omaha, NE 68116 | - | | | | | | | Unknown |
| **Account No.** | | | | 5-17-10 Court costs: American Trust v. debtor et al | | | | |
| Story County Clerk RE: LACV046038 Story County Courthouse 1315 South B Avenue Nevada, IA 50201-0408 | - | | | | | | | 185.00 |

Sheet no. _136_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

185.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                        ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Straight Up Framing, LC<br>2717 White Oak Dr.<br>Ames, IA 50014 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Structure Building Co., Inc.<br>2613 Crooked Creek Pl.<br>Fayetteville, AR 72703 | - | | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No. x0291<br><br>Stryker Rental Services<br>1514 S. Saddle Creek Rd.<br>Omaha, NE 68106 | - | | | Triton Homes Omaha, LLC trade debt | | | | 67.06 |
| Account No.<br><br>Sunbelt Rentals, Inc.<br>5137 NW 2nd Street<br>Des Moines, IA 50313 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Sunderland Brothers Co.<br>4451 112th Street<br>Urbandale, IA 50322 | - | | | Triton trade debt | | | | Unknown |

Sheet no. __137_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     67.06

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Triton trade debt | | | | |
| SUPRA, Div. of GE Securit PO Box 660007 Dallas, TX 75266 | - | | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Surface Specialists 2239 N. 128th Circle Omaha, NE 68164-3419 | - | | | | | | | Unknown |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Bill Swanson 13110 West Dodge Rd. Omaha, NE 68154 | - | | | | | | | Unknown |
| Account No. | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| T. H. Rogers Lumber 1420 East Kenwood Siloam Springs, AR 72761 | - | | | | | | | 925.40 |
| Account No. | | | | Additional notice for: T. H. Rogers Lumber | | | | |
| T. H. Rogers Lumber PO Box 5770 Edmond, OK 73083 | | | | | | | | Notice Only |

Sheet no. __138__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

925.40

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC                                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0632 <br><br> TASC <br> PO Box 7098 <br> Madison, WI 53707-7098 | | - | Triton Group, LLC trade debt | | | | 759.33 |
| Account No. <br><br> Team 1 Cleaning <br> 2447 S. 156th Circle <br> Omaha, NE 68130 | | - | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No. <br><br> Team Electric, Inc. <br> 1110 Applewood Dr. <br> Papillion, NE 68046 | | - | Triton trade debt | | | | Unknown |
| Account No. <br><br> Joel B. Templeman, Esq. <br> 317 6th Avenue, Ste. 300 <br> Des Moines, IA 50309 | | - | Attorney fees for representation in Dallas County Case No. SCSC031746 v. Kenan Davis | | | | Unknown |
| Account No. <br><br> Terminix <br> 4430 NW Urbandale Dr. <br> Urbandale, IA 50322 | | - | Triton Homes Des Moines, LLC trade debt | | | | Unknown |

Sheet no.  139  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      759.33

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                                                  ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Terminix International<br>8720 S. 114th St., Ste. 103<br>La Vista, NE 68128 | - | | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Texaco Xpress Lube - Maple St.<br>10935 Emmet St.<br>Omaha, NE 68164 | - | | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Thiele Geotech, Inc.<br>13478 Chandler Road<br>Omaha, NE 68138-3716 | - | | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Timberline Builders Inc.<br>1829 48th Street<br>Des Moines, IA 50310 | - | | | | Triton trade debt | | | | Unknown |
| Account No. TRITON<br><br>TimberPine, Inc.<br>18863 Jewell Drive<br>Earlham, IA 50072 | - | | | | 7-07 - 8-09<br>Triton Homes Des Moines, LLC trade debt | | | | 19,684.85 |

Sheet no. __140__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,684.85

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

Time Striping, Inc.
PO Box 1236
Van Buren, AR 72957 | | - | | | Triton trade debt | | | | Unknown |
| Account No.

Timeless Landscape Management
PO Box 1886
Ames, IA 50010-1886 | | - | | | Triton trade debt | | | | Unknown |
| Account No.

Titan Environmental Power Wash
385 S. 2nd Street
Springfield, NE 68059 | | - | | | Triton trade debt | | | | Unknown |
| Account No.

Titan Utility Partners LLC
5501 NW 112th St., Ste. V
Grimes, IA 50111 | | - | | | Triton trade debt | | | | Unknown |
| Account No.

TLC Carpet Cleaning
4408 S. 149th St.
Omaha, NE 68137 | | - | | | Triton Homes Omaha, LLC trade debt | | | | Unknown |

Sheet no. _141_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
                                                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>TNT Welding<br>PO Box 277<br>Story City, IA 50248 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Today's Office Inc.<br>PO Box 7060<br>Springdale, AR 72762 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Todd-of-all-Trades<br>6006 S. 149th St.<br>Omaha, NE 68137 | - | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No.<br><br>Tracy Drywall & Const. LLC<br>1320 S. 16th St.<br>Omaha, NE 68130 | - | | Triton trade debt | | | | Unknown |
| Account No.<br><br>TransManage Worldwide, Inc.<br>117 Parkwood, Ste. 6<br>Lowell, AR 72745 | - | | Triton trade debt | | | | Unknown |

Sheet no. __142_ of __161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC _____ ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | |
| Account No.<br><br>Tri-City Hardware<br>11716 Stonegate Circle<br>Omaha, NE 68164 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Triad Title<br>3996 North Frontage, Ste. 3<br>Fayetteville, AR 72703 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Trickle's Tire<br>120 Lincoln Way<br>Ames, IA 50010 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Triumph Auto Glass<br>10187 J Street<br>Omaha, NE 68127 | | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Triumph E. World<br>1310 Valley Lake Dr., #146<br>Schaumburg, IL 60195 | | - | | | Triton trade debt | | | | Unknown |

Sheet no. _143_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| True Blue Electric 14977 Grover Street Omaha, NE 68144 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Truelsen Blumenthal LLC dba Soil Tek PO Box 738 Grimes, IA 50111-0738 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Tub WRX 5213 SE 31st St. Des Moines, IA 50320 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| TUG PO Box 697 Sylvania, OH 43560 | | - | | | | | | Unknown |
| Account No. xxxxx. 26 & 42 | | X - | | 6-14-07 Deficiency after foreclosure of Lot 1, in CIMARRON GROVE REPLAT ONE, Douglas County, Nebraska | | | | |
| U.S. Bank, National Association 520 Walnut Street Des Moines, IA 50309 | | | | | | | | 465,239.49 |

Sheet no. __144__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

465,239.49

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| U.S. Bank, National Association c/o G. Mark Rice, Esq. 317 Sixth Avenue, Ste. 1200 Des Moines, IA 50309 | | | | Additional notice for: U.S. Bank, National Association | | | | Notice Only |
| Account No. xxxxx2419 | | | | Triton Group, LLC trade debt | | | | |
| U.S. Cellular PO Box 0203 Palatine, IL 60055-0203 | | - | | | | | | 99.41 |
| Account No. 28723568 | | | | Triton Group, LLC trade debt | | | | |
| U.S. Cellular c/o Southwest Credit 5910 W. Plano Parkway, Ste. 100 Plano, TX 75093-4638 | | | | Additional notice for: U.S. Cellular | | | | Notice Only |
| Account No. xxxxx6712 | | | | Triton Group, LLC trade debt | | | | |
| U.S. Cellular PO Box 0203 Palatine, IL 60055-0203 | | - | | | | | | 235.79 |
| Account No. 28530824 | | | | | | | | |
| U.S. Cellular c/o Southwest Credit 5910 W. Plano Parkway, Ste. 100 Plano, TX 75093-4638 | | | | Additional notice for: U.S. Cellular | | | | Notice Only |

Sheet no.  145  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     335.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>United Contractors Inc.<br>PO Box 347<br>Johnston, IA 50131 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>United Parcel Service<br>Lock Box 577<br>Carol Stream, IL 60132-0577 | | - | Triton trade debt | | | | Unknown |
| Account No.<br><br>UPS<br>UPS Lockbox 577<br>Carol Stream, IL 60132-0577 | | - | Triton Group, LLC trade debt | | | | 31.77 |
| Account No. 15455840<br><br>UPS<br>c/o Allied Interstate<br>3000 Corporate Exchange Dr.<br>Columbus, OH 53231 | | | Additional notice for:<br>UPS | | | | Notice Only |
| Account No.<br><br>Urbandale Water Utility<br>3720 86th Street<br>Urbandale, IA 50322 | | - | Triton Homes Des Moines, LLC trade debt | | | | 3,561.03 |

Sheet no. __146__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,592.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Triton Homes Des Moines, LLC trade debt | | | | |
| City of Urbandale 3600 86th Street Urbandale, IA 50322 | | | | | | | | | 50.00 |
| Account No. xx-xxxxxx9533 | | - | | | Triton Homes Omaha, LLC trade debt | | | | |
| US Bank PO Box 790401 Saint Louis, MO 63179-0401 | | | | | | | | | Unknown |
| Account No. | | - | | | Triton Group, LLC trade debt | | | | |
| USPS 1165 2nd Avenue Des Moines, IA 50309 | | | | | | | | | Unknown |
| Account No. | | - | | | Triton Group, LLC trade debt | | | | |
| Valley Bank PO Box 405 Eldridge, IA 52748-0405 | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Possible remaining claim after transfer of properties to Village Green Properties | | | | |
| Valley Bank PO Box 405 Eldridge, IA 52748-0405 | | | | | | | | | Unknown |

Sheet no. _147_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                50.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Triton Group, LLC
                                                        ,          Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Vantus Bank<br>PO Box 897<br>Sioux City, IA 51102 | - | | Triton Group, LLC trade debt<br>Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. xxxxxxxxx-x0001<br><br>Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | - | | Triton Group, LLC trade debt | | | | 1,553.43 |
| Account No. 079033-7<br><br>Verizon Wireless<br>c/o Divine and Service, Ltd.<br>13809 Research Blvd., Ste. 800<br>Austin, TX 78750 | | | Additional notice for:<br>Verizon Wireless | | | | Notice Only |
| Account No. 356701748-A<br><br>Verizon Wireless<br>c/o RMS<br>1000 Circle 75 Pkwy., Ste. 400<br>Atlanta, GA 30339 | | | Additional notice for:<br>Verizon Wireless | | | | Notice Only |
| Account No.<br><br>Village at Arbor Chase Town<br>Home Owners Association<br>c/o Edge Property Management<br>PO Box 69<br>Huxley, IA 50124 | - | | (Pleasant Hill)<br>Possible claim | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __148__ of __161__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,553.43 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Village at Falcon Ridge Condominium Property Regime c/o Edge Property Management PO Box 69 Huxley, IA 50124 | - | | (Omaha) Possible claim | | | | Unknown |
| Account No. <br><br> Village at Gracewood Town Homes c/o Edge Property Management PO Box 69 Huxley, IA 50124 | - | | (Waukee) Possible claim | | | | Unknown |
| Account No. <br><br> Village at Johnston Station PO Box 71637 Clive, IA 50325 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br><br> Village at Johnston Station Town Homes c/o Sue Clark Real Estate Services 1820 NW 118th Clive, IA 50325 | - | | (Johnston) Possible claim | | | | Unknown |
| Account No. <br><br> Village at Maple Grove Town Homes c/o LeighAnne Rankin 8302 Westown Parkway West Des Moines, IA 50266 | - | | Possible claims of various units | | | | Unknown |

Sheet no.  149  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re      Triton Group, LLC                                         ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | - | | Triton Homes Des Moines, LLC trade debt | | | | |
| Village at North Pointe c/o Edge Property Management PO Box 69 Huxley, IA 50124 | | | | | | | | | Unknown |
| **Account No.** | | | - | | (Grimes) Possible claim | | | | |
| Village at North Pointe Condominium Association c/o Edge Property Management PO Box 69 Huxley, IA 50124 | | | | | | | | | Unknown |
| **Account No.** | | | - | | Triton Homes Des Moines, LLC trade debt | | | | |
| Village at Walnut Crest PO Box 71637 Clive, IA 50325-0637 | | | | | | | | | Unknown |
| **Account No.** | | | - | | (Urbandale) Possible claim | | | | |
| Village at Walnut Crest Town Homes c/o Sue Clark Real Estate Services 1820 NW 118th Street Clive, IA 50325 | | | | | | | | | Unknown |
| **Account No.** | | | - | | Triton Homes Des Moines, LLC trade debt | | | | |
| Village at White Birch Owners Assoc. PO Box 71637 Clive, IA 50325 | | | | | | | | | 570.00 |

Sheet no. __150__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

570.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Village at White Birch Owners Assoc.<br>c/o Bill Mallory, Esq.<br>6701 Westown Pkwy., #100<br>West Des Moines, IA 50266 | | | | | Additional notice for:<br>Village at White Birch Owners Assoc. | | | | Notice Only |
| Account No.<br><br>Village at White Birch Town Homes<br>c/o Sue Clark Real Estate Services<br>1820 NW 118th Street<br>Clive, IA 50325 | | - | | | (Ankeny)<br>Possible claim | | | | Unknown |
| Account No.<br><br>Village Green Properties, LLC<br>c/o Edge Property Management<br>PO Box 69<br>Huxley, IA 50124 | | - | | | Potential claim by rental company | | | | Unknown |
| Account No.<br><br>Village Green Properties, LLC<br>c/o Edge Property Management<br>PO Box 69<br>Huxley, IA 50124 | | - | | | Rental insurance on Triton Homes of Arkansas, LLC | | | | 1,983.64 |
| Account No.<br><br>Village Green Properties, LLC<br>c/o Edge Property Management<br>PO Box 69<br>Huxley, IA 50124 | | - | | | Rental insurance for Triton Homes Omaha, LLC | | | | 6,591.56 |

Sheet no. _151_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,575.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Village Green Properties, LLC<br>c/o Edge Property Management<br>PO Box 69<br>Huxley, IA 50124 | - | | | | Expenses for Triton Homes Des Moines, LLC | | | | 5,986.36 |
| Account No.<br><br>Village Green Properties, LLC<br>c/o Edge Property Management<br>PO Box 69<br>Huxley, IA 50124 | - | | | | Various advances for expenses to Triton Homes, L.C. | | | | 129,754.34 |
| Account No.<br><br>Village Green Security Account<br>PO Box 69<br>Huxley, IA 50124 | - | | | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No.<br><br>Village on Delaware Town Homes<br>c/o Knapp Properties<br>4949 Westown Parkway, Ste. 200<br>West Des Moines, IA 50266 | - | | | | (Ankeny)<br>Possible claim | | | | Unknown |
| Account No.<br><br>Village on McKinley Town Homes<br>936 McKinley Ave.<br>Des Moines, IA 50315 | - | | | | Possible claims of various units | | | | Unknown |

Sheet no. _152_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,740.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Village on Shiloh Condominium Owners Association, Inc. c/o Edge Property Management PO Box 69 Huxley, IA 50124 | - | | | (Fayetteville, AK) Possible claim | | | | Unknown |
| Account No.<br><br>Village on Shiloh Condominium Owners Association, Inc. c/o West Bank 1601 22nd Street West Des Moines, IA 50266 | - | | | (Fayetteville, AK) Possible claim | | | | Unknown |
| Account No.<br><br>Village on Sprague Town Home Owner Association c/o Sue Clark Real Estate Services 1820 NW 118th Street Clive, IA 50325 | - | | | (Omaha) Possible claim | | | | Unknown |
| Account No.<br><br>Village on Sprague Town Home Owner Assn. c/o James F. Cann, Esq. One Pacific Place, Suite 800 1125 South 103rd Street Omaha, NE 68124 | - | | | (Omaha) Possible claim | | | | Unknown |
| Account No.<br><br>Wagner Interior Supply of Springfield c/o Vincent F. O'Flaherty, Esq. 2 West 39th Street Kansas City, MO 64111 | - | | | Triton Group, LLC trade debt | | | | Unknown |

Sheet no. _153_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Triton Homes of Arkansas, LLC trade debt | | | | |
| Wagner Interior Supply of Springfield c/o Vincent F. O'Flaherty, Esq. 2 West 39th Street Kansas City, MO 64111 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Wal Mart 6365 Stagecoach Drive West Des Moines, IA 50265 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton trade debt | | | | |
| The Wall Company 516 SW Southlawn Dr. Ankeny, IA 50021 | - | | | | | | | | Unknown |
| Account No. | | | | | (Urbandale) Possible claim | | | | |
| Walnut Grove Town Home Owners Assn. c/o Edge Property Management PO Box 69 Huxley, IA 50124 | - | | | | | | | | Unknown |
| Account No. | | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Walvoord Finish Grading, LLC 7705 North 281st Ave. Valley, NE 68064 | - | | | | | | | | 5,510.10 |

Sheet no. _154_ of _161_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,510.10

B6F (Official Form 6F) (12/07) - Cont.

In re     Triton Group, LLC                           ,       Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Wasker Dorr Wimmer & Marcouiller PC <br> 4201 Westown Pkwy., Ste. 250 <br> West Des Moines, IA 50266-6720 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br><br> Waste Management of Omaha <br> PO Box 90001797 <br> Louisville, KY 40290-1797 | - | | Triton Homes Omaha, LLC trade debt | | | | Unknown |
| Account No. <br><br> City of Waukee <br> 230 Highway 6 <br> Waukee, IA 50263 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br><br> Wayne Dalton of Central Iowa <br> 385 SE Oralabor Rd. <br> Ankeny, IA 50021 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br><br> Wellmark <br> PO Box 10353 <br> Des Moines, IA 50306 | - | | Triton Group, LLC trade debt | | | | 197.42 |

Sheet no. __155__ of __161__ sheets attached to Schedule of           Subtotal           197.42
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC
_____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton Homes Omaha, LLC trade debt | | | | |
| Karena Wells 14769 California St. Omaha, NE 68154 | | - | | | | | | Unknown |
| Account No. | | | | Triton Homes Des Moines, LLC trade debt | | | | |
| Julie Wessels 616 Adam Street Polk City, IA 50226 | | - | | | | | | Unknown |
| Account No. | | | | 7-2-07 Triton Group LLC trade debt; possible deficiency after non-judicial voluntary foreclosure on Tract 1 (except certain units) Village on Shiloh, Washington County, Arkansas | | | | |
| West Bank PO Box 65020 West Des Moines, IA 50265-0020 | | - | | | | | | Unknown |
| Account No. | | | | 2009 Possible remaining claim after transfer of properties to Village Green Properties | | | | |
| West Bank PO Box 65020 West Des Moines, IA 50265-0020 | | - | | | | | | Unknown |
| Account No. | | | | Additional notice for: West Bank | | | | |
| West Bank 1601 22nd Street West Des Moines, IA 50266 | | | | | | | | Notice Only |

Sheet no.  156  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                         ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> West Des Moines Water Works <br> PO Box 402002 <br> Des Moines, IA 50940-2002 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br> City of West Des Moines <br> Public Works Department <br> ATTN: Peggy Englehart <br> PO Box 65320 <br> West Des Moines, IA 50265 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br> Darla Willett-Rohrssen <br> 5602 Hickory Hills <br> Ames, IA 50014 | - | | Triton Homes Des Moines, LLC trade debt | | | | Unknown |
| Account No. <br> WIN Home Inspection <br> 6358 SE 26th Place <br> Des Moines, IA 50327 | - | | Triton trade debt | | | | Unknown |
| Account No. <br> Winlectric <br> 4010 S. 29th Street <br> Omaha, NE 68107 | - | | Triton trade debt | | | | Unknown |

Sheet no. _157_ of _161_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                        ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Triton trade debt | | | | |
| Wisnieski Insulation Inc. 56022 E. Highway 275 Norfolk, NE 68701 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Wolf Construction Commercial 2037 Grand Avenue West Des Moines, IA 50265 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Wolf Roofing, Inc. 2037 Grand Ave., Ste. A West Des Moines, IA 50265 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| Wolfdance Design & Construct. 317 NW Crestview Lane Ankeny, IA 50021 | | - | | | | | | Unknown |
| Account No. | | | | Triton trade debt | | | | |
| WOLSA 15656 Fort Street Omaha, NE 68164 | | - | | | | | | Unknown |

Sheet no. __158__ of __161__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Workman Enterprises<br>38 Cypress St.<br>Yutan, NE 68073 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>WorkSpace Inc.<br>309 Locust Street<br>Des Moines, IA 50309 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Wright Tree<br>PO Box 608<br>Waukee, IA 50263 | - | | | Triton trade debt | | | | Unknown |
| Account No. 8979<br><br>Wyckoff Industries<br>PO Box 700<br>Carlisle, IA 50047 | - | | | Triton Homes Des Moines, LLC trade debt | | | | 2,172.98 |
| Account No.<br><br>Denice Wylie<br>CBS Home Real Estate<br>Pacific Street Sales Office<br>12112 Pacific Street<br>Omaha, NE 68154 | - | | | Triton Homes Omaha, LLC trade debt | | | | Unknown |

Sheet no.  159  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,172.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Denice Wylie<br>857 S. 129th Ave.<br>Omaha, NE 68154 | | | | Additional notice for:<br>Denice Wylie | | | | Notice Only |
| Account No.<br><br>Xtreme Glass Cleaning<br>9906 Bedford Ave.<br>Omaha, NE 68134 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Brenna Young<br>381 NE Olivewood<br>Waukee, IA 50263 | - | | | Triton trade debt | | | | Unknown |
| Account No.<br><br>Zecena Cleaning<br>917 S. 22nd St.<br>Rogers, AR 72758 | - | | | Triton Homes of Arkansas, LLC trade debt | | | | Unknown |
| Account No.<br><br>Ziegler Inc.<br>SDS 12-0436<br>PO Box 86<br>Minneapolis, MN 55486-0436 | - | | | Triton trade debt | | | | Unknown |

Sheet no.  160  of  161  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Triton Group, LLC                                                      ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | - | | 10-17-05 Water damage to 14665 Sahler Plaza, Omaha, Nebraska | | | | |
| Kevin Zippi 2406 Larchmont Place Mount Laurel, NJ 08054 | | | | | | | | | Unknown |
| **Account No.** | | | | | | | | | |
| Kevin Zippi c/o James F. Cann, Esq. One Pacific Place, Ste. 800 1125 South 103rd Street Omaha, NE 68124-1079 | | | | | Additional notice for: Kevin Zippi | | | | Notice Only |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

| Sheet no. _161_ of _161_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,974,871.68 |

B6G (Official Form 6G) (12/07)

.

In re    Triton Group, LLC                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Corporate Woods LLC<br>c/o Stanbrough Property Mgmt.<br>1820 NW 118th St., Ste. 110<br>Clive, IA 50325 | Lease of business premises at 1860 NW 118th St., Suite 100, Clive, Iowa 50325, known as Deer Wood Office Park; lease dated May 5, 2006, for 10 years through October 31, 2016, at $10,172.50 base rent per month; $732,420.00 due through end of lease term |
| Pitney Bowes Inc.<br>PO Box 856390<br>Louisville, KY 40285-6390 | Lease of postage meter machine |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   Triton Group, LLC _____ ,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BRBJ, Inc.<br>PO Box 280<br>Huxley, IA 50124 | Northwest Bank<br>5700 University Ave., Ste. 100<br>West Des Moines, IA 50266 |
| BRBJ, Inc.<br>PO Box 280<br>Huxley, IA 50124 | U.S. Bank, National Association<br>520 Walnut Street<br>Des Moines, IA 50309 |
| Joel Goodman<br>4850 Timber Creek Ln.<br>Ames, IA 50010 | Regions Bank<br>Des Moines Commercial Loans<br>2851 86th Street<br>Urbandale, IA 50322 |
| Joel Goodman<br>4850 Timber Creek Ln.<br>Ames, IA 50010 | Northwest Bank<br>5700 University Ave., Ste. 100<br>West Des Moines, IA 50266 |
| Joel Goodman<br>4850 Timber Creek Ln.<br>Ames, IA 50010 | U.S. Bank, National Association<br>520 Walnut Street<br>Des Moines, IA 50309 |
| Joel Goodman<br>4850 Timber Creek Ln.<br>Ames, IA 50010 | Various and numerous business debts<br>listed in these schedules |
| Joel & Mary Ann Goodman<br>4850 Timber Creek Ln.<br>Ames, IA 50010 | American Trust & Savings Bank<br>6601 Westown Parkway, #140<br>West Des Moines, IA 50266-7718 |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re    Triton Group, LLC                            Case No. _____
                                       Debtor(s)          Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    179    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   October 28, 2010                         Signature    /s/ Joel M. Goodman
                                                             Joel M. Goodman
                                                             Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Iowa

In re    Triton Group, LLC                                       Case No.                          
                                                 Debtor(s)                      Chapter       7

# STATEMENT OF FINANCIAL AFFAIRS

         This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

         Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

         *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

         *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,021,993.00 | 2007<br>Gross receipts from townhome construction $38,125,616<br>Net income shown after expenses and cost of goods sold of $37,103,623 |
| $-1,181,980.00 | 2008<br>Gross receipts from townhome construction $19,345,346<br>Net loss shown after expenses and cost of goods sold of $(20,527,326) |
| $-3,117,334.00 | 2009<br>Gross receipts from townhome construction $8,716,054<br>Net loss after expenses and cost of goods sold ($3,117,334) |
| $0.00 | 2010 YTD<br>Gross receipts from townhome construction is unknown; debtor's accountants have all financial information |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $80,288.00 | 2008 |
| | Gross rental income for Nebraska and Iowa of $204,562 |
| | Less expenses of $124,274 |
| $279,715.00 | 2009 |
| | Gross rental income for Nebraska and Iowa of $316,978 |
| | Less expenses of $88,623; plus gains from sales |
| $27,386.84 | 2010 |
| | Gross rental income from Nebraska - $4,140.00 |
| | Overpayment of insurance (refund) - $21,736.00 |
| | Qwest rebate - $40.84 |
| | Sale of job trailer $1,470.00 |

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Schuring Uitermarkt Sims McCleish PC 8550 New York Avenue Urbandale, IA 50322 | March 29, 2010, for current accounting services | $7,182.32 | $2,317.68 |
| Pansing Hogan Ernst & Bachman LLP 10250 Regency Circle, Ste. 300 Omaha, NE 68114-3728 | February 23, 2010, for current legal services - balance unknown | $10,000.00 | $0.00 |
| Various creditors | January 1, 2010, through February 23, 2010 - for ordinary and usual payments as they became due | $9,643.30 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Amber Carlson v. Triton Homes, Triton Homes LC, Triton Group, LLC, Triton Group, LLC d/b/a Triton Homes, Triton Group, LLC d/b/a Triton Homes LC, and Triton Homes Omaha, LLC; Case No. 1096-803 | Suit for breach of contract, breach of express warranty, breach of implied warranty, negligence, fraudulent representation, negligent misrepresentation, and damages | Douglas County District Court Omaha, Nebraska | Suit filed June 24, 2009; dismissed by progression (can be reactivated as long as done within statute of limitations period) |
| Meadowview Homeowners Association v. Insight Development Corporation, Focus Development Corporation, McAninch Corporation, Absolute Concrete Construction Inc., A. Leo Pelds Engineering Company, and Triton Group L.L.C., Case No. CL110360 | Suit for breach of warranty and negligent construction | Polk County District Court Des Moines, Iowa | Judgment entered February 17, 2009, in favor of Triton Homes Des Moines LLC against Meadowview Homeowners Association for $450.00 attorney fees/motion for summary judgment denied December 10, 2009, and motion to continue trial granted as to other parties |
| Lois M. Johnson v. Triton Homes, Triton Homes LC, Triton Group, LLC, Triton Group, LLC d/b/a Triton Homes, Triton Group, LLC d/b/a Triton Homes LC, and Triton Homes Omaha, LLC; Case No. 1096-804 | Suit for breach of contract, breach of express warranty, breach of implied warranty, negligence, fraudulent representation, negligent misrepresentation, and damages | Douglas County District Court Omaha, Nebraska | Suit filed June 24, 2009, is pending; pretrial set for November 1, 2010 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Numerous mechanic's liens filed as per the attached list | Mechanic's liens | Various courts | Pending or disposed of |
| Katherine Meyer v. Triton Homes, LLC, Joel Goodman, Sue Clark Real Estate, THGI Development, LLC, and Edge Property Management, Case No. 1100-391 | Injunction to restrain managing Stone Creek Village Condominiums, turnover of records, and accounting of funds | Douglas County District Court Omaha, Nebraska | Amended complaint filed December 7, 2009; dismissed by progression (can be reactivated as long as done within statute of limitations period) |
| Regions Bank v. Triton Group, LLC and Joel Goodman, Case No. CL115402 | Suit on promissory note | Polk County District Court Des Moines, Iowa | Suit filed December 7, 2009, is pending; order for judgment signed but not entered as original note has not yet been filed |
| Northwest Bank v. Triton Homes Des Moines, L.L.C., Triton Group, L.L.C. f/k/a Triton Homes, L.C., Joel Goodman, BRBJ, Inc., Graybar Electric Company, Inc., Wahlert & Associates Corp. d/b/a Carlson Crane, Inc., and Truelsen Blumenthal, LLC d/b/a Soil-Tek; Case No. EQCV035669 | Foreclosure and appointment of receiver | Dallas County District Court Adel, Iowa | Suit filed December 18, 2009; order appointing receiver entered January 12, 2010; decree of foreclosure entered March 30, 2010; special in rem execution issued April 1, 2010 |
| American Trust & Savings Bank v. Triton Homes, L.C., Joel E. Goodman, and Mary Ann Goodman; Law No. CL116066 | Suit on promissory notes (although plaintiff holds a Deed of Trust on Douglas County, Nebraska, real estate) | Polk County District Court Des Moines, Iowa | Suit filed February 1, 2010, is pending; trial scheduled for May 31, 2011 |
| U.S. Bank, National Association v. Triton Homes Omaha, L.L.C.; #OJ-06475 | Notice of Default of Deed of Trust | Douglas County Hall of Justice Omaha, Nebraska | Real estate sold at Trustee's Sale on April 28, 2010 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Jen Rae Hein v. Triton Homes, Triton Homes LC, Triton Group, LLC, Triton Group, LLC d/b/a Triton Homes, Triton Group, LLC d/b/a Triton Homes LC, and Triton Homes Omaha, LLC; Case No. 1097-808 | Suit for breach of contract, breach of implied covenant of good faith and fair dealing, breach of express warranty, breach of implied warranty, negligence, fraudulent representation, and negligent misrepresentation | Douglas County District Court Omaha, Nebraska | Suit filed on or about July 21, 2009; dismissed by progression (can be reactivated as long as done within statute of limitations period) |
| Kevin Zippi v. Triton Homes, Triton Homes LC, Triton Group, LLC, Triton Group, LLC d/b/a Triton Homes, Triton Group, LLC d/b/a Triton Homes LC, and Triton Homes Omaha, LLC; Case No. 1097-807 | Suit for breach of contract, breach of implied covenant of good faith and fair dealing, breach of express warranty, breach of implied warranty, negligence, fraudulent representation, and negligent misrepresentation | Douglas County District Court Omaha, Nebraska | Suit filed on or about July 21, 2009, was dismissed on or about August 21, 2009 |
| American Trust & Savings Bank v. Triton Homes, L.C. n/k/a Triton Group, LLC, Joel E. Goodman, and Mary Ann Goodman; LACV046038 | Petition for replevin | Story County District Court Nevada, IA | Suit filed May 17, 2010; dismissal with prejudice dated October 22, 2010 |
| Nationwide Advantage Mortgage Company v. Andrea Dawn Whitaker, Spouse of Andrea Dawn Whitaker, Jayme Noreen Whitaker, Spouse of Jayme Noreen Whitaker, Triton Homes, Des Moines, LLC, and Parties in Possession; EQCV036338 | Foreclosure | Dallas County District Court Adel, IA | Suit filed September 14, 2010, is pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ames Community Bank<br>104 Chestnut<br>Ames, IA 50010 | January 2010 | Non-judicial voluntary foreclosure on Village at North Pointe bare lots (8, 9, 10, 11), Grimes, Iowa, and Unit 78 in The Village at North Pointe Condominiums, 2150 NE 78th Avenue, Grimes, Iowa; value of real estate unknown; possible deficiency to bank unknown |
| Ames Community Bank<br>104 Chestnut<br>Ames, IA 50010 | January 2010 | Non-judicial voluntary foreclosure of 4304 155th Street, Urbandale, Iowa; value of real estate unknown; possible deficiency to bank unknown |
| GMAC<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | | Triton Group, LLC - deficiency after surrender of vehicles on 2 accounts of $3,014.05 |
| West Bank<br>PO Box 65020<br>West Des Moines, IA 50265-0020 | November 2009 | Agreement of satisfaction of indebtedness (non-judicial voluntary foreclosure) of Triton Homes of Arkansas (Triton Group LLC not released) on Tract 1 (except certain units) Village on Shiloh, Washington County, Arkansas; value of real estate unknown; possible deficiency to bank on $5,395,575.10 debt is unknown |
| First National Bank Midwest<br>6205 Mills Civic Parkway<br>West Des Moines, IA 50266-8004 | November 2009 | Deed in lieu of foreclosure on Units 106 and 107, Village at Falcon Ridge Condominium Property Regime, Douglas County, Nebraska; market value unknown, but believed approximately equal to debt and liens of $170,000; deficiency unknown |
| U.S. Bank, National Association<br>520 Walnut Street<br>Des Moines, IA 50309 | April, 2010 | Deficiency after foreclosure sale of Lot 1, in CIMARRON GROVE REPLAT ONE, Douglas County, Nebraska, of $465,239.49 |
| Northwest Bank<br>5700 University Ave., Ste. 100<br>West Des Moines, IA 50266 | June-July 2010 | Possible deficiency after foreclosure of Lots 1-197 and Outlot Z in South Maple Grove Plat 9, West Des Moines, Dallas County, IA; deficiency amount unknown |
| American Trust & Savings Bank<br>6601 Westown Parkway, #140<br>West Des Moines, IA 50266-7718 | June-July 2010 | Possible deficiency after foreclosure of Units 1-140 Stone Creek Village Condo, Douglas Cty, NE; Goodmans' Marshall County, IA, condo; Polk County Law No. CL116066 (suit on promissory notes only); deficiency unknown |
| Ames Community Bank<br>PO Box 1766<br>Ames, IA 50010 | June-July 2010 | Possible deficiency after foreclosure on 16773 Laurel Plaza, Omaha, Nebraska; deficiency unknown |
| Ames Community Bank<br>PO Box 1766<br>Ames, IA 50010 | June-July 2010 | Possible deficiency after foreclosure on 18150 Hayes Plaza, Omaha, Nebraska; deficiency unknown |
| Arvest Bank<br>PO Box 1219<br>Lowell, AR 72745 | June- July 2010 | Possible deficiency after foreclosure on Units #49 & 50, Bldg. AA, The Village on Shiloh, Washington County, Arkansas; deficiency unknown |

7

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Community State Bank<br>ATTN: Fred Scherle, Vice President<br>1640 SW White Birch Circle<br>Ankeny, IA 50023 | June-July 2010 | Possible deficiency after foreclosure on Lots 1-3, Outlot A, Part of SE1/4 NE1/4 Section 3, T15N, R11E, 6th P.M., Douglas County, Nebraska; deficiency unknown |
| Various secured creditors | Various dates in 2009 - 2010 | All development inventory, production inventory, finished inventory, and model inventory (valued at cost of $13,608,590.38 on debtor's 2009 tax return) was subject to claims of secured creditors, and has already been surrendered or repossessed by those secured creditors |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

8

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Bradshaw, Fowler, Proctor & Fairgrave, P 801 Grand Avenue, Suite 3700 Des Moines, IA 50309-8004 | March 26, 2010 | $9,732.50 for current legal services incurred since March 1, 2010, including this bankruptcy; and $299.00 filing fees |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Royce Enterprises, Inc. dba Royce Sterling Falcon Ridge, LLC | December 23, 2009 | Sold real estate known as Village at Falcon Ridge Condo Property described as: Lots 1 & 2, Falcon Ridge, & 37 condo units w/refrigerators, washers, & dryers, in Douglas County, Nebraska, for $2,188.969.00; 1st mortgage to Great Western Bank paid $1,635,250.32; 2nd mortgage to Capitol Investors paid $826,528.44, real estate commissions paid $75,000.00; redemption from tax sale certificate & other closing costs paid; ending in a "short sale" with a loss of $501,958.73 |
| Joel Goodman 4850 Timber Creek Lane Ames, IA 50010 Manager | March 26, 2010 | Transferred Northwestern Mutual "key man" life insurance policy (#17860329 dated 4-10-07); insured Joel Goodman; $10,000,000 term; $1,000,000 previously assigned to West Bank (Goodman has made mo. premium payments $689.88 for some time; debtor signed over policy to Goodman so he is now owner/payer/insured; policy still subject to West Bank's assignment. Policy has no value to debtor since there is no cash value with the policy and debtor has been unable to pay premiums for some time. |
| Village Green Properties, LLC c/o Edge Property Management PO Box 69 Huxley, IA 50124 None | Various dates in 2009 | Debtor transferred 12 parcels of real estate (townhomes) and all accompanying appliances for release of mortgage indebtedness to Ames Community Bank having mortgage balances totaling $1,081,200.00; debtor believes no equity existed if the properties could be sold, due to realtor commissions, pro-rated real estate taxes, and other costs incident to a sale |
| Village Green Properties, LLC c/o Edge Property Management PO Box 69 Huxley, IA 50124 None | Various dates in 2009 | Debtor transferred 26 parcels of real estate (townhomes) and all accompanying appliances for release of mortgage indebtedness to Great Southern Bank fka Vantus Bank having mortgage balances totaling $3,081,959.00; debtor believes no equity existed if the properties could be sold, due to realtor commissions, pro-rated real estate taxes, and other costs incident to a sale; debtor is unable to verify whether the bank has recorded all the deeds |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Village Green Properties, LLC c/o Edge Property Management PO Box 69 Huxley, IA 50124      None | Various dates in 2009 | Debtor transferred 37 parcels of real estate (townhomes) and all accompanying appliances for release of mortgage indebtedness to Valley Bank having mortgage balances totaling $3,432,150.00; debtor believes no equity existed if the properties could be sold, due to realtor commissions, pro-rated real estate taxes, and other costs incident to a sale |
| Village Green Properties, LLC c/o Edge Property Management PO Box 69 Huxley, IA 50124      None | Various dates in 2009 | Debtor transferred 10 parcels of real estate (townhomes) and all accompanying appliances for release of mortgage indebtedness to West Bank having mortgage balances totaling $947,000.00; debtor believes no equity existed if the properties could be sold, due to realtor commissions, pro-rated real estate taxes, and other costs incident to a sale |

None
■        b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Ames Community Bank 104 Chestnut Ames, IA 50010 | Checking account closed within the last year | Nominal amount |
| American Trust & Savings Bank 6601 Westown Parkway, #140 West Des Moines, IA 50266-7718 | Checking account closed within the last year | Nominal amount |
| Arvest Bank PO Box 1219 Lowell, AR 72745 | Checking account closed within the last year | Nominal amount |
| Community State Bank ATTN: Fred Scherle, Vice President 1640 SW White Birch Circle Ankeny, IA 50023 | Checking account closed within the last year | Nominal amount |
| First National Bank Midwest 6205 Mills Civic Parkway West Des Moines, IA 50266-8004 | Checking account closed within the last year | Nominal amount |
| Northwest Bank 5700 University Ave., Ste. 100 West Des Moines, IA 50266 | Checking account closed within the last year | Nominal amount |
| U.S. Bank, National Association PO Box 790401 Saint Louis, MO 63179-0401 | Checking account closed within the last year | Nominal amount |

10

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| West Bank<br>PO Box 65020<br>West Des Moines, IA 50265-0020 | Checking account closed within the last year | Nominal amount |

---

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Triton Group, LLC fdba Triton Homes, L.C | 43-1978873 | 1860 N.W. 118th Street, Suite 100 Clive, IA 50325 | Townhome construction | August 20, 2002, through March 29, 2010 |
| Triton Homes Des Moines, LLC | 20-8046803 | 1860 N.W. 118th Street, Suite 100 Clive, IA 50325 | Townhome construction | Approx. 2005 through March 29, 2010 |
| Triton Homes Kansas City, LLC | 20-8047301 | 1860 N.W. 118th Street, Suite 100 Clive, IA 50325 | Townhome construction | Approx. 2005 through March 29, 2010 |
| Triton Homes of Arkansas, LLC | 20-8060760 | 1860 N.W. 118th Street, Suite 100 Clive, IA 50325 | Townhome construction | Approx. 2005 through March 29, 2010 |
| Triton Homes Omaha, LLC | 20-8046726 | 1860 N.W. 118th Street, Suite 100 Clive, IA 50325 | Townhome construction | Approx. 2005 through March 29, 2010 |
| Triton Homes Omaha Rental, LLC | None obtained | 1860 N.W. 118th Street, Suite 100 Clive, IA 50325 | Townhome rentals, but never conducted business | Approx. 2005 through March 29, 2010 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| THGI Development, LLC | 20-8047219 | 1860 N.W. 118th Street, Suite 100 Clive, IA 50325 | Development/property management | Approx. 2005 through March 29, 2010 |
| BRBJ, Inc. | 20-1681713 | PO Box 280 Huxley, IA 50124 | Holding company | September 29, 2004, to March 29, 2010 |
| . | | CORPORATIONS ADMINISTRATIVELY DISSOLVED 8-6-2010 | | |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS


   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED
Schuring Uitermarkt Sims McCleish PC                  Tax return preparation and financial
8550 New York Avenue                                  reviews since 2004
Urbandale, IA 50322

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                  ADDRESS
Schuring Uitermarkt Sims McCleish                     8550 New York Avenue
Debtor's financial records                            Urbandale, IA 50322

Triton Group, LLC                                     c/o South Ankeny Mini Storage
All debtor's past financial books and records including A/P, A/R, tax   1901 South Ankeny Blvd., Unit 539
documents, employee records, homeowner files, warranty records, real   Ankeny, IA 50023
estate sale documents, etc. are in a 9'x16' storage unit which has been
prepaid until approx. January 2011 ($100/mo.); the storage unit is
under the name of debtor's President's parents who were going to
surrender the unit, and which Triton took over for its storage needs at
that time

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| American Trust & Savings Bank<br>6601 Westown Parkway, #140<br>West Des Moines, IA 50266-7718 | Last 2 years |
| Ames Community Bank<br>PO Box 1766<br>Ames, IA 50010 | Last 2 years |
| Great Southern Bank fka Vantus<br>3900 Westown Parkway<br>West Des Moines, IA 50266 | Last 2 years |
| Northwest Bank<br>5700 University Ave., Ste. 100<br>West Des Moines, IA 50266 | Last 2 years |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 12-31-08 | | $26,974,107 at cost (based on 2008 tax return) |
| 12-31-09 | | $13,608,590 (at cost) (based on 2009 tax return) |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 12-31-08 | Schuring Uitermarkt Sims McCleish PC<br>8550 New York Avenue<br>Urbandale, IA 50322 |
| 12-31-09 | Schuring Uitermarkt Sims McCleish PC<br>8550 New York Avenue<br>Urbandale, IA 50322 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| BRBJ, Inc. (#20-1681713)<br>PO Box 280<br>Huxley, IA 50124 | Partner | 75% stock ownership |
| Miller Investments, LLC (#20-1526183)<br>1271 Parview Dr.<br>Sanibel, FL 33957 | Partner | 25% stock ownership |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                            ADDRESS                            DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jeff Bramble c/o Guidepost Financial 3008 Sapphire Circle Ames, IA 50010     Former employee | May, 2009 - termination of employment | Pursuant to employment agreement, Mr. Bramble received vacation pay and severance pay |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Triton Homes 401(k) plan | Tax ID # unknown; Plan has been liquidated (c/o RSM McGladrey or Penchecks); the final Form 5500 has been filed with the Department of Labor; debtor believes the Plan is now terminated |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   October 28, 2010                    Signature   /s/ Joel M. Goodman
                                                        Joel M. Goodman
                                                        Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Case ID | | Title | Name | DOB | Role |
|---------|---|-------|------|-----|------|
| 21 | SCSC017792 | ELECTRONIC RESOURCES INT'L -V- TRITON COLLEGE | TRITON COLLEGE | | DEFENDANT |
| 07821 | CVCV 4934 | DUBUQUE BARGE AND FLEETING VS TRITON COMMERCIAL DIVING | TRITON COMMERCIAL DIVING SERVI, CES LLC | | DEFENDANT |
| 07821 | LACE106151 | SUNBELT RENTALS VS TRITON COMMERICAL DIVING SERVICE | TRITON COMMERCIAL DIVING SERVI, CES LLC | | DEFENDANT |
| 07821 | LACE106318 | ONYX SPECIAL SERVICES INC VS TRITON COMMERCIAL DIVING | TRITON COMMERCIAL DIVING SERVI, C LLC | | DEFENDANT |
| 05251 | EQCV03 | NORTHWEST BANK VS RITON HOMES DES MOINES LLC ET AL | TRITON GROUP LLC F/K/A TRITON, HOMES LC | | DEFENDANT |
| 05771 | LACL115402 | REGIONS BANK VS TRITON GROUP & JON GOODMAN | TRITON GROUP LLP | | DEFENDANT |
| 05771 | LNLN020201 | MIDWESTERN INTERIORS INC VS TRITON HOMES | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN020202 | MIDWESTERN INTERIORS INC VS TRITON HOMES | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN020203 | MIDWESTERN INTERIORS INC VS TRITON HOMES | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN023210 | TRUELSEN BLUMENTHAL LLC VS TRITON HOMES LLC | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN023211 | TRUELSEN BLUMENTHAL LLC VS TRITON HOMES LLC | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN024149 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/JON J POWLES | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN024150 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/KIRK E SCHMITT | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN024151 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/SHAWN RAINS | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN024152 | CONTINENTAL FIRE SPRINKLER VS TRITON HOMES/TRAVIS WEIDERIEN | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN024153 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES ETAL | TRITON HOMES | | DEFENDANT |
| 05771 | LNLN024154 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/BEAU BLANCHARD | TRITON HOMES | | DEFENDANT |

| | | | | |
|---|---|---|---|---|
| 05771 | LNLN024155 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/EMILY F FILER | TRITON HOMES | DEFENDANT |
| 05771 | LNLN024156 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/BRIAN SPANHUT | TRITON HOMES | DEFENDANT |
| 05771 | LNLN024157 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES ETAL | TRITON HOMES | DEFENDANT |
| 05771 | LNLN024158 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES ETAL | TRITON HOMES | DEFENDANT |
| 05771 | LNLN024159 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/MEGAN M THOLE | TRITON HOMES | DEFENDANT |
| 05771 | LNLN024160 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/JEREMY J JONES | TRITON HOMES | DEFENDANT |
| 05771 | LNLN024161 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES/CLINT D KNOLL | TRITON HOMES | DEFENDANT |
| 05771 | LNLN024162 | CONTINENTAL FIRE SPRINKLER CO VS TRITON HOMES ETAL | TRITON HOMES | DEFENDANT |
| | | ASSOC VS TRITON HOMES DES MOINES LLC | MOINES LLC | |
| 05771 | LNLN016818 | MIDWEST HOMES INC VS TRITON HOMES | TRITON HOMES INC | DEFENDANT |
| 05771 | LNLN016925 | DAN DOWNS D/B/A CARPET SERVICE VS TRITON HOMES LLC | TRITON HOMES INC | DEFENDANT |
| | | TRITON HOMES LC,JOEL&MARY ANN GOODMAN | | |
| | | TRITON HOMES LC ETAL | | |
| 05771 | LNLN018714 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN018715 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN018716 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN018717 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN018718 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES | TRITON HOMES LC | DEFENDANT |

LC

| 05771   LNLN018804 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
|---|---|---|---|
| 05771   LNLN018805 | KINZLER CONSTRUCTION SERVICES VS TRITON HOMES | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018806 | KINZLER CONSTRUCTION SERVICES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018807 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018808 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018809 | KINZLER CONSTRUCTION SERVICES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018810 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018811 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018812 | KINZLER CONSTRUCTION SERVICES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018813 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018814 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018845 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018846 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018847 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN018848 | KINZLER CONSTRUCTION SERVICES INC VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771   LNLN023941 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |

| 05771 | LNLN023942 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
|---|---|---|---|---|
| 05771 | LNLN023943 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN023944 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN023945 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN023946 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN023947 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| 05771 | LNLN023948 | ADAMS DOOR CO INC OF DES MOINES VS TRITON HOMES LC | TRITON HOMES LC | DEFENDANT |
| | | HOMES DES MOINES LLC ET AL | DES MOINES, LLC | |
| 05251 | LCCV026330 | NATIONWIDE ADVANTAGE MORT CO VS ANDREA DAWN WHITAKER ET AL | TRITON HOMES DES MOINES, LLC | DEFENDANT |
| 05251 | LNLN006046 | TRUELSEN BLUMENTHAL, LLC VS TRITON HOMES | TRITON HOMES, DES MOINES, LLC | DEFENDANT |
| 05251 | LNLN006047 | TRUELSEN BLUMENTHAL, LLC VS TRITON HOMES | TRITON HOMES, DES MOINES, LLC | DEFENDANT |
| 05251 | LNLN006240 | CARLSON CRANE VS TRITON HOMES DSM LLC | TRITON HOMES, DES MOINES, LLC | DEFENDANT |
| 05251 | LNLN006275 | GRAYBAR ELECTRIC COMPANY,INC VS TRITON HOMES DES MOINES, LLC | TRITON HOMES, DES MOINES, LLC | DEFENDANT |
| 010__ | LACV087701 | SATURN TOOL & DIE VS TRITON INDUSTRIES | TRITON INDUSTRIES INC | DEFENDANT |
| 02851 | LACV042790 | SUSAN GARTON CONS;MARY GARTON BECKM___ ___ITON INTL INC | TRITON INTERNATIONAL INCORPORA, TED | DEFENDANT |
| 01311 | SCSC057__ | JAEGER V TRITON | TRITON MANUFACTURING INC | DEFENDANT |

CN=John Q Public,O=JUDICIAL

[ Logon ]  [ Register ]

Certain details of case data are only shown to subscribers. You may logon at this time if you are a subscriber, or you may to become a subscriber by registering at this time. There is a $25.00 per month subscription fee.

# United States Bankruptcy Court
### Southern District of Iowa

In re   Triton Group, LLC _____

                                             Debtor(s)

Case No. _____

Chapter      7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.    $   299.00   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   October 28, 2010 _____

/s/ Donald F. Neiman _____
Donald F. Neiman
Bradshaw, Fowler, Proctor & Fairgrave, PC
801 Grand Avenue,  Suite 3700
Des Moines, IA 50309-8004
515-243-4191   Fax: 515-246-5808

---

# United States Bankruptcy Court
## Southern District of Iowa

In re   Triton Group, LLC

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF MASTER ADDRESS LIST
## ON PAPER (CREDITOR MATRIX)

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the attached Master Address List (creditor matrix), consisting of   62   pages, and that it is true and correct to the best of my knowledge, information, and belief.

Date:   October 28, 2010

/s/ Joel M. Goodman

Joel M. Goodman/Manager
Signer/Title

VER_MTRX (Rev. 04/00)

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com

Best Case Bankruptcy

.

10th Street Lofts
112 10th Street
Des Moines, IA 50309

3E Nebraska Electrical Engineering &
Equipment Co.
953 73rd Street
Windsor Heights, IA 50312

614 Charlie Yankee LLC
4720 Mortensen Road, Ste. 105
Ames, IA 50014

7D's Heating & Cooling
5020 Walnut Ridge Dr.
Des Moines, IA 50317

A Locksmith
N. 129th Street
Omaha, NE 68154

A Tech Inc.
10401 Hickman Rd.
Urbandale, IA 50322

A&B Reprographics, Inc.
PO Box 2529
Rogers, AR 72757-2529

A&D Technical Supply Co., Inc.
4320 South 89th Street
Omaha, NE 68127

A&G Carpet Cleaning
4461 90th Street
Urbandale, IA 50322

AAA Garage Doors Inc.
803 S. Platte Avenue
Fremont, NE 68025

Abendroth & Russell, P.C.
2536 73rd Street
Urbandale, IA 50322

ABLE Locksmiths
24 South 7th Street
Council Bluffs, IA 51501

Absolute Concrete Constr., Inc.
505 1st Avenue
Slater, IA 50244

Accent Lighting Touchstone Iowa
3113 Prospect Drive
Des Moines, IA 50310

Accurate Construction & Restoration
1116 Grenoble Dr.
Bellevue, NE 68123

Action Reprographics
1423 High Street
Des Moines, IA 50309

Action Services, Inc.
PO Box 310128
Des Moines, IA 50331-0128

Adams Door Co., Inc.
6355 NE 14th St.
Des Moines, IA 50313

ADEQ
ATTN: Fiscal Division
5301 Northshore Dr.
North Little Rock, AR 72118-5317

Advanced Air and Mechanical
811 North Bloomington
Lowell, AR 72745

Advanced Underground Construction
2460 Grand Avenue
West Des Moines, IA 50265

Ahern Fire Protection
Division of J.F. Ahern Co.
PO Box 1316
Fond Du Lac, WI 54936-1316

Ahern Fire Protection
c/o RMS
4836 Brecksville Rd.
Richfield, OH 44286

Aire Serv Heating & Air Conditioning
2808 McCorkindale Avenue
Bellevue, NE 68147

Aksarben Heating & Air Conditioning
7070 S. 108th St.
Omaha, NE 68128-5701

All About Blinds
14937 Industrial Road
Omaha, NE 68144

All About You and
Custom Cleaning LLC
703 N. Thompson, Ste. 310
Springdale, AR 72764

All Around Landscaping
PO Box 8290
Springdale, AR 72766-8290

Allegra Print & Imaging
1000 Thomas Beck Road
Des Moines, IA 50315

Allender Butzke Engineers Inc.
3660 109th St.
Urbandale, IA 50322

Almost Anything
110 NE Crestmoor Pl.
Ankeny, IA 50021

American Abstract & Title Co.
1840 NW 118th St., Ste. 110
Clive, IA 50325

American Arbitration Association
13455 Noel Road, Ste. 1750
Dallas, TX 75240

American Business Phones
640 19th Street
Des Moines, IA 50314

American Classifieds
PO Box 6569
Omaha, NE 68106-0569

American Funds
ATTN: Finance and Accounting
PO Box 659530
San Antonio, TX 78265-9530

American Refinishing
20 Hope Drive
Bella Vista, AR 72715

American Trust & Savings Bank
6601 Westown Parkway, #140
West Des Moines, IA 50266-7718

American Trust & Savings Bank
PO Box 938
Dubuque, IA 52004-0938

American Trust & Savings Bank
c/o Thomas H. Burke, Esq.
317 Sixth Ave., Ste. 1200
Des Moines, IA 50309-4195

American TV & Appliance
2404 W. Beltline Hwy.
Madison, WI 53713

American TV & Appliance
W229 N1400 Westwood Drive
Waukesha, WI 53186

Ames Community Bank
104 Chestnut
Ames, IA 50010

Ames Community Bank
PO Box 1766
Ames, IA 50010

Ames Community Bank
c/o Joseph C. Byam, Esq.
317 American National Bldg.
8990 West Dodge Road
Omaha, NE 68114-3398

Ames Community Bank
PO Box 552
Grimes, IA 50111

Ames Community Bank
c/o Ryan J. Mahoney, Esq.
PO Box 219
Boone, IA 50036-0219

Ames Community Bank
c/o Joseph C. Byam, Esq.
317 American National Building
8990 West Dodge Road
Omaha, NE 68114-3398

City of Ankeny - Des Moines Water
2201 George Flagg Pkwy.
Des Moines, IA 50321-1174

City of Ankeny - Water
PO Box 402008
Des Moines, IA 50940-2008

Ankeny Sanitation/Midwest Solid Waste
PO Box 487
Ankeny, IA 50021

City of Ankeny
PO Box 402008
Des Moines, IA 50940-2008

Tim Anthofer
209 NE 17th
Ankeny, IA 50021

Appliance Installation Services
5430 NW 4th Ct.
Des Moines, IA 50313

AQS Environmental
11069 "I" Street
Omaha, NE 68137

The Architectural Edge
PO Box 1208
Ankeny, IA 50021

Arid Resources
8802 S. 135th St.
Omaha, NE 68138

Arkansas Dept. Finance & Admin.
PO Box 9941
Little Rock, AR 72203-9941

Arkansas Dept. of Environmental Quality
ATTN: Fiscal Department
5301 Northshore Drive
North Little Rock, AR 72118-5317

Arkansas Secretary of State
Business & Commercial Services
State Capitol, Room 256
Little Rock, AR 72201-1094

Arkansas Sign and Banner
2107 S. Walton Blvd., Ste. C
Bentonville, AR 72712

The Arkansas Traveler
119 Kimpel Hall
Fayetteville, AR 72701

State of Arkansas
ATTN: Matthew Crane
Nexus & Discovery Unit
PO Box 3215
Little Rock, AR 72203-3215

Arkhola
PO Box 504445
Saint Louis, MO 63150-4445

Barbara Armagno
2150 NW 78th Ave., #17
Grimes, IA 50111

Arthur J. Gallagher Risk Management
1415 28th St., Ste. 300
West Des Moines, IA 50266

Arthur J. Gallagher Risk Management
12444 Powerscourt Dr.
Saint Louis, MO 63131

Artistic Iron Works
519 SE 4th St.
Des Moines, IA 50309

Arvest Bank
PO Box 1219
Lowell, AR 72745

Arvest Bank
c/o Craig A. Campbell, Esq.
119 S. Second Street
Rogers, AR 72756

Arvest Bank
PO Box 809
Rogers, AR 72757-0809

Arvest Bank
201 W. Walnut
Rogers, AR 72757

The Assessment Group Inc.
7364 N. 122nd Ave. Circle
Omaha, NE 68142-1670

AT&T
AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

AT&T
AT&T BSC Northern Region
PO Box 105414
Atlanta, GA 30348-5414

AT&T
PO Box 930170
Dallas, TX 75393-0170

AT&T
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

```
AT&T
PO Box 630047
Dallas, TX 75263-0047

AT&T - Business National
c/o ER Solutions, Inc.
800 SW 39th St.
Renton, WA 98057

AT&T BSC Northern Region
c/o Southwest Credit
5910 W. Plano Parkway, Ste. 100
Plano, TX 75093-2723

AT&T BSC Northern Region
c/o West Asset Management
7171 Mercy Road
Omaha, NE 68106

AT&T BSC Northern Region
c/o Franklin Collection Service
PO Box 3910
Tupelo, MS 38803-3910

Baker McGee Construction
205 Bliar Ct.
Pea Ridge, AR 72751

Bank of America
PO Box 17220
Baltimore, MD 21297-1220

Bank of the West
Construction Lending Dept.
7465 Ashworth Road
West Des Moines, IA 50266

Bank of the West - Mortgage
PO Box 3220
Omaha, NE 68103-0220

Bankers Trust
11111 University Avenue
Clive, IA 50325

Baxter 108/Investors Realty
Investors Realty, Inc.
11301 Davenport Street
Omaha, NE 68154

BB Stone & Rhino Materials
11946 SE Vandalia Dr.
Runnells, IA 50237
```

BC Construction
5260 NW 111th Drive
Grimes, IA 50111

BC Construction & Concrete Supply
11125 NW 54th Ave., Ste. A
Grimes, IA 50111

Beisser's Inc.
5300 Beisser Drive
Grimes, IA 50111

Belin McCormick
666 Walnut, Ste. 2000
Des Moines, IA 50309-3989

City of Bellevue
210 W. Mission Avenue
Bellevue, NE 68005

Bentonville Glass Inc.
507 South Main Street
Bentonville, AR 72712

Big O Tires & Service Center
3880 NW Urbandale Dr.
Urbandale, IA 50322

BKM
5161 Maple Drive
Des Moines, IA 50327

Alex Bloemer
5956 North 167th Terrace Pl., #26
Omaha, NE 68116

Bob Saylors Concrete, Inc.
PO Box 284
Avoca, AR 72711

Boys Town Post Office
14100 Crawford St.
Boys Town, NE 68010

BP
PO Box 70887
Charlotte, NC 28272-0887

Brad Van Weelden Co. Inc.
5672 NW 5th Ct.
Des Moines, IA 50313

Jeff Bramble
c/o Guidepost Financial
3008 Sapphire Circle
Ames, IA 50010

BRBJ, Inc.
PO Box 280
Huxley, IA 50124

Brewer Engineering Consultants
2701 SE Convenience Blvd., Ste. 11
Ankeny, IA 50021

Diane Briggs
14769 California Street
Omaha, NE 68154

Bright Electric Ltd. Corp.
PO Box 1733
Des Moines, IA 50305-1733

Brown's Drywall & Supply Co.
PO Box 248
Springdale, AR 72765

Brundage-Bone Concrete Pumping
786 N. Miller Avenue
Springfield, MO 65802

Budget Blinds
4410 Bel Aire Road
Des Moines, IA 50310

Budget Blinds
2312 NE Hanover Court
Ankeny, IA 50021

Builder MT LLC
200 Union Blvd., Ste. 500
Denver, CO 80228

Builder Partnerships
6637 W. Hinsdale Ave.
Littleton, CO 80128

Builders Publishing Company
11221 Roe Avenue, Suite 1A
Leawood, KS 66211

Building Inspectors Inc.
104 Campus Drive, St. 101
Huxley, IA 50124

Scott Campbell
302 NE Olivewood
Waukee, IA 50263

Campus View Management
PO Box 650
Iowa City, IA 52244

Capital Bank & Trust
PO Box 6164
Indianapolis, IN 46206

Capital City Mini Storage
5059 NW 111th Drive
Grimes, IA 50111

Capital Sitework & Design
831 NE Broadway Avenue
Des Moines, IA 50313

Cardinal PDC
730 E. 7th Street N.
Newton, IA 50208

Cleve Carlise
11265 Illinois Chapel
Prairie Grove, AR 72753

Carlson Crane, Inc.
4645 NE 46th Ave.
Des Moines, IA 50317

Amber Carlson
4364 N. 147th Plaza
Omaha, NE 68116

Amber Carlson
c/o James F. Cann, Esq.
One Pacific Place, Ste. 800
1125 South 103rd Street
Omaha, NE 68124-1079

Carpenter Erosion Control
PO Box 994
Ankeny, IA 50021

Carter Painting
2518 Millstream Ave.
Winterset, IA 50273

Caruth Construction, Inc.
2232 229th Place
Ames, IA 50014

The CBE Group, Inc.
Payment Processing Center
PO Box 2337
Waterloo, IA 50704-2337

CBS Home Real Estate
14769 California Street
Omaha, NE 68154

CCD Enterprises
16305 Adams Street
Omaha, NE 68135

Centurion Stone of Iowa
5525 NE 22nd St., Ste. A
Des Moines, IA 50313

Chad Zych Drywall
207 Allison Avenue
Papillion, NE 68133

ChemTech Termite & Pest Control
PO Box 18
Beebe, AR 72012

Chicago Lumber Company of Omaha
Box 3487
Omaha, NE 68103-0487

Kelli Christian
361 Sandalwood
Waukee, IA 50263

Cincinnati Insurance Company
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Insurance Company
c/o Mike Gibbons, Esq.
Woodkey & Gibbons PC
619 North 90th Street
Omaha, NE 68114

Cintas
PO Box 149
Springdale, AR 72765-0149

Cintas Corporation #749
1601 N. 24th Street
Omaha, NE 68110

Cintas Corporation #762
1300 SE Gateway Dr., Ste. 102
Grimes, IA 50111-4830

Cintas Corporation #762
1501 NE Broadway, Ste. 1
Des Moines, IA 50313-0101

Circuitmaster Electric
15211 Madison Street
Omaha, NE 68137

Citi Cards
PO Box 688901
Des Moines, IA 50368-8901

Citibank/THD CRC
c/o Capital Management Services
726 Exchange St., Ste. 700
Buffalo, NY 14210

City Media Group/City Weekly
1307 Leavenworth St.
Omaha, NE 68102

The City Weekly
1307 Leavenworth Street
Omaha, NE 68102

Cityview
Big Green Umbrella Media, Inc.
414 61st Street
Des Moines, IA 50312

Civil Design Advantage L.L.C.
5501 NW 112th St., Ste. G
Grimes, IA 50111

Sue Clark
Sue Clark Real Estate Service
PO Box 71637
Clive, IA 50325

City of Clive
1900 NW 114th St.
Clive, IA 50325

Collection Services Center
PO Box 9125
Des Moines, IA 50306-9125

Collins Roofing Inc.
9140 Hwy. G-14
Norwalk, IA 50211

Community State Bank
817 N. Ankeny Blvd.
Ankeny, IA 50023

Community State Bank
ATTN: Fred Scherle, Vice President
1640 SW White Birch Circle
Ankeny, IA 50023

Complete Computer Consulting, Inc.
1418 SW 41st Ct.
Ankeny, IA 50023

Complete Electric
PO Box 540393
Omaha, NE 68154

Connolly O'Malley Lillis Hansen
Olson LLP, Attorneys
317 Sixth Ave., Ste. 300
Des Moines, IA 50309-4127

Consolidated Kitchens & Fireplaces
10325 J Street
Omaha, NE 68127

Constructive Erosion Control
PO Box 10557
Fayetteville, AR 72701

Continental Fire Sprinkler Co.
PO Box 30036
Omaha, NE 68103-1136

Contractor Services - Gutters
1040 Hoak Drive
West Des Moines, IA 50265

Contractor Services - Ins.
1040 Hoak Drive
West Des Moines, IA 50265

Contractor's Portable Toilets
5932 North Main Street Road
Joplin, MO 64801

Contractors Equipment Co.
5898 North Main St., Ste. 110
Joplin, MO 64801

Contractors Licensing Board
4100 Richards Road
North Little Rock, AR 72117

The Copy Shop
225 SE Oralabor Rd., Ste. 1
Ankeny, IA 50021-9118

Cornhusker Insulation
2201 River Road Dr.
Waterloo, NE 68069

Corporate Woods LLC
c/o Stanbrough Property Mgmt.
1820 NW 118th St., Ste. 110
Clive, IA 50325

Corporate Woods LLC
PO Box 71637
Clive, IA 50325

Corporate Woods LLC
c/o Stanbrough Companies, Inc.
600 42nd Street
Des Moines, IA 50312

Corrigo Inc.
c/o Revenue Assurance Partners
19399 Helenberg Rd.
Covington, LA 70433

Corrigo Inc.
Dept. 0439
PO Box 120439
Dallas, TX 75312-0439

Corrigo Inc.
8245 SW Tualatin Sherwood Rd.
Tualatin, OR 97062

Countertops Unlimited
4664 South 88th Street
Omaha, NE 68127

COX Communications
PO Box 22142
Tulsa, OK 74121-2142

COX Communications
PO Box 2380
Omaha, NE 68103-2380

Crafton Tull Sparks
901 North 47th St., Ste. 200
Rogers, AR 72756

Cramer Development Inc.
1430 Rochester Avenue
Iowa City, IA 52245

Jamie & Courtney Croatt
3125 SW Arlan Ln.
Ankeny, IA 50023

Crye-Leike
1280 E. Stearns St.
Fayetteville, AR 72703

Crystal Clear Water Co.
3717 Delaware Avenue
Des Moines, IA 50313

CSC Containers
3554 County Road P43
Fort Calhoun, NE 68023

Culligan of NW Arkansas
PO Box 689
Lowell, AR 72745

Current Improvements
29 Ivy Circle
Bentonville, AR 72712

Custom Aire/Alan Dorey
PO Box 3274
Fayetteville, AR 72702

Custom Awards & Embroidery
9200 Hickman Rd., Ste. S
Clive, IA 50325

Custom Seamless Gutter
1600 Mortie Street
Springdale, AR 72764

D&D West Components
5120 Beisser Dr.
Grimes, IA 50111

D&E Custom Building Design
PO Box 777
Gretna, NE 68028

D&R Clean Team
804 Roosevelt St.
Polk City, IA 50226

D.C. Electric and Heartland Lighting
113 W. 22nd Ave.
Bellevue, NE 68005

Dallas County Clerk
RE: EQCV035669
Dallas County Courthouse
801 Court St.
Adel, IA 50003-1485

```
Dallas County Clerk
RE: EQCV036338
Dallas County Courthouse
801 Court St.
Adel, IA 50003-1485

Dallas County Treasurer
RE: Assessments
Dallas County Courthouse
801 Court St.
Adel, IA 50003-1485

Dallas County Treasurer
ATTN: Darrell Bauman
801 Court St., Room 201
Adel, IA 50003

Dallas County Treasurer
c/o City of Urbandale
ATTN: City Clerk
3600 86th Street
Urbandale, IA 50322-4057

Darcy Maulsby & Co.
1741 141 Diagonal
Granger, IA 50109

Dave Janke Plumbing, Inc.
15013 Grover St.
Omaha, NE 68144-3261

Deb Carter Painting
2518 Millstream Ave.
Winterset, IA 50273

Rebecca DeBrouse
19720 108th Place
Indianola, IA 50125

Deer Wood Office Park
c/o Stanbrough Property Management
PO Box 71637
Clive, IA 50325

Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Delta Dental of Iowa
PO Box 5044
Des Moines, IA 50305-5044
```

Des Moines Register
PO Box 677357
Dallas, TX 75267-7357

Des Moines Register
PO Box 10441
Des Moines, IA 50306-0441

Des Moines Steel Inc.
110 Clark St.
Des Moines, IA 50314

Des Moines Water Works
2201 George Flagg Parkway
Des Moines, IA 50321-1190

Design & Construction Resources
PO Box 2380
Vista, CA 92085-2380

Designer Spaces
3810 Scarlett Terrace
Springdale, AR 72762

Diane's Installs
2817 Sherry Lane
Urbandale, IA 50322

Dickinson Mackaman Tyler & Hagen PC
699 Walnut St.
Des Moines, IA 50309

Dig Dug
1308 E. Central Ave.
Bentonville, AR 72712

Dish Network
Dept. 0063
Palatine, IL 60055-0001

DLE Seven LLC
PO Box 187
Ankeny, IA 50021

DMACC
ATTN: Darwin Schmig
2006 S. Ankeny Blvd.
Ankeny, IA 50023

Dorsey & Whitney LLP
801 Grand Avenue, Suite 3900
Des Moines, IA 50309

Double D Excavating Inc.
7071 N. 87th St.
Omaha, NE 68122

Douglas County Assessor
1819 Farnam Streeet
Omaha, NE 68183

Douglas County Clerk
RE: Case No. 1096-803
Douglas County District Court
1701 Farnam St., 3rd Floor
Omaha, NE 68183

Douglas County Clerk
RE: Case No. 1096-804
Douglas County District Court
1701 Farnam St., 3rd Floor
Omaha, NE 68183

Douglas County Clerk
RE: Case No. 1100-391
Douglas County District Court
1701 Farnam St., 3rd Floor
Omaha, NE 68183

Douglas County Clerk
RE: Case No. 1097-808
Douglas County District Court
1701 Farnam St., 3rd Floor
Omaha, NE 68183

Douglas County Treasurer
1819 Farnam St., Ste. H-03
Omaha, NE 68183

Douglas County Treasurer
c/o Douglas County Attorney's Office
1819 Farnam St., Room 909
Omaha, NE 68183

Douglas County Treasurer
ATTN: Property Tax Division
1819 Farnam Street
Omaha, NE 68183-0003

Dan Downs dba Carpet Service
c/o Great Southern Bank
3900 Westown Parkway
West Des Moines, IA 50266

Drake Williams Steel
2301 Hickory Street
Omaha, NE 68108

DRI Title & Escrow
12720 I Street
Omaha, NE 68137

E&A Consulting Group Inc.
330 North 117th Street
Omaha, NE 68154-2509

Eagle Services
PO Box 26
Bennington, NE 68007-0026

Eco-Tech Construction
5600 Enterprise Dr.
Grimes, IA 50111

Eden's
2880 West Redstone Drive
Springdale, AR 72764

Eden's Home Repair & Remodeling Inc.
189 Chantilly Ave.
Springdale, AR 72764

Edge Property Management
PO Box 69
Huxley, IA 50124

Electric Fixture & Supply Co.
PO Box 898
Omaha, NE 68101-0898

Electric Fixture & Supply Co.
953 73rd St.
Des Moines, IA 50312

Matt Eller
200 Timber Creek Rd.
Ames, IA 50010

Employee Screening Management
98 E. Sunbridge Drive
Fayetteville, AR 72703

Enco Materials, Inc.
PO Box 415000
Nashville, TN 37241

Engineering Alliance Inc.
8191 Birchwood Court, Ste. L
Johnston, IA 50131

Engineering Service Company
PO Box 10901
Fayetteville, AR 72703

Environmental Solutions of Iowa
3405 SE Crossroads Dr., Ste. X
Grimes, IA 50111

Envirotraxx LLC
3405 SE Crossroads Drive, Ste. X
Grimes, IA 50111

EPCO Ltd. Inc.
1159 E. Pierce Street
Council Bluffs, IA 51503

Erosion Control Services LLC
2633 Laurel Circle
Rogers, AR 72758

Escrow & Closing Services
604 Liberty St., Ste. 231
Pella, IA 50219

Ever Greene Sodding & Landscape
12217 NW 146th Ave.
Madrid, IA 50156

Executive Design
11190 Lakeside Drive
Rogers, AR 72756

Exhibit Resources Midwest
6371 NE 14th Street
Des Moines, IA 50313

Exterior Sheet Metal
1101 N. Main Street
Grimes, IA 50111

Extreme Electric, Inc.
PO Box 495
Gretna, NE 68028

Eyeman Plumbing, Inc.
8506 S. 117th Street
La Vista, NE 68128

F/M Electric
15802 Schram Road
Gretna, NE 68028

Factory Direct Appliance
14105 Marshall Drive
Lenexa, KS 66215

Factory Direct Appliance - Des Moines
4431 121st Street
Urbandale, IA 50323

Factory Direct Appliance Omaha
9770 South 142nd Street, Ste. 8
Omaha, NE 68138

Fager Excavating
6056 Wenninghoff Road
Omaha, NE 68134

Falcon Ridge HOA
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

FastSigns
751 North 114th Street
Omaha, NE 68154-1515

Fayetteville Tax Collector
ATTN: David A. Ruff
280 N. College, Ste. 202
Fayetteville, AR 72701

City of Fayetteville
Utility Billing Office
113 West Mountain Street
Fayetteville, AR 72701

Fed Ex
PO Box 94515
Palatine, IL 60094-4515

Ferrellgas
PO Box 3069
Des Moines, IA 50316-0069

The Filter Shop
8812 J Street
Omaha, NE 68127

First Class Signs
720 E. Lincoln Way
Ames, IA 50010

First Light Enterprises, Inc.
1702 Sycamore Street
Pella, IA 50219

First National Bank Midwest
6205 Mills Civic Parkway
West Des Moines, IA 50266-8004

Foster Roofing
2028 Long St.
Springdale, AR 72764

Freedom Fire Pro LLC
811 Lester Lane
Rogers, AR 72756

Wesley Fulton
3050 SW Arlan Lane
Ankeny, IA 50023-6827

Garcia Construction
3716 N. Thompson
Bethel Heights, AR 72764

Chris Gardner
1225 N. Sand Cherry Cir.
Huxley, IA 50124

Gateway Insurance Services
PO Box 1910
Ames, IA 50010-1910

Geotech Engineering & Observation
5501 NW 112th St., Ste. C
Grimes, IA 50111

Chantel Gieseke
1128 Flagstone Lane
Urbandale, IA 50323

GMAC
PO Box 380901
Bloomington, MN 55438-0901

GMAC
c/o United Recovery Systems
PO Box 722929
Houston, TX 77272-2929

GMAC
c/o Synergetic Communication, Inc.
1301 E. 3rd Ave., Ste. 200
Post Falls, ID 83854-7545

GMAC
c/o Leading Edge Recovery Solutions
5440 N. Cumberland Ave., Ste. 300
Chicago, IL 60656-1490

GMAC
c/o GC Services Limited Partnership
6330 Gulfton
Houston, TX 77252-2667

GNR Drywall and A&D Drywall
3474 Hwy. 112
Bentonville, AR 72712

Goodman Associates, Inc.
4850 Timber Creek Lane
Ames, IA 50010

Joel & Mary Ann Goodman
4850 Timber Creek Ln.
Ames, IA 50010

Goose Paint and Kwal Paint
3459 Briargate Dr.
Fayetteville, AR 72703

Goose Paint and Wagner Int.
3459 Briargate Dr.
Fayetteville, AR 72703

Chris Gottner
4426 152nd Street
Urbandale, IA 50323

Gracewood HOA
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Graybar Electric
600 E. 4th St.
Des Moines, IA 50309

Great Southern Bank
PO Box 897
Sioux City, IA 51102

Great Southern Bank fka Vantus
3900 Westown Parkway
West Des Moines, IA 50266

Great Western Bank
14545 W. Center Road
Omaha, NE 68144

Great Western Bank
PO Box 4070
Omaha, NE 68104-0070

Travis Greco
110 NE Crestmore Place
Ankeny, IA 50021

Green Zone Lawn & Landscaping
PO Box 390643
Omaha, NE 68139-0643

Greenwood's Sewer Service
PO Box 21086
Des Moines, IA 50321

Grimes Chamber & Economic Dev.
101 N. Harvey
Grimes, IA 50111

Grimes Tire & Auto
PO Box 740
Grimes, IA 50111

City of Grimes
101 North Harvey
Grimes, IA 50111

The Grinding Co.
2306 Coolidge Street
Norwalk, IA 50211

Stanton Grubb
2817 Sherry Lane
Urbandale, IA 50322

Guidepost Financial
ATTN: Jeff Bramble
3008 Sapphire Circle
Ames, IA 50010

GV Publications
1409 19th Street, Ste. 101
Lubbock, TX 79401

H&E Weatherization, Inc.
9398 NE 100th Ave.
Bondurant, IA 50035

H.L. Munn Lumber
901 Airport Road
Ames, IA 50010

Hand Electric Company, Inc.
13595 Giles Road
Omaha, NE 68138

Harris Bank
PO Box 6201
Carol Stream, IL 60197-6201

Harris Bank - CLC - Payoff Dept.
PO Box 5041
Rolling Meadows, IL 60008

Hart Masonry & Centurion Stone
5215 Sloan Circle
Rogers, AR 72758

Hart Masonry and Basic Block
5215 Sloan Circle
Rogers, AR 72758

Harvest Construction Group
PO Box 45934
Omaha, NE 68145

Hawkeye Escrow
1603 22nd St.
West Des Moines, IA 50266

Haz-M.E.R.T., Inc.
2633 Laurel Circle
Rogers, AR 72758

Hedrick Construction, Inc.
PO Box 1833
Ames, IA 50010

Jen Rae Hein
4202 N. 147th Plaza
Omaha, NE 68116

Jen Rae Hein
c/o James F. Cann, Esq.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079

Jen Rae Hein
100 N. 12th St., #802
Lincoln, NE 68508

Hemann Enterprises LLC
PO Box 3691
Urbandale, IA 50323

Hemann Siding Inc.
PO Box 3691
Urbandale, IA 50323

High Tech Electric-DM
6615 NE 14th St.
Des Moines, IA 50313

Hill Electric
14020 Goose Creek Rd.
Fayetteville, AR 72704

Hoffman Fixtures Company
9421 E. 54th St.
Tulsa, OK 74145

Home Depot Credit Services
now Citibank (South Dakota)
Dept. 32 - 2130721834
PO Box 6029
The Lakes, NV 88901-6029

Home Depot Credit Services
now Citibank
Dept. 32 - 2014116929
PO Box 6029
The Lakes, NV 88901-6029

Home Depot Credit Services
now Citibank South Dakota N.A.
c/o United Recovery Systems
5800 North Course Drive
Houston, TX 77072

Home Depot Credit Services
now Citibank (South Dakota)
c/o Pro Consulting Services, Inc.
PO Box 66768
Houston, TX 77266-6768

Home Depot Credit Services
now Citibank
c/o Capital Management Services
726 Exchange St., St. 700
Buffalo, NY 14210

HOME Productions, L.L.C.
9379 Swanson Blvd., Ste. C
Clive, IA 50325

Home Valu Interiors
4105 W. 120th St.
Urbandale, IA 50323

Homespec Property Inspections
8926 N. 81st Avenue
Omaha, NE 68122

Robert Horgan
13215 Birch Drive
Omaha, NE 68164

Hoskin Designs
ATTN: Mindy Hoskin
2825 Grand Avenue, #406
Des Moines, IA 50312

House Punchers
10426 N. 150th Street
Bennington, NE 68007

Howells Fab and White Hot Fire
PO Box 267
Howells, NE 68641

Howells Fab Inc.
PO Box 267
Howells, NE 68641

HSBC Bank, NA
c/o ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895

Husker Door
803 S. Platte Avenue
Fremont, NE 68025

HWS Consulting Group
Box 80358
Lincoln, NE 68501-0358

ICS Advanced Technologies
235 Alexander Ave.
Ames, IA 50010

IKON Financial Services
PO Box 650016
Dallas, TX 75265-0016

IKON Office Solutions
PO Box 802815
Chicago, IL 60680-2815

Zorica Ilic, Attorney
1501 Ingersoll Ave., Ste. 200
Des Moines, IA 50309

IMPACT
PO Box 71575
Clive, IA 50325

Indoff Incorporated
PO Box 842808
Kansas City, MO 64184-2808

Infiniti Financial Services
PO Box 78133
Phoenix, AZ 85062-8133

Infinity
PO Box 1120
Barbourville, KY 40906

Infinity Business Group, Inc.
PO Box 1180
Barbourville, KY 40906

Insulation Plus Co., Inc.
PO Box 78106
Milwaukee, WI 53278-0106

Insulation Plus Co., Inc.
1800 Dixon St., Ste. H
Des Moines, IA 50316

Integrity Underwriters
5300 Derry Street
Harrisburg, PA 17111

Interior Stone Works
106 Pearl St.
Wayne, NE 68787

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

IOSH Bureau
310088059 #17716 / A1895
1000 East Grand
Des Moines, IA 50319

Iowa Department of Revenue
Hoover State Office Building
PO Box 10471
Des Moines, IA 50306-0471

Iowa Department of Revenue
PO Box 10411
Des Moines, IA 50306

Iowa Dept. of Labor - Contract Reg.
Hoover State Office Building
Des Moines, IA 50319

Iowa Dept. of Natural Resources
ATTN: Storm Water Coordinator
502 E. 9th Street
Des Moines, IA 50319-0034

Iowa Division of Labor Service
1000 East Grand
Des Moines, IA 50319

Iowa Real Estate Commission
1920 SE Hulsizer Rd.
Ankeny, IA 50021

Iowa Realty Co.
3501 Westown Parkway
West Des Moines, IA 50266

Iowa Secretary of State
Lucas Building, 1st Floor
Des Moines, IA 50319

Iowa Title Company
3930 Westown Parkway
West Des Moines, IA 50266

Iowa Workforce Development
1000 East Grand Ave.
Des Moines, IA 50319

Mike Ireland
305 NW Crestview
Ankeny, IA 50023

Pam Ireland
305 NW Crestview
Ankeny, IA 50023

J. Laurenzo Specialty Products
3100 Justin Dr., Ste. E
Urbandale, IA 50322-3836

JAM Grading
11205 S. 150th Street
Omaha, NE 68138

JCorp, Inc.
PO Box 159
Huxley, IA 50124

JE Systems, Inc.
PO Box 6246
Fort Smith, AR 72906

Jeff McGee Construction
205 Blair Ct.
Pea Ridge, AR 72751

Jensen Tire Company
Corporate Office
10609 "I" Street
Omaha, NE 68127

Jerry's Basement Waterproofing
3030 Keystone Drive
Omaha, NE 68134

Jiffy Lube of Ames
220 South Duff Avenue
Ames, IA 50010

Jimmy's Plumbing
17609 Storage Rd.
Omaha, NE 68136-1576

JK Services Corp.
5725 SE 68th Pl.
Carlisle, IA 50047

John Higgins Weathergard, Inc.
11440 S. 146th St., Ste. 101
Omaha, NE 68138

Lois M. Johnson
4115 N. 146th Court
Omaha, NE 68116

Lois M. Johnson
c/o James F. Cann, Esq.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124

Johnston Public Works
PO Box 410
Johnston, IA 50131

City of Johnston
PO Box 410
Johnston, IA 50131-0410

Jordan Creek Town Center
Management Office
ATTN: Marianne Coppock
101 Jordan Creek Parkway
West Des Moines, IA 50266

Journal Broadcast Group
KEZO-FM
PO Box 3480
Omaha, NE 68103-3480

Karl Chevrolet
1101 SE Oralabor
Ankeny, IA 50021

Kelley Law Firm
303 West Walnut Street
Rogers, AR 72756

Kelly Cortum, Inc.
PO Box 249
Norwalk, IA 50211

Ken Kauble Construction, Inc.
PO Box 597
Slater, IA 50244

Ken-O-Vations and Beisser
1018 SW 37th Ct.
Ankeny, IA 50023

Ken-O-Vations, Inc.
1018 SW 37th Ct.
Ankeny, IA 50023

Kersten's & Lee, Inc.
ATTN: Ervin W. Kersten
11050 S. 204th St.
Gretna, NE 68028-7977

Key Village
c/o Investors Realty Inc.
11301 Davenport Street
Omaha, NE 68154

Keystone Carpets
2529 N. 85th St.
Omaha, NE 68134

Kinzler Construction Services
2335 230th Street
Ames, IA 50014

Kirkham Michael & Assoc., Inc.
PO Box 542030
Omaha, NE 68154-8030

Kitchens & Fireplaces
11271 Meredith Dr.
Urbandale, IA 50322

Kitchens & Fireplaces
10325 J Street
Omaha, NE 68127

Knapp Properties
4949 Westown Parkway
West Des Moines, IA 50266

Kness Signs
5291 NW 72nd St.
Urbandale, IA 50322

Knowles Publishing
PO Box 911004
Fort Worth, TX 76111-9104

Koopman Construction
727 210th Ave.
Pella, IA 50219

Korte Lawn Service
16752 K Circle
Omaha, NE 68135

Kum & Go
Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293

Kum & Go L.C.
6400 Westown Parkway
West Des Moines, IA 50266

Kum & Go/W.E. Fleet
36305 Treasury Center
Chicago, IL 60694-6300

Andrea Kurchinski
1917 NW School St.
Ankeny, IA 50023

L&E Electric, LLC & Gray Bar
PO Box 10023
Fayetteville, AR 72703

L&S Construction, Inc.
7719 S. 28th Street
Lincoln, NE 68516

Lamberti Concrete
12438 NW 64th St.
Elkhart, IA 50073

Lamberti Concrete/Mannatts
12438 NW 64th St.
Elkhart, IA 50073

Jeff Lambrecht
5573 Jordan Court
Johnston, IA 50131

Lamp, Rynearson & Associates, Inc.
14710 West Dodge Road, St. 100
Omaha, NE 68154-2027

The Lamplighter - KLS, Inc.
2540 104th St.
Urbandale, IA 50322

Lamplighter Lighting Center
2540 104th St., Ste. A
Urbandale, IA 50322

Lanoha Nurseries
19111 W. Center Rd.
Omaha, NE 68130

The Larimore
13302 Larimore Ave.
Omaha, NE 68164

Latco, Inc.
PO Box 9
Lincoln, AR 72744

Kathleen A. Laughlin, Trustee
13930 Gold Circle, Ste. 201
Omaha, NE 68144

Lawn Barbers
8407 Twana Drive
Urbandale, IA 50322

Nicole Leach
15114 Prairie Ave.
Urbandale, IA 50323

Lebhar-Friedman, Inc.
PO Box 533093
Atlanta, GA 30353-3093

Leechman Industries
6365 NE 14th St.
Des Moines, IA 50313

Andy Lenaghan
729 43rd St.
West Des Moines, IA 50265

Lester's Contracting
3940 E. 29th St., Unit 1
Des Moines, IA 50317

Lighting World Inc.
4855 So. 118th St.
Omaha, NE 68137

Locul Technology
PO Box 6010
Omaha, NE 68106-0010

Low Cost Lawns
PO Box 27691
Omaha, NE 68127

Lowell Partners
903 NW Province Pl.
Bentonville, AR 72712-3982

M.U.D. Builders Division
3100 S. 61st Avenue
Omaha, NE 68106

Wesley Mackrill
15242 Greenbelt Drive
Urbandale, IA 50323

MailSouth, Inc.
PO Box 532536
Atlanta, GA 30353-2536

Main Street & Norwalk Ready Mix
101 S. 2nd St.
Grimes, IA 50111

Main Street Services
PO Box 320
Grimes, IA 50111

Management Associates Inc.
Const. Erosion Control
PO Box 10557
Fayetteville, AR 72704

Mannatt's, Inc.
PO Box 535
Brooklyn, IA 52211-0535

Ralph Marasco
c/o CBS Home Real Estate
14769 California Street
Omaha, NE 68154

Materials Testing of Arkansas
1556A E. Emma
Springdale, AR 72764

Maverick Construction Systems
PO Box 390216
Omaha, NE 68139

Mayday Design
ATTN: Mindy Hoskin
2825 Grand Avenue, #406
Des Moines, IA 50312

McAninch Corporation
6800 Lake Drive, Ste. 125
West Des Moines, IA 50266

McKee Voorhees & Sease PLC
801 Grand Ave., Ste. 3200
Des Moines, IA 50309-2721

R. D. McKinney
PO Box 434
Waukee, IA 50263

McNealy Painting
Mike's Painting
11811 Hwy. 66
Louisville, NE 68037

Meadowview Homeowners Association
c/o Jon Hoffmann, Esq.
7103 Dakota Drive
West Des Moines, IA 50266

Megonnell Construction
4134 Boyd
Des Moines, IA 50317

Menards/HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

Menards/HSBC Business Solutions
PO Box 4160
Carol Stream, IL 60197

Metro Appliances & More
5700 N. Thompson St.
Springdale, AR 72764

Metro Builders Supply
c/o Edwin N. McClure, Esq.
119 S. Second St.
Rogers, AR 72756-4525

Metro Construction Group
10426 N. 150th St.
Bennington, NE 68007

Metro Graphic Arts
PO Box 7035
Grand Rapids, MI 49510

Metropolitan Utilities District
PO Box 3600
Omaha, NE 68103-0600

Metropolitan Utilities District
3100 South 61st Avenue
Omaha, NE 68106

Katherine Meyer
6037 No. 167th Court
Omaha, NE 68116-3704

Katherine Meyer
c/o Anthony N. Ike, Esq.
1904 Farnam St., Ste. 301
Omaha, NE 68102

Andrew Michaelson
3147 Sharmin Lane
Ankeny, IA 50023

Mid American Real Estate Co.
4700 Westown Parkway
West Des Moines, IA 50266

Mid-Iowa Builder
15905 Tanglewood Dr.
Urbandale, IA 50323

Mid-Iowa Builder/Drywall Dist.
15905 Tanglewood Dr.
Urbandale, IA 50323

MidAmerican Drywall LLC
5810 SW 2nd
Des Moines, IA 50315

MidAmerican Energy Company
PO Box 8020
Davenport, IA 52808-8020

MidAmerican Energy Company
c/o The CBE Group, Inc.
131 Tower Park Dr., Ste. 100
Waterloo, IA 50701

MidAmerican Energy Company
c/o CACi
PO Box 270480
Saint Louis, MO 63127-0480

Midland Escrow Services
3501 Westown Parkway
West Des Moines, IA 50266

Midwest Automatic Sprinkler
1823 Raccoon Street
Des Moines, IA 50317

Midwest Building Components LLC
2037 Grand Ave., Ste. A
West Des Moines, IA 50265

Midwest Curb Grinding
4401 Preserve Lane
Cedar Rapids, IA 52411

Midwest Mudjacking, Inc.
14807 S. 27th St.
Bellevue, NE 68123

Midwest Protection Services
8945 J Street, Ste. 12
Omaha, NE 68127

Midwest Surplus Sales Co.
1905 SE Hulsizer Road
Ankeny, IA 50021-3942

Midwest Tile Supply
3035 99th Street
Urbandale, IA 50322

Midwestern Interiors Inc.
PO Box 57339
Des Moines, IA 50317

Mike's Painting
11811 Hwy. 66
Louisville, NE 68037

Millard Drywall and Schindler
4629 S. 136th St.
Omaha, NE 68137

Millard Lumber Inc.
PO Box 45445
Omaha, NE 68145-0445

Millard Lumber Inc.
4880 South 134 Street
Omaha, NE 68145

Millard Lumber Inc.
c/o Fraser Stryker
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663

Millard Lumber Inc. - Des Moines
PO Box 45445
Omaha, NE 68145-0445

Millard Sprinkler
13235 Chandler Road
Omaha, NE 68138

Miller Investments, LLC
1271 Parview Dr.
Sanibel, FL 33957

David L. Miller
1271 Parview Dr.
Sanibel, FL 33957

David L. Miller
ATTN: Alice Jensen
1601 22nd Street
West Des Moines, IA 50266

Devin  Milowe
5911 N. 166th Court
Omaha, NE 68116

Milt's Mini Storage #10
15506 Harrison Street
Omaha, NE 68138

Milt's Mini Storage #8
10607 Bedford Ave.
Omaha, NE 68134

Mirrors and More, Inc.
13225 "C" Street
Omaha, NE 68144

Mitchell & Associates, Inc.
14611 West Center Road
Omaha, NE 68144

MJ Electric Company
3716 South 155th St.
Omaha, NE 68144

Modern Insulation
1348 W. Liberty Ave.
Ozark, MO 65721

Moore's Retread & Tire Co. Inc.
606 W. Randall Wobbe L.
Springdale, AR 72764

MPM Real Estate
2381 N. College, Ste. 3
Fayetteville, AR 72703

Mulhall's Nursery, Inc.
3615 N. 120th Street
Omaha, NE 68164

National Home Centers
PO Box 789
Springdale, AR 72765

National Home Centers
c/o Euler Hermes UMA
600 South St.
Louisville, KY 40201

National Home Centers
c/o Bertroche Law Offices
4044 SE 14th Street
Des Moines, IA 50320-1673

National Property Inspections
PO Box 84
Elm Springs, AR 72728

Nationwide Advantage Mort. Co.
c/o David R. Elkin, Esq.
315 E. 5th St., #5
Des Moines, IA 50309

Nationwide Advantage Mortgage
7760 Office Plaza Dr. South
West Des Moines, IA 50266

Nebraska Dept. of Revenue
301 Centennial Mall South
Lincoln, NE 68508-2529

Nebraska Dept. of Revenue
PO Box 98903
Lincoln, NE 68509-8903

Nebraska Furniture Mart
PO Box 3456
Omaha, NE 68103

Nebraska Land and Title
16949 Lakeside Hills Court
Omaha, NE 68130-2321

Nebraska Land and Title
9412 Giles Road
La Vista, NE 68128

Nebraska Secretary of State
PO Box 94608
Lincoln, NE 68509

Nebraska Workforce Development
1313 Farnam Street, Room 200
Omaha, NE 68102-1836

Neighbors Heating,Cooling & Plumbing
2700 Graham
Ames, IA 50010

Nexgen Communications
10520 Hickman Rd., Ste. E
Clive, IA 50325

Tammy Nicola
CBS Home Real Estate
Pacific Street Sales Office
12112 Pacific Street
Omaha, NE 68154

Tammy Nicola
15723 Jackson Dr.
Omaha, NE 68118

Niles Associates, Inc.
2525 N. Ankeny Blvd., Ste. 121
Ankeny, IA 50023-4703

Nissen Construction Inc.
15286 NE 42nd Street
Cambridge, IA 50046

Norandex Distribution
5203 Jenny Lind
Fort Smith, AR 72901

Norandex Exterior Systems
4325 112th Street
Urbandale, IA 50322

Bradley Nordmeyer
380 NE Olivewood
Waukee, IA 50263

North Pointe HOA
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Northwest Bank
5700 University Ave., Ste. 100
West Des Moines, IA 50266

Northwest Bank
c/o G. Mark Rice, Esq.
317 Sixth Ave., Ste. 1200
Des Moines, IA 50309

Northwest Overhead Door Co. Inc.
2953 Honeysuckle Lane
Rogers, AR 72758

Northwestern Mutual
2300 128th Street
Urbandale, IA 50323-0983

NW AR Home Builders Association
PO Box 6187
Springdale, AR 72766

NW Arkansas Democrat-Gazette
PO Box 1607
Fayetteville, AR 72702

Old Republic Surety Co.
PO Box 1976
Des Moines, IA 50305

Olsson Associates
PO Box 84608
Lincoln, NE 68501-4608

Omaha Builders Exchange
909 South 107th Avenue
Omaha, NE 68164

Omaha Chamber of Commerce
1301 Harney Street
Omaha, NE 68102

Omaha Public Power District
PO Box 3995
Omaha, NE 68103-0995

Omaha Public Power District
PO Box 3065
Omaha, NE 68103-0065

Omaha Rental Service, Inc.
2627 North 90th Street
Omaha, NE 68134

Omaha World Herald
1314 Douglas Street, Ste. 650
Omaha, NE 68102-1811

Omaha World Herald
c/o PCM, Inc.
14344 Y Street, Ste. 103
Omaha, NE 68137

City of Omaha
Omaha-Douglas Civic Center
1819 Farnam Street
Omaha, NE 68103

OMARAIL, Inc.
2117 S. 156th Circle
Omaha, NE 68130

On The Surface
5010 S. 188th Ave.
Omaha, NE 68135

Shannon Opitz
20507 Laramie Rd.
Elkhorn, NE 68022

Orchard Village
15363 Holmes Plaza
Omaha, NE 68137

Rob Orma
10575 Ridgecrest St.
Grimes, IA 50111

OSHA - Dept. of Labor
Danville Building, Ste. 206
10810 Executive Center Drive
Little Rock, AR 72211

Overhead Door Co. of Des Moines Inc.
PO Box 3565
Urbandale, IA 50323

Overhead Door Co. of Omaha
1222 Royal Drive
Papillion, NE 68046

Overhead Door Co. of Springdale
PO Box 131
Springdale, AR 72765-0131

Ozarks Electric Cooperative Corp.
PO Box 848
Fayetteville, AR 72702-0848

P&J Enterprises
1636 N. Broadway
Council Bluffs, IA 51503

Pansing Hogan Ernst & Bachman LLP
10250 Regency Circle, Ste. 300
Omaha, NE 68114-3728

Perry Baker Construction
205 Blair Ct.
Pea Ridge, AR 72751

Peters & Assoc. Eng. Inc.
5507 Ranch Drive, Ste. 205
Little Rock, AR 72223

PGE, Inc.
PO Box 569
Fayetteville, AR 72702

Phillips Floors
2714 N. Jefferson
Indianola, IA 50125

Pitney Bowes
Purchase Power
PO Box 856042
Phoenix, AZ 85062-8133

Pitney Bowes
Global Financial Services LLC
PO Box 856460
Louisville, KY 40285-6460

Pitney Bowes
Global Financial Services LLC
c/o LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074

Pitney Bowes - Purchase Power
c/o LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074

Pitney Bowes - Purchase Power
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Pitney Bowes Global Financial Svcs.
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010

Pitney Bowes Global Financial Svcs.
c/o Dyne, Friedland & Omrani
PO Box 827
Woodland Hills, CA 91365

Pitney Bowes Inc.
PO Box 856390
Louisville, KY 40285-6390

Pitney Bowes Meter - 2RN Apple
c/o Richmond North Associates, Inc.
PO Box 963
Amherst, NY 14226-0963

Pitney Bowes Postage by Phone
Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Platinum Hydo-Grass
PO Box 918
Siloam Springs, AR 72761

Platinum Plus Business Card
PO Box 15710
Wilmington, DE 19886-5710

Pleasant Hill Partners, LC
c/o Dan Stanbrough
600 42nd Street
Des Moines, IA 50312

City of  Pleasant Hill
5160 Maple Dr., Ste. A
Des Moines, IA 50327-8440

Polk County Clerk
RE: CL110360
Polk County Courthouse
500 Mulberry St.
Des Moines, IA 50309-4238

Polk County Clerk
RE: CL115402
Polk County Courthouse
500 Mulberry St.
Des Moines, IA 50309-4238

Polk County Clerk
RE: CL116066
Polk County Courthouse
500 Mulberry St.
Des Moines, IA 50309-4238

Polk County Treasurer
111 Court Ave.
Des Moines, IA 50309-2298

Postal Products Unlimited, Inc.
500 W. Oklahoma Ave.
Milwaukee, WI 53207-2649

Prairie Pella Company
Pella Windows & Doors
PO Box 71667
Clive, IA 50325

Prairie's Edge Inc.
PO Box 3745
Urbandale, IA 50323

Precise Plumbing
720 N. Frontier Dr., #4
Papillion, NE 68046

Precision Door Service
4924 South 135th Street
Omaha, NE 68137

Precision Trim & Finish
ATTN: Tim Anthofer
209 NE 17th
Ankeny, IA 50021

Preferred Pest Control
5415 NW 88th St.
Johnston, IA 50131

Premier Ceiling Systems
9774 Hwy. 92
Indianola, IA 50125

Premier Plumbing, Inc.
121 SE Shurfine Dr., Ste. 8
Ankeny, IA 50021

Principal Life (LTD) Inc.
Consolidated Billing & Collection
ATTN: Barbara Brott
PO Box 10327
Des Moines, IA 50306-0327

Principal Life Group (Grand Island)
PO Box 14513
Des Moines, IA 50306-3513

Pro-Crete Construction
11123 W Street
Omaha, NE 68137

Professional Drywall
PO Box 309
De Soto, IA 50069

Professional Grade Electric
PO Box 569
Fayetteville, AR 72702

Purcell Printing
2921 99th Street
Urbandale, IA 50322

Quality House Painting Inc.
12216 Oak Brook Dr.
Urbandale, IA 50323

Quick Oil Company
104 Willis Avenue
Perry, IA 50220

Qwest
PO Box 91154
Seattle, WA 98111-9254

Qwest
PO Box 91104
Seattle, WA 98111-9204

Qwest
PO Box 2348
Seattle, WA 98111-2348

Qwest
c/o AFNI
PO Box 3517
Bloomington, IL 61702-3517

Qwest
PO Box 29040
Phoenix, AZ 85038-9040

Qwest
ATTN: Dave Lofdahl
17004 V Street
Omaha, NE 68135

Qwest
c/o Afni, Inc.
PO Box 3517
Bloomington, IL 61702-3517

Qwest
c/o West Asset Management
7171 Mercy Road
Omaha, NE 68106

Qwest
c/o E R Solutions, Inc.
800 SW 39th St.
Renton, WA 98057

Qwest
c/o CCS, Inc.
PO Box 22630
Cleveland, OH 44122-0630

Qwest Business Services
PO Box 856169
Louisville, KY 40285-6169

Qwest Communications
c/o West Asset Management, Inc.
7171 Mercy Road
Omaha, NE 68106

R&D Plumbing, Inc.
PO Box 426
Altoona, IA 50009

R.J.'s ChemDry
8420 Brentwood Drive
La Vista, NE 68128

Rainbow Seamless Guttering
1809 Anthony Dr.
Rogers, AR 72756

Don Reasland
9210 South 114th Street
Papillion, NE 68046

Regions Bank
Des Moines Commercial Loans
2851 86th Street
Urbandale, IA 50322

Regions Bank
c/o David G. Wasinger, Esq.
Magna Place, Suite 550
1401 S. Brentwood Blvd.
Saint Louis, MO 63144

Regions Bank
Commercial Loan Processing Center
PO Box 11407
Birmingham, AL 35246-0054

Regions Bank
3334 Westown Pkwy.
West Des Moines, IA 50266

Repschlager Tile & Stone LLC
5532 NW Beaver Dr., Ste. 100
Johnston, IA 50131

Residential Warranty Company, LLC
5300 Derry Street
Harrisburg, PA 17111-3598

Restored Hope
2316 Howard Street
Omaha, NE 68102

Rewerts Well Co. Inc.
742 W. 18th St.
Nevada, IA 50201

Rhino Materials
PO Box 281479
Atlanta, GA 30384

Richard Davis Plumbing Inc.
10636 Hwy. 72 West, Ste. 301
Bentonville, AR 72712

River Valley Credit Union
2811 E. 13th Street
Ames, IA 50010

Roll Off Service, Inc.
PO Box 1700
Lowell, AR 72745

RooterMan
PO Box 57193
Des Moines, IA 50317

Tevian Rose
10233 Windy Trail
Bentonville, AR 72712

Rotary Bandshell Bricks
c/o Artisan's
502 N. Ankeny Blvd., Ste. 4
Ankeny, IA 50021

Roto-Rooter
5225 NW 114th St.
Grimes, IA 50111

Royal Exteriors
ATTN: Chris
Capitol Ave.
Omaha, NE 68130-2957

RSM McGladrey
5155 Paysphere Circle
Chicago, IL 60674

RSM McGladrey
201 N. Harrison St., Ste. 300
Davenport, IA 52801-1999

Russel Construction Co., Inc.
1840 NW 118th St., Ste. 100
Clive, IA 50325

Lesli Rutland
17225 Posey Mt. Rd.
Rogers, AR 72756

Safford Construction
15811 Willow Street
Omaha, NE 68136

Sage CRE Forms
PO Box 230578
Portland, OR 97281

Sage Software Inc.
PO Box 728
Beaverton, OR 97075-0728

Sage Timberline Office Forms
PO Box 230578
Portland, OR 97281

Sales Simplicity Software, Inc.
325 East Elliot Road, Ste. 24
Chandler, AZ 85225

Sand Creek Eng. & Landscape
1610 NW 12th Street
Bentonville, AR 72712

Sapp Bros. Petroleum, Inc.
PO Box 45305
Omaha, NE 68145-0305

Schindler Drywall Inc.
775 N. 6th St.
Arlington, NE 68002

Schneider Graphics
6082 NE 14th Street
Des Moines, IA 50313-1207

Schuring Uitermarkt P.C.
102 E. 15th Street
Pella, IA 50219

Schuring Uitermarkt Sims McCleish PC
8550 New York Avenue
Urbandale, IA 50322

Chad Schwarting
10426 N. 150th Street
Bennington, NE 68007

Screen Images Inc.
28 Clark Street
Des Moines, IA 50314

SE Polk Rural Water District
6540 NE 12th Ave.
Altoona, IA 50009

Senegal Specialty Contracting
20332 Husker Dr., Ste. D
Gretna, NE 68028

ServiceMaster West
7605 University Avenue
Clive, IA 50325

Severson Insurance Agency Inc.
205 Clark Ave.
Ames, IA 50010

April Seydel
3424 E.P. True Parkway
West Des Moines, IA 50265

Shaver Decorating
PO Box 934
Elkhorn, NE 68022

Shaun Sheller
15286 NE 42nd St.
Cambridge, IA 50046

Sherwin Williams
817 East First
Ankeny, IA 50021

Shred-It Des Moines
4428 NW Urbandale Drive
Urbandale, IA 50322

Shrum Masonry, Inc.
1216 South 109th Street
Omaha, NE 68144

Shayla Sievers
2150 NW 78th Ave., #81
Grimes, IA 50111

Sigler
PO Box 887
Ames, IA 50010

Silver Silos
204 SW Stonegate Dr.
Ankeny, IA 50023

David J. Skalka
Croker, Huck, Kasher, DeWitt
2120 South 72nd St., Ste. 1200
Omaha, NE 68124

Slash Web Studios
1605 N. Ankeny Blvd., Ste. 130
Ankeny, IA 50023

Jason Smith, Realtor
Crye Leike
1280 E. Stearns St.
Fayetteville, AR 72703

Snyder & Associates, Inc.
501 SW Oralabor Rd.
Ankeny, IA 50021-0974

Soil Tek
5605 Gateway Dr., Ste. 100
Grimes, IA 50111

Sonnenschein Nath & Rosenthal
Dept. 3078
Carol Stream, IL 60132-3078

South Ankeny Mini Storage
1901 S. Ankeny Blvd.
Ankeny, IA 50023-8994

Southwestern Electric Power
PO Box 24422
Canton, OH 44701-4422

SPACES by Nicole
ATTN: Nicole Leach
15114 Prairie Ave.
Urbandale, IA 50323

Speck USA
PO Box 21009
Des Moines, IA 50321-9401

Speed's Sales & Service Inc.
1046 W. 18th Street
Nevada, IA 50201

Speede Lube
PO Box 58
Lowell, AR 72745

Spence Title Services
1905 Harney Street, Ste. 210
Omaha, NE 68102

Sporer & Ilic
108rd St., Ste. 322
Des Moines, IA 50309

Springer Pest Solutions
5360 NE 14th St., Ste. A
Des Moines, IA 50313

Sprint
PO Box 660092
Dallas, TX 75266-0092

Staffing Services Inc.
1840 N. 48th Street
Lincoln, NE 68504

Standard Iron
10900 Harry Anderson Ave.
La Vista, NE 68128

Staples
Dept. 51 - 7872517528
PO Box 689020
Des Moines, IA 50368-9020

State Farm
202 E. Joyce Blvd., #3
Fayetteville, AR 72703

Steam-A-Way
13907 Gertrude St.
Omaha, NE 68138

Steele Glass & Mirror
503 Scott Ave.
Des Moines, IA 50309

Stephens Supply
3751 300th Avenue
Edwards, NE 68660

Steve Fineberg & Associates
1400 SE Walton Blvd., Ste. 40
Bentonville, AR 72712

Stone Creek Village Condominium
Property Regime
c/o Grant Gowen, President
6021 N. 167th Terrace Plaza
Omaha, NE 68116

Stone Creek Village Condominium
Property Regime
c/o Property Source
6239 S. 90th Street
Omaha, NE 68127

Stone Creek Village HOA
c/o Grant Gowen, President
6021 N. 167th Terrace Plaza
Omaha, NE 68116

Story County Clerk
RE: LACV046038
Story County Courthouse
1315 South B Avenue
Nevada, IA 50201-0408

Story County Treasurer
PO Box 498
Nevada, IA 50201-0498

Straight Up Framing, LC
2717 White Oak Dr.
Ames, IA 50014

Structure Building Co., Inc.
2613 Crooked Creek Pl.
Fayetteville, AR 72703

Stryker Rental Services
1514 S. Saddle Creek Rd.
Omaha, NE 68106

Sunbelt Rentals, Inc.
5137 NW 2nd Street
Des Moines, IA 50313

Sunderland Brothers Co.
4451 112th Street
Urbandale, IA 50322

SUPRA, Div. of GE Securit
PO Box 660007
Dallas, TX 75266

Surface Specialists
2239 N. 128th Circle
Omaha, NE 68164-3419

Bill Swanson
13110 West Dodge Rd.
Omaha, NE 68154

T. H. Rogers Lumber
1420 East Kenwood
Siloam Springs, AR 72761

T. H. Rogers Lumber
PO Box 5770
Edmond, OK 73083

TASC
PO Box 7098
Madison, WI 53707-7098

Team 1 Cleaning
2447 S. 156th Circle
Omaha, NE 68130

Team Electric, Inc.
1110 Applewood Dr.
Papillion, NE 68046

Joel B. Templeman, Esq.
317 6th Avenue, Ste. 300
Des Moines, IA 50309

Terminix
4430 NW Urbandale Dr.
Urbandale, IA 50322

Terminix International
8720 S. 114th St., Ste. 103
La Vista, NE 68128

Texaco Xpress Lube - Maple St.
10935 Emmet St.
Omaha, NE 68164

Thiele Geotech, Inc.
13478 Chandler Road
Omaha, NE 68138-3716

Timberline Builders Inc.
1829 48th Street
Des Moines, IA 50310

TimberPine, Inc.
18863 Jewell Drive
Earlham, IA 50072

Time Striping, Inc.
PO Box 1236
Van Buren, AR 72957

Timeless Landscape Management
PO Box 1886
Ames, IA 50010-1886

Titan Environmental Power Wash
385 S. 2nd Street
Springfield, NE 68059

Titan Utility Partners LLC
5501 NW 112th St., Ste. V
Grimes, IA 50111

TLC Carpet Cleaning
4408 S. 149th St.
Omaha, NE 68137

TNT Welding
PO Box 277
Story City, IA 50248

Today's Office Inc.
PO Box 7060
Springdale, AR 72762

Todd-of-all-Trades
6006 S. 149th St.
Omaha, NE 68137

Tracy Drywall & Const. LLC
1320 S. 16th St.
Omaha, NE 68130

TransManage Worldwide, Inc.
117 Parkwood, Ste. 6
Lowell, AR 72745

Tri-City Hardware
11716 Stonegate Circle
Omaha, NE 68164

Triad Title
3996 North Frontage, Ste. 3
Fayetteville, AR 72703

Trickle's Tire
120 Lincoln Way
Ames, IA 50010

Triumph Auto Glass
10187 J Street
Omaha, NE 68127

Triumph E. World
1310 Valley Lake Dr., #146
Schaumburg, IL 60195

True Blue Electric
14977 Grover Street
Omaha, NE 68144

Truelsen Blumenthal LLC
dba Soil Tek
PO Box 738
Grimes, IA 50111-0738

Tub WRX
5213 SE 31st St.
Des Moines, IA 50320

TUG
PO Box 697
Sylvania, OH 43560

U.S. Bank, National Association
520 Walnut Street
Des Moines, IA 50309

U.S. Bank, National Association
c/o G. Mark Rice, Esq.
317 Sixth Avenue, Ste. 1200
Des Moines, IA 50309

U.S. Cellular
PO Box 0203
Palatine, IL 60055-0203

U.S. Cellular
c/o Southwest Credit
5910 W. Plano Parkway, Ste. 100
Plano, TX 75093-4638

United Contractors Inc.
PO Box 347
Johnston, IA 50131

United Parcel Service
Lock Box 577
Carol Stream, IL 60132-0577

UPS
UPS Lockbox 577
Carol Stream, IL 60132-0577

UPS
c/o Allied Interstate
3000 Corporate Exchange Dr.
Columbus, OH 53231

Urbandale Water Utility
3720 86th Street
Urbandale, IA 50322

City of Urbandale
3600 86th Street
Urbandale, IA 50322

US Bank
PO Box 790401
Saint Louis, MO 63179-0401

USPS
1165 2nd Avenue
Des Moines, IA 50309

Valley Bank
PO Box 405
Eldridge, IA 52748-0405

Vantus Bank
PO Box 897
Sioux City, IA 51102

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Verizon Wireless
c/o Divine and Service, Ltd.
13809 Research Blvd., Ste. 800
Austin, TX 78750

Verizon Wireless
c/o RMS
1000 Circle 75 Pkwy., Ste. 400
Atlanta, GA 30339

Village at Arbor Chase Town
Home Owners Association
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Village at Falcon Ridge Condominium
Property Regime
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Village at Gracewood Town Homes
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Village at Johnston Station
PO Box 71637
Clive, IA 50325

```
Village at Johnston Station Town Homes
c/o Sue Clark Real Estate Services
1820 NW 118th
Clive, IA 50325

Village at Maple Grove Town Homes
c/o LeighAnne Rankin
8302 Westown Parkway
West Des Moines, IA 50266

Village at North Pointe
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Village at North Pointe Condominium
Association
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Village at Walnut Crest
PO Box 71637
Clive, IA 50325-0637

Village at Walnut Crest Town Homes
c/o Sue Clark Real Estate Services
1820 NW 118th Street
Clive, IA 50325

Village at White Birch Owners Assoc.
PO Box 71637
Clive, IA 50325

Village at White Birch Owners Assoc.
c/o Bill Mallory, Esq.
6701 Westown Pkwy., #100
West Des Moines, IA 50266

Village at White Birch Town Homes
c/o Sue Clark Real Estate Services
1820 NW 118th Street
Clive, IA 50325

Village Green Properties, LLC
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Village Green Security Account
PO Box 69
Huxley, IA 50124
```

Village on Delaware Town Homes
c/o Knapp Properties
4949 Westown Parkway, Ste. 200
West Des Moines, IA 50266

Village on McKinley Town Homes
936 McKinley Ave.
Des Moines, IA 50315

Village on Shiloh Condominium
Owners Association, Inc.
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Village on Shiloh Condominium
Owners Association, Inc.
c/o West Bank
1601 22nd Street
West Des Moines, IA 50266

Village on Sprague Town
Home Owner Association
c/o Sue Clark Real Estate Services
1820 NW 118th Street
Clive, IA 50325

Village on Sprague Town Home Owner
Assn. c/o James F. Cann, Esq.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124

Wagner Interior Supply of Springfield
c/o Vincent F. O'Flaherty, Esq.
2 West 39th Street
Kansas City, MO 64111

Wal Mart
6365 Stagecoach Drive
West Des Moines, IA 50265

The Wall Company
516 SW Southlawn Dr.
Ankeny, IA 50021

Walnut Grove Town Home Owners Assn.
c/o Edge Property Management
PO Box 69
Huxley, IA 50124

Walvoord Finish Grading, LLC
7705 North 281st Ave.
Valley, NE 68064

Wasker Dorr Wimmer & Marcouiller PC
4201 Westown Pkwy., Ste. 250
West Des Moines, IA 50266-6720

Waste Management of Omaha
PO Box 90001797
Louisville, KY 40290-1797

City of Waukee
230 Highway 6
Waukee, IA 50263

Wayne Dalton of Central Iowa
385 SE Oralabor Rd.
Ankeny, IA 50021

Wellmark
PO Box 10353
Des Moines, IA 50306

Karena Wells
14769 California St.
Omaha, NE 68154

Julie Wessels
616 Adam Street
Polk City, IA 50226

West Bank
PO Box 65020
West Des Moines, IA 50265-0020

West Bank
1601 22nd Street
West Des Moines, IA 50266

West Des Moines Water Works
PO Box 402002
Des Moines, IA 50940-2002

City of West Des Moines
Public Works Department
ATTN: Peggy Englehart
PO Box 65320
West Des Moines, IA 50265

Darla Willett-Rohrssen
5602 Hickory Hills
Ames, IA 50014

WIN Home Inspection
6358 SE 26th Place
Des Moines, IA 50327

Winlectric
4010 S. 29th Street
Omaha, NE 68107

Wisnieski Insulation Inc.
56022 E. Highway 275
Norfolk, NE 68701

Wolf Construction Commercial
2037 Grand Avenue
West Des Moines, IA 50265

Wolf Roofing, Inc.
2037 Grand Ave., Ste. A
West Des Moines, IA 50265

Wolfdance Design & Construct.
317 NW Crestview Lane
Ankeny, IA 50021

WOLSA
15656 Fort Street
Omaha, NE 68164

Workman Enterprises
38 Cypress St.
Yutan, NE 68073

WorkSpace Inc.
309 Locust Street
Des Moines, IA 50309

Wright Tree
PO Box 608
Waukee, IA 50263

Wyckoff Industries
PO Box 700
Carlisle, IA 50047

Denice Wylie
CBS Home Real Estate
Pacific Street Sales Office
12112 Pacific Street
Omaha, NE 68154

Denice Wylie
857 S. 129th Ave.
Omaha, NE 68154

Xtreme Glass Cleaning
9906 Bedford Ave.
Omaha, NE 68134

Brenna Young
381 NE Olivewood
Waukee, IA 50263

Zecena Cleaning
917 S. 22nd St.
Rogers, AR 72758

Ziegler Inc.
SDS 12-0436
PO Box 86
Minneapolis, MN 55486-0436

Kevin Zippi
2406 Larchmont Place
Mount Laurel, NJ 08054

Kevin Zippi
c/o James F. Cann, Esq.
One Pacific Place, Ste. 800
1125 South 103rd Street
Omaha, NE 68124-1079